**EXHIBIT 1**



1













Case 2:22-cv-01153-FWS-PVC   Document 1-1   Filed 02/18/22   Page 8 of 14   Page ID #:17



8









