# EXHIBIT 2



☰ ENTERTAINERS  MOGULS  ATHLETES  SHOWBIZ  LOCATIONS  MORE DIRT  NEWSLETTER

HOME / ACTORS

# 'Scandal' Star Darby Stanchfield Sheds Glendale Home

By **Mark David**  August 7, 2020 12:24 pm PT



Realtor.com; Willy Sanjuan/Invision/AP



Photo : Realtor.com

**LOCATION:** Glendale, Calif.

**PRICE:** $2.4 million

**SIZE:** 3,988 square feet, 4 bedrooms, 4 full and 2 half bathrooms





**RELATED STORIES**



**ACTORS**
'Succession' Star Justine Lupe Gains Control of Cozy Mount Washington Bungalow

**ACTORS**
'Crazy Rich Asians' Star Henry Golding Lands Revamped Mar Vista Traditional

**ACTORS**
'Saved by the Bell's' Mark-Paul Gosselaar Sheds Sherman Oaks Home


Photo : Realtor.com

**LOCATION:** Glendale, Calif.

**PRICE:** $2.4 million

**SIZE:** 3,988 square feet, 4 bedrooms, 4 full and 2 half bathrooms




Photo : Realtor.com

**LOCATION:** Glendale, Calif.

**PRICE:** $2.4 million

**SIZE:** 3,988 square feet, 4 bedrooms, 4 full and 2 half bathrooms







Photo : Realtor.com

**LOCATION:** Glendale, Calif.

**PRICE:** $2.4 million

**SIZE:** 3,988 square feet, 4 bedrooms, 4 full and 2 half bathrooms



Photo : Realtor.com

**LOCATION:** Glendale, Calif.

**PRICE:** $2.4 million

**SIZE:** 3,988 square feet, 4 bedrooms, 4 full and 2 half bathrooms





Photo : Realtor.com

**LOCATION:** Glendale, Calif.

**PRICE:** $2.4 million

**SIZE:** 3,988 square feet, 4 bedrooms, 4 full and 2 half bathrooms

https://www.dirt.com/gallery/entertainers/actors/darby-stanchfield-glendale-house-1203332527/





Photo : Realtor.com

**LOCATION:** Glendale, Calif.

**PRICE:** $2.4 million

**SIZE:** 3,988 square feet, 4 bedrooms, 4 full and 2 half bathrooms





Photo : Realtor.com

**LOCATION:** Glendale, Calif.

**PRICE:** $2.4 million

**SIZE:** 3,988 square feet, 4 bedrooms, 4 full and 2 half bathrooms



https://www.dirt.com/gallery/entertainers/actors/darby-stanchfield-glendale-house-1203332527/



Photo : Realtor.com

**LOCATION:** Glendale, Calif.

**PRICE:** $2.4 million

**SIZE:** 3,988 square feet, 4 bedrooms, 4 full and 2 half bathrooms





Photo : Realtor.com

**LOCATION:** Glendale, Calif.

**PRICE:** $2.4 million

**SIZE:** 3,988 square feet, 4 bedrooms, 4 full and 2 half bathrooms







Photo : Realtor.com

**LOCATION:** Glendale, Calif.

**PRICE:** $2.4 million

**SIZE:** 3,988 square feet, 4 bedrooms, 4 full and 2 half bathrooms

ADVERTISEMENT





Photo : Realtor.com

**LOCATION:** Glendale, Calif.

**PRICE:** $2.4 million

**SIZE:** 3,988 square feet, 4 bedrooms, 4 full and 2 half bathrooms

ADVERTISEMENT





Photo : Realtor.com

**LOCATION:** Glendale, Calif.

**PRICE:** $2.4 million

**SIZE:** 3,988 square feet, 4 bedrooms, 4 full and 2 half bathrooms





Photo : Realtor.com

**LOCATION:** Glendale, Calif.

**PRICE:** $2.4 million

**SIZE:** 3,988 square feet, 4 bedrooms, 4 full and 2 half bathrooms





Photo : Realtor.com

**LOCATION:** Glendale, Calif.

**PRICE:** $2.4 million

**SIZE:** 3,988 square feet, 4 bedrooms, 4 full and 2 half bathrooms



https://www.dirt.com/gallery/entertainers/actors/darby-stanchfield-glendale-house-1203332527/



Photo: Realtor.com

**LOCATION:** Glendale, Calif.

**PRICE:** $2.4 million

**SIZE:** 3,988 square feet, 4 bedrooms, 4 full and 2 half bathrooms

ADVERTISEMENT





Photo: Realtor.com

**LOCATION:** Glendale, Calif.

**PRICE:** $2.4 million

**SIZE:** 3,988 square feet, 4 bedrooms, 4 full and 2 half bathrooms

ADVERTISEMENT







Photo : Realtor.com

**LOCATION:** Glendale, Calif

**PRICE:** $2.4 million

**SIZE:** 3,988 square feet, 4 bedrooms, 4 full and 2 half bathrooms





Photo : Realtor.com

**LOCATION:** Glendale, Calif.

**PRICE:** $2.4 million

**SIZE:** 3,988 square feet, 4 bedrooms, 4 full and 2 half bathrooms





Photo : Realtor.com

**LOCATION:** Glendale, Calif.

**PRICE:** $2.4 million

**SIZE:** 3,988 square feet, 4 bedrooms, 4 full and 2 half bathrooms

ADVERTISEMENT

SHOP VALENTINE'S GIFTS



Photo : Realtor.com

**LOCATION:** Glendale, Calif.

**PRICE:** $2.4 million

**SIZE:** 3,988 square feet, 4 bedrooms, 4 full and 2 half bathrooms

ADVERTISEMENT

GEORGE LOPEZ OMG HI COMEDY TOUR 02.19.22 MICROSOFT THEATER



Photo : Realtor.com

**LOCATION:** Glendale, Calif.

**PRICE:** $2.4 million

**SIZE:** 3,988 square feet, 4 bedrooms, 4 full and 2 half bathrooms

**TAGS**   GLENDALE   |   RE/MAX ESTATE PROPERTIES

**LOOKING FOR SOME DIRT?**

Get the latest scoop directly in your inbox.

E-MAIL SUBSCRIBE

## CONVERSATION

(No Comments)

## YOUR COMMENT

Your email address will not be published. Required fields are marked *

NAME* EMAIL* WEBSITE

WHAT DO YOU THINK?*

☐ Save my name, email, and website in this browser for the next time I comment.

POST COMMENT Have an account? LOG IN

## More From Dirt

MORE DIRT
Charming Buff & Hensman Throwback Up for Grabs in Glendale
DEC 8, 2021 12:29 PM PT

ENTERTAINERS
Billie Eilish Secretly Bought Glendale Horse Ranch From Leona Lewis
OCT 28, 2021 11:56 PM PT

DESIGN
Architect Stan Allen's 'LB House' Hits the Market at $1.7 Million
APR 21, 2021 2:05 PM PT

## More From Our Brands

POWERED BY PMC

DEADLINE
Jeffrey Wright Shares 'Westworld' Update: "Bernard Is Still Trying To Solve It All"
8 HOURS AGO

TVLine
Queens Is the Best Self-Care You're Not Indulging In — Let Us (and Brandy!) Catch You Up Before the Finale
8 HOURS AGO

GOLD DERBY
SAG Awards nominee profile: Will Smith ('King Richard')
7 HOURS AGO

Rolling Stone
Ivan Reitman, 'Ghostbusters' Director, Dead at 75
7 HOURS AGO

Alpha Industries' Spring/Summer 2022 Campaign Is Here, Starring Hip-Hop Artist 070 Shake
7 HOURS AGO

**Dirt**
About Us
Accessibility
Advertise

**Legal**
Terms of Conditions
Privacy Policy
California Privacy Rights
AdChoices
Do Not Sell My Personal Information

**Sitemap**
Entertainers
Moguls
Athletes
Showbiz

**Connect with Us**

*Get our latest stories in the feed of your favorite networks*

**Stay In The Know**

*Sign up for our daily newsletter*

Enter your email

PMC Dirt is a part of Penske Media Corporation. © 2022 Dirt.com, LLC. All Rights Reserved
Powered by WordPress.com VIP

OUR SITES


