Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Benjamin F. Tookey (SBN 330508)
btookey@donigerlawfirm.com
DONIGER/BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

*Attorneys for Plaintiff*

David R. Singer (SBN 204699)
dsinger@jenner.com
Elizabeth Baldridge (SBN 313390)
ebaldridge@jenner.com
JENNER & BLOCK LLP
515 S. Flower Street, Suite 3300
Los Angeles, California 90071
Telephone: (213) 239-5100

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BRANDON VOGTS,

Plaintiff,

v.

PENSKE MEDIA CORPORATION;
DIRT.COM, LLC; MOVE, INC.; et al.,

Defendants.

Case No. 2:22-cv-01153-FWS-PVC
*Hon. Fred W. Slaughter Presiding*

**JOINT STIPULATION TO DISMISS PLAINTIFF'S CLAIMS AGAINST DEFENDANT MOVE, INC.**

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Brandon Vogts, and Defendant Move, Inc. ("Move"), hereby jointly stipulate to the dismissal of Mr. Vogts' asserted claims against Move, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

SO STIPULATED.

1

2   Dated: June 29, 2022

3

4

5

6   Dated: June 29, 2022

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

By:  */s/ Stephen M. Doniger*

Stephen M. Doniger, Esq.
Benjamin F. Tookey, Esq.
*Attorneys for Plaintiff*

By:  */s/ David R. Singer*

David R. Singer, Esq.
Elizabeth Baldridge, Esq.
*Attorneys for Defendant*

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.