**NOTE: CHANGES BY THE COURT**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON VOGTS,<br><br>Plaintiff,<br><br>v.<br><br>PENSKE MEDIA CORPORATION; DIRT.COM, LLC; MOVE, INC.; et al.,<br><br>Defendants. | Case No. 2:22-cv-01153-FWS-PVC<br>*Hon. Fred W. Slaughter Presiding*<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS PLAINTIFF'S CLAIMS AGAINST DEFENDANT MOVE, INC. [31]** |

In consideration of the Joint Stipulation to Dismiss Plaintiff's Claims against Defendant Move, Inc. ("Move") [31], and for good cause shown, the court hereby **GRANTS** the Stipulation and dismisses Plaintiff's asserted claims against Move with prejudice.

IT IS SO ORDERED.

Dated: June 29, 2022         By: _____
                                 Hon. Fred W. Slaughter
                                 UNITED STATES DISTRICT JUDGE