Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Benjamin F. Tookey (SBN 330508)
btookey@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRANDON VOGTS,<br><br>Plaintiff,<br><br>v.<br><br>PENSKE MEDIA CORPORATION;<br>DIRT.COM, LLC; et al.,<br><br>Defendants. | Case No. 2:22-cv-01153-FWS-PVC<br>*Hon. Fred W. Slaughter Presiding*<br><br>**DECLARATION OF STEPHEN M. DONIGER IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**[Notice of Motion, Motion, Memorandum of Points and Authorities, Declarations, and [Proposed] Order submitted concurrently]**<br><br>Date:        April 27, 2023<br>Time:       10:00 a.m.<br>Courtroom: 10D |

I, Stephen M. Doniger, hereby declare as follows:

1. I am above 18 years of age and am competent to give the testimony set forth below, which is from my personal knowledge. I am a member of the California Bar, admitted to practice before this Court, and lead counsel of record for Plaintiff Brandon Vogts in this case. I make this declaration in support of Vogts' motion for partial summary judgment. If called as a witness, I could and would testify as set forth below.

2. Vogts' motion is made following conferences of counsel pursuant to Civil L.R. 7-3, which took place beginning on December 29, 2022 and culminated on February 22, 2023.

3. Attached hereto as Exhibit 1 is a true and correct copy of excerpts of Defendant Dirt.com, LLC's ("Dirt") responses to Vogts' first set of requests for admissions.

4. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of Defendant Penske Media Corporation's ("PMC") responses to Vogts' first set of requests for admissions.

5. Attached hereto as Exhibit 3 is a true and correct copy of excerpts of Dirt's responses to Vogts' first set of interrogatories.

6. Attached hereto as Exhibit 4 is a true and correct copy of excerpts of PMC's responses to Vogts' first set of interrogatories.

7. Attached hereto as Exhibit 5 is a true and correct copy of excerpts of the deposition transcript of PMC employee James McClain.

8. Attached hereto as Exhibit 6 is a true and correct copy of excerpts of the deposition transcript of Dirt.

9. Attached hereto as Exhibit 7 is a true and correct copy of excerpts of the deposition transcript of PMC.

10. Attached hereto as Exhibit 8 is a true and correct copy of excerpts of Exhibit 43 to the deposition of Dirt.

11. Attached hereto as Exhibit 9 is a cover sheet in place of a true and correct copy of Exhibit 51 to the deposition of PMC, which PMC marked "confidential" under the Stipulated Protective Order entered in this case (Dkt. 37), and which Vogts submits to this Court under seal.

12. Attached hereto as Exhibit 10 is a cover sheet in place of a true and correct copy of Exhibit 52 to the deposition of PMC, which PMC marked "confidential" under the Stipulated Protective Order entered in this case (Dkt. 37), and which Vogts submits to this Court under seal.

13. Attached hereto as Exhibit 11 is a cover sheet in place of a true and correct copy of Exhibit 53 to the deposition of PMC, which PMC marked "confidential" under the Stipulated Protective Order entered in this case (Dkt. 37), and which Vogts submits to this Court under seal.

14. Attached here to as Exhibit 12 is a true and correct copy of Exhibit 37 to the deposition of Dirt.

15. Attached here to as Exhibit 13 is a true and correct copy of Exhibit 36 to the deposition of Dirt.

16. Attached here to as Exhibit 14 is a true and correct copy of Exhibit 23 to the deposition of Dirt.

17. Attached here to as Exhibit 15 is a true and correct copy of Exhibit 38 to the deposition of Dirt.

18. Attached here to as Exhibit 16 is a true and correct copy of Exhibit 39 to the deposition of Dirt.

19. Attached here to as Exhibit 17 is a true and correct copy of Exhibit 24 to the deposition of James McClain.

20. Attached here to as Exhibit 18 is a true and correct copy of Exhibit 40 to the deposition of Dirt.

21. Attached here to as Exhibit 19 is a true and correct copy of Exhibit 41 to the deposition of Dirt.

22. Attached here to as Exhibit 20 is a true and correct copy of Exhibit 25 to the deposition of James McClain.

23. Attached hereto as Exhibit 21 is a cover sheet in place of a true and correct copy of Exhibit 53 to the deposition of PMC, which PMC marked "confidential" under the Stipulated Protective Order entered in this case (Dkt. 37), and which Vogts submits to this Court under seal.

24. Attached here to as Exhibit 22 is a true and correct copy of Exhibit 28 to the deposition of Dirt.

25. Attached here to as Exhibit 23 is a true and correct copy of Exhibit 44 to the deposition of Dirt.

26. Attached here to as Exhibit 24 is a true and correct copy of Exhibit 27 to the deposition of James McClain.

27. Attached hereto as Exhibit 25 is a cover sheet in place of a true and correct copy of Exhibit 54 to the deposition of PMC, which PMC marked "confidential" under the Stipulated Protective Order entered in this case (Dkt. 37), and which Vogts submits to this Court under seal.

28. Attached hereto as Exhibit 26 is a cover sheet in place of a true and correct copy of Exhibits 55-56 to the deposition of PMC, which PMC marked "confidential" under the Stipulated Protective Order entered in this case (Dkt. 37), and which Vogts submits to this Court under seal.

29. Attached hereto as Exhibit 27 is a cover sheet in place of a true and correct copy of Exhibit 57-58 to the deposition of PMC, which PMC marked "confidential" under the Stipulated Protective Order entered in this case (Dkt. 37), and which Vogts submits to this Court under seal.

30. Attached here to as Exhibit 28 is a true and correct copy of Exhibit 60 to the deposition of PMC.

31. Attached here to as Exhibit 29 is a true and correct copy of Exhibit 59 to the deposition of PMC.

32.   Attached here to as Exhibit 30 is a true and correct copy of Exhibit 61 to the deposition of PMC.

33.   I declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct.

Executed on in Venice, California.

                By: /s/ *Stephen M. Doniger*
                     Stephen M. Doniger, Esq.
                     Declarant