1  Lincoln D. Bandlow (SBN: 170449)
   Lincoln@BandlowLaw.com
2  Rom Bar-Nissim (SBN: 293356)
   Rom@BandlowLaw.com
3  **Law Offices of Lincoln Bandlow, P.C.**
   1801 Century Park East, Suite 2400
4  Los Angeles, CA 90067
   Telephone: 310.556.9680
5  Facsimile: 310.861.5550

6  Attorneys for Defendants
   Penske Media Corporation
7  and Dirt.com, LLC

8

9  **UNITED STATES DISTRICT COURT**

10  **CENTRAL DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| BRANDON VOGTS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PENSKE MEDIA CORPORATION, a Delaware Corporation; DIRT.COM, LLC, a Delaware Limited Liability Company; MOVE, INC., a Delaware Corporation, d/b/a Realtor.com; and DOES 1 through 10,<br><br>Defendants. | Case No.:  2:22-cv-01153-FWS-PVC<br><br>**NOTICE OF MOTION AND MOTION BY THE PMC DEFENDANTS FOR SUMMARY JUDGMENT**<br><br>[Concurrently-filed with Memorandum of Points and Authorities; Separate Statement; Declaration of Lincoln Bandlow, Declaration of Mark David Voss; Declaration of James McClain; Response to Separate Statement; Opposition to Request for Judicial Notice; and [Proposed] Judgment]<br><br>Assigned to: Hon. Fred W. Slaughter<br><br>Date: May 4, 2023<br>Time: 10:00 a.m.<br>Courtroom: 10D |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on May 4, 2023 at 10:00 a.m., or as soon thereafter as the matter may be heard by the Court, in Courtroom 10D of this Court at 411 W. 4th St., Santa Ana, California 92701, before the Honorable Fred W. Slaughter, defendants Penske Media Corporation ("PMC") and Dirt.com, LLC ("Dirt") (collectively, the "PMC Defendants") will and hereby do respectively move this Court for summary judgment, pursuant to Federal Rule of Civil Procedure ("F.R.C.P.") Rule 56(a), that the claims of copyright infringement by plaintiff Brandon Vogts ("Vogts") against the PMC Defendants are barred under the doctrine of fair use pursuant to 17 U.S.C. Section 107 (the "Cross-Motion").

This Cross-Motion is made on the grounds that the PMC Defendants: (1) made a transformative use of the 53 photographs that Vogts alleges were infringed by the PMC Defendants (the "Subject Photographs") because the purpose of the Subject Photographs was to facilitate the sale of the properties depicted in the Subject Photographs through real estate listings and marketing materials that did not identify the owner or buyer of the property, while the PMC Defendants used the Subject Photographs to disclose the identity of the public figure(s) who either bought or sold the property and provide commentary and criticism of the property and the public figures' lifestyle; (2) the Subject Photographs are published and primarily factual; (3) the amount and substantiality of the Subject Photographs used by the PMC Defendants was reasonable in light of their transformative purpose of reporting on the public figure(s) who bought or sold the property depicted in the Subject Photographs and commentary and critique of the property and the public figure(s)' lifestyles; and (4) the PMC Defendants' use did not effect the market for the Subject Photographs because there is no licensing market for the Subject Photographs and attribution or credit do not serve to supplant the original.

This Cross-Motion is based on this Notice and the concurrently-field Memorandum of Points and Authorities, the PMC Defendants' Separate Statement of

1  Uncontroverted Facts and Conclusions of Law, the Declarations of Lincoln
2  Bandlow, Mark David Voss and James McClain, the Opposition to Request for
3  Judicial Notice, the PMC Defendants' Response to Vogts' Separate Statement of
4  Uncontroverted Facts; the [Proposed] Judgment; and all the pleadings and other
5  papers on file in this action and upon such argument as may be presented prior to the
6  Court's determination of this matter.

7  On February 22, 2023, counsel for the PMC Defendants and Vogts
8  (collectively, the "Parties") met and conferred about this Cross-Motion pursuant to
9  Local Rule 7-3 and Rule IX(e) of this Court's Standing Order. *See* Declaration of
10 Lincoln Bandlow, ¶ 14. During the meet and confer, the Parties discussed the
11 grounds for this Cross-Motion, along with various other related issues – such as
12 stipulating to certain facts to narrow the issues in dispute, briefing and briefing
13 schedule – which resulted in: (1) the Parties' February 24, 2023 joint stipulation
14 (Dkt. No. 40) – which this Court granted with modifications on February 28, 2023
15 (Dkt. No. 41); and (2) the Parties filing the joint stipulation of facts (Dkt. No. 42). *Id.*

16  Dated:  March 23, 2023                    **Law Offices of Lincoln Bandlow**

                                              By _____
                                              LINCOLN D. BANDLOW
                                              ROM BAR-NISSIM
                                              Attorneys for Defendants
                                              Penske Media Corporation and
                                              Dirt.com, LLC