Lincoln D. Bandlow (SBN: 170449)
Lincoln@BandlowLaw.com
Rom Bar-Nissim (SBN: 293356)
Rom@BandlowLaw.com
**Law Offices of Lincoln Bandlow, P.C.**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: 310.556.9680
Facsimile: 310.861.5550

Attorneys for Defendants
Penske Media Corporation
and Dirt.com, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON VOGTS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PENSKE MEDIA CORPORATION, a Delaware Corporation; DIRT.COM, LLC, a Delaware Limited Liability Company; MOVE, INC., a Delaware Corporation, d/b/a Realtor.com; and DOES 1 through 10,<br><br>Defendants. | Case No.: 2:22-cv-01153-FWS-PVC<br><br>**DECLARATION OF LINCOLN BANDLOW IN SUPPORT OF THE PMC DEFENDANTS' CONSOLIDATED MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>[Concurrently-filed with Notice of Motion; Memorandum of Points and Authorities; Separate Statement; Declarations of Mark David Voss and James McClain; Response to Separate Statement; Opposition to RJN; and [Proposed] Order]<br><br>Assigned to: Hon. Fred W. Slaughter<br><br>Date: May 4, 2023<br>Time: 10:00 a.m.<br>Courtroom: 10D |

# DECLARATION OF LINCOLN BANDLOW

I, Lincoln Bandlow, do hereby state and declare as follows:

1. I am an attorney at law, duly licensed to practice law in the State of California and the United States District Court for the Central District of California. I am the founder of the Law Offices of Lincoln Bandlow, P.C. and attorney of record for defendants Penske Media Corporation ("PMC") and Dirt.com, LLC ("Dirt") (collectively, the "PMC Defendants") in the above referenced action. I have personal knowledge of the facts contained in this declaration and, if called and sworn as a witness, I could and would competently testify thereto. I make this declaration in support of the PMC Defendants' Consolidated Motion for Summary Judgment and Opposition to the Motion for Partial Summary Judgment filed by Plaintiff Brandon Vogts ("Vogts") (the "Cross-Motion").

2. A true and correct copy of relevant excerpts from the transcript of the January 24, 2023 deposition of Vogts (the "Vogts Deposition") is attached hereto and incorporated herein as **Exhibit U**.

3. A true and correct copy of Exhibit 3 from the Vogts Deposition is attached hereto and incorporated herein as **Exhibit V.**

4. A true and correct copy of Exhibit 4 from the Vogts Deposition is attached hereto and incorporated herein as **Exhibit W.**

5. A true and correct copy of Exhibit 6 from the Vogts Deposition is attached hereto and incorporated herein as **Exhibit X.**

6. A true and correct copy of Exhibit 7 from the Vogts Deposition is attached hereto and incorporated herein as **Exhibit Y.**

7. A true and correct copy of Exhibit 9 from the Vogts Deposition is attached hereto and incorporated herein as **Exhibit Z.**

8. A true and correct copy of Exhibit 10 from the Vogts Deposition is attached hereto and incorporated herein as **Exhibit AA.**

9.     A true and correct copy of Exhibit 11 from the Vogts Deposition is attached hereto and incorporated herein as **Exhibit BB.**

10.     A true and correct copy of Exhibit 13 from the Vogts Deposition is attached hereto and incorporated herein as **Exhibit CC.**

11.     A true and correct copy of relevant excerpts from Vogts' August 19, 2022 Responses to the PMC Defendants' First Set of Requests for Admission is attached hereto and incorporated herein as **Exhibit DD.**

12.     A true and correct copy of relevant excerpts from Vogts' January 5, 2023 Second Supplement Responses to the PMC Defendants' First Set of Interrogatories is attached hereto and incorporated herein as **Exhibit EE.**

13.     A true and correct redacted version of VOGTS000867-871 is attached hereto and incorporated herein as **Exhibit E.** Vogts had originally designated this document as "Confidential." Pursuant to Local Rule 79-5.2.2(b), my office met and conferred with Vogts' counsel regarding removing the designation or providing an adequate redacted version. Vogts' counsel provided a version that redacted, *inter alia*: (1) pricing information and (2) the name and contact information of listing agents. The PMC Defendants do not agree that the redacted information should not be made public but agree to the redactions for purposes of this Motion only.

14.     On February 22, 2023, my associate (Rom Bar-Nissim) and I met and conferred telephonically with counsel for Vogts (Stephen Doniger and Benjamin Tookey) about the Parties cross-motions for summary judgment on the issue of the PMC Defendants' third affirmative defense of fair use (collectively, the "Cross-Motions") pursuant to Local Rule 7-3 and Rule IX(e) of this Court's Standing Order. During the meet and confer, the Parties discussed the grounds for the Cross-Motions, along with various other related issues – such as stipulating to certain facts to narrow the issues in dispute, briefing and briefing schedule – which resulted in: (1) the Parties' February 24, 2023 joint stipulation (Dkt. No. 40) – which this Court granted with modifications on February 28, 2023 (Dkt. No. 41); and (2) the Parties filing the

1 joint stipulation of facts (Dkt. No. 42).

2     I declare under penalty of perjury that the contents of this declaration are true
3 and correct. Executed this 23th day of May 2023 in Encino, California.

                                                                 Lincoln Bandlow