Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Benjamin F. Tookey (SBN 330508)
btookey@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON VOGTS,<br><br>Plaintiff,<br><br>v.<br><br>PENSKE MEDIA CORPORATION;<br>DIRT.COM, LLC; et al.,<br><br>Defendants. | Case No. 2:22-cv-01153-FWS-PVC<br>*Hon. Fred W. Slaughter Presiding*<br><br>**DECLARATION OF STEPHEN M. DONIGER IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE NO. 2** |

I, Stephen M. Doniger, hereby declare as follows:

1. I am above 18 years of age and am competent to give the testimony set forth below, which is from my personal knowledge. I am a member of the California Bar, admitted to practice before this Court, and lead counsel of record for Plaintiff Brandon Vogts in this case. I make this declaration in support of Vogts' Motion in Limine No. 2. If called as a witness, I could and would testify as set forth below.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the deposition transcript of Defendant Dirt.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the deposition transcript of Defendant PMC.

4. I declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct.

Executed on in Venice, California.

By: /s/ *Stephen M. Doniger*
Stephen M. Doniger, Esq.
Declarant