Lincoln D. Bandlow (SBN: 170449)
Lincoln@BandlowLaw.com
Rom Bar-Nissim (SBN: 293356)
Rom@BandlowLaw.com
**Law Offices of Lincoln Bandlow, P.C.**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: 310.556.9680
Facsimile: 310.861.5550

Attorneys for Defendants
Penske Media Corporation
and Dirt.com, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON VOGTS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PENSKE MEDIA CORPORATION, a Delaware Corporation; DIRT.COM, LLC, a Delaware Limited Liability Company; MOVE, INC., a Delaware Corporation, d/b/a Realtor.com; and DOES 1 through 10,<br><br>Defendants. | Case No.: 2:22-cv-01153-FWS-PVC<br><br>**DECLARATION OF LINCOLN BANDLOW IN SUPPORT OF THE PMC DEFENDANTS' MOTION IN LIMINE TO EXCLUDE ALL EVIDENCE AND ARGUMENT REGARDING PMC'S LICENSE AGREEMENTS AND LICENSING WITH THIRD-PARTIES**<br><br>[Concurrently-filed with Notice of Motion; Memorandum of Points and Authorities; [Proposed] Order]<br><br>Assigned to: Hon. Fred W. Slaughter<br><br>Date: June 15, 2023<br>Time: 8:30 a.m.<br>Courtroom: 10D |

# DECLARATION OF LINCOLN BANDLOW

I, Lincoln Bandlow, do hereby state and declare as follows:

1. I am an attorney at law, duly licensed to practice law in the State of California and the United States District Court for the Central District of California. I am the founder of the Law Offices of Lincoln Bandlow, P.C. and attorney of record for defendants Penske Media Corporation ("PMC") and Dirt.com, LLC ("Dirt") (collectively, the "PMC Defendants") in the above referenced action. I have personal knowledge of the facts contained in this declaration and, if called and sworn as a witness, I could and would competently testify thereto. I make this declaration in support of the PMC Defendants' Motion In Limine to Exclude All Evidence and Argument Regarding PMC's License Agreements and Licensing With Third Parties (the "Motion").

2. The complaint of plaintiff Brandon Vogts ("Vogts") concerns the PMC Defendants' alleged infringement of Vogts' photographs (the "Subject Photographs). In light of the March 3, 2023 Joint Stipulation of Facts and the May 9, 2023 conference of counsel, the parties agree that the only issues for trial are: (1) whether the PMC Defendants made a fair use of the Subject Photographs; and (2) if not, what is the number of statutory damages awards to which Vogts is entitled, whether the PMC Defendants' infringement was willful and the amount of statutory damages to be awarded.

3. In his motion for partial summary judgment (the "MPSJ"), Vogts submitted evidence concerning PMC's license agreements and licensing with Getty Images, the Associated Press and Shutterstock (collectively, the "PMC Licensing Agreements"). Vogts cited three agreements: (1) the July 19, 2022 announcement that PMC and Getty for PMC use of photograph's in Getty's collection; (2) the prior licensing agreement between PMC and the AP for PMC's use of photographs in the AP's collection; and (3) a licensing agreement between PMC and Shutterstock for

1  Shutterstock to license PMC owned photographs. In response, the PMC Defendants
2  Objected to the PMC Licensing Agreements as irrelevant.
3      4.    During the May 9, 2023, conference of counsel under Federal Rule of
4  Civil Procedure ("F.R.C.P.") Rule 16, counsel for the PMC Defendants discussed
5  this Motion. Vogts' counsel refused to refrain from mentioning, referring to, arguing
6  about or attempting to introduce the PMC Licensing Agreements Rather, Vogts'
7  counsel stated that this information was relevant to the fourth fair use factor and the
8  issue of willful infringement for purposes of statutory damages.
9      I declare under penalty of perjury that the contents of this declaration are true
10  and correct. Executed this 11th day of May 2023 in Encino, California.

                                                                  Lincoln Bandlow