1  Lincoln D. Bandlow (SBN: 170449)
   Lincoln@BandlowLaw.com
2  Rom Bar-Nissim (SBN: 293356)
   Rom@BandlowLaw.com
3  **Law Offices of Lincoln Bandlow, P.C.**
   1801 Century Park East, Suite 2400
4  Los Angeles, CA 90067
   Telephone: 310.556.9680
5  Facsimile: 310.861.5550

6  Attorneys for Defendants
   Penske Media Corporation
7  and Dirt.com, LLC

8

9            **UNITED STATES DISTRICT COURT**

10           **CENTRAL DISTRICT OF CALIFORNIA**

11

12 | BRANDON VOGTS, an individual, | Case No.: 2:22-cv-01153-FWS-PVC |
|---|---|
| Plaintiff, | **THE PMC DEFENDANTS' NOTICE OF MOTION AND MOTION IN LIMINE TO EXCLUDE ALL EVIDENCE AND ARGUMENT REGARDING UNRELATED ARTICLES AND SOCIAL MEDIA POSTS** |
| v. | |
| PENSKE MEDIA CORPORATION, a Delaware Corporation; DIRT.COM, LLC, a Delaware Limited Liability Company; MOVE, INC., a Delaware Corporation, d/b/a Realtor.com; and DOES 1 through 10, | |
| Defendants. | [Concurrently-filed with Memorandum of Points and Authorities; Declaration of Lincoln Bandlow; [Proposed] Order] |
| | Assigned to: Hon. Fred W. Slaughter |
| | Date: June 15, 2023<br>Time: 8:30 a.m.<br>Courtroom: 10D |

---

NOTICE OF THE PMC DEFENDANTS' MOTION IN LIMINE TO EXCLUDE ALL EVIDENCE AND
ARGUMENT REGARDING UNRELATED ARTICLES AND SOCIAL MEDIA POSTS

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on June 15, 2023 at 8:30 a.m., or as soon thereafter as the matter may be heard by the Court, in Courtroom 10D of this Court at 411 W. 4th St., Santa Ana, California 92701, before the Honorable Fred W. Slaughter, defendants Penske Media Corporation ("PMC") and Dirt.com, LLC ("Dirt") (collectively, the "PMC Defendants") will and hereby do respectively move this Court for an order precluding Plaintiff Brandon Vogts ("Vogts"), his witnesses and his counsel from mentioning, referring to, arguing about or attempting to introduce evidence pertaining to articles and social media posts by the PMC Defendants that did not use the Vogts' photographs or where not hyperlinked in articles or social media posts containing those photographs (the "Motion").

This Motion is brought on the grounds that such evidence and argument are (1) irrelevant under Federal Rule of Evidence ("F.R.E.") Rule 401; and/or (2) substantially outweighed by the danger of unfair prejudice, confusing the issues, and misleading the jury under F.R.E. Rule 403.

This Motion is based on this Notice and the concurrently-field Memorandum of Points and Authorities, Declaration of Lincoln Bandlow and the [Proposed] Order, including all the pleadings and other papers on file in this action and upon such argument as may be presented prior to the Court's determination of this matter.

The Motion is made following the conference of counsel, which took place on May 9, 2023. *See* Declaration of Lincoln Bandlow, ¶ 7.

Dated: May 11, 2023

**Law Offices of Lincoln Bandlow**

By _____
LINCOLN D. BANDLOW
ROM BAR-NISSIM
Attorneys for Defendants
Penske Media Corporation and
Dirt.com, LLC