# Exhibit B











# Dirt 

@dirt · Real Estate

 Send message

Hi! Please let us know how we can help.

**Home**   **Videos**   **Photos**   **About**   **More** ▾     👍 Like   🔍   ⋯



BRENTWOOD

📍 11175 Santa Monica Blvd. Los Angeles, CA 90025

### General

👍 1,691 people like this

📁 2,550 people follow this

📍 31 people checked in here

📂 Real Estate · Media/News Company

### Additional contact info

🌐 http://dirt.com/

💬 Send message

### More info

VOGTS000886

https://www.facebook.com/dirt/about/?ref=page_internal

EXHIBIT B

**About**

Got Dirt? Your exclusive source for celebrity and high-profile real estate news 🏠

VOGTS000887



# Dirt ✓

@dirt · Real Estate

**Send message**

Hi! Please let us know how we can help.

Home | Videos | Photos | About | More ▼ | 👍 Like | 🔍 | ⋯

## Ask Dirt

"Can I speak to an agent?"  💬 Ask

"What areas do you serve?"  💬 Ask

"Can I schedule a viewing?"  💬 Ask

"Are there any new properties available?"  💬 Ask

Type a question  💬 Ask

## About

See all

https://www.facebook.com/dirt/?ref=page_internal

VOGTS000888

EXHIBIT B

11175 Santa Monica Blvd. Los Angeles, CA 90025

Got Dirt? Your exclusive source for celebrity and high-profile real estate news 🏠

1,691 people like this

2,550 people follow this

31 people checked in here

http://dirt.com/

Send message

Real Estate · Media/News Company

## Photos

See all



## Page transparency

See all

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - June 17, 2019

Page manager locations: United States, Serbia

VOGTS000889

Dirt | Facebook

**Add your business to Facebook**

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023



VOGTS000891

EXHIBIT B




VOGTS000892

EXHIBIT B



> **Susan Leslie**
> Kitchen is way too contemporary for the overall architecture of the home, but that's MHO. Nice Lot.
>
> Like   Reply   9h



**Dirt** ✓
2d · 🌐

Commercial real estate titan Robert Rivani and his wife Krystal are selling their lavish Beverly Hills "castle," once owned by 'Real Housewives' stars Carlton and David Gebbia. For more photos and info: https://bit.ly/3vKVKcV





Most relevant

**William Meyer**
Yeah, I guess. Very Italian. Which is fine I love Italian, but more in a cute human than a structure.

Like   Reply   2d

View 1 more comment

**Dirt** ✓
2d

'Avengers: Endgame' director Joe Russo has paid $21 million for a swank Pacific Palisades mansion. For more photos and info: https://bit.ly/3Ivk4qN



VOGTS000894

