# Exhibit C



## Dirt

ENTERTAINERS  MOGULS  ATHLETES  SHOWBIZ  LOCATIONS  MORE DIRT  NEWSLETTER

HOME / ATHLETES / FOOTBALL PLAYERS

# Rams' Matthew Stafford Buys Hidden Hills Vineyard Estate

By James McClain  January 22, 2023 3:07 pm PT



The Luxury Level; Kevin Mazur/VF22/WireImage for Vanity Fair via Getty Images

| | | | |
|---|---|---|---|
| Buyer | Matthew & Kelly Stafford | Year | 1988 |
| Location | Hidden Hills, Calif. | Specs | 11,320 square feet, 8 bedrooms, 9 bathrooms |
| Price | $10.5 million | Lot Size | 1.52 acres |

Although the transaction actually closed last year, it's only now become known that the buyers of an architecturally atypical Hidden Hills estate were Matthew and Kelly Stafford, he the $160 million man who led the Los Angeles Rams to Super Bowl LVI victory. The Staffords paid $10.5 million for their new home, a notable discount from the original $13.7 million ask.

While most Hidden Hills mansions are newly-built modern farmhouses, this 1980s red-brick manor bucks the trend in its proudly traditional manner, standing rigidly upright atop a high knoll. Altogether, there are eight bedrooms, eight full baths and two powder rooms in more than 11,000 square feet of living space.

The house and grounds were custom-developed in '88 by shopping center magnate William "Bill" Hayes and his wife Susan Hayes, who turned their L.A.-adjacent mansion into a real boutique winery known as Wish Vineyards, complete with a crew that tends the rows of vines and harvests the estate's cabernet sauvignon and merlot grapes. The vineyard can produce 300 cases of red wine annually, per the listing.

From the street, a long driveway climbs the hill up to the house, which features a very large motorcourt accessible via a covered gate. Though much of the lot is steeply sloped hillside, the entire place is landscaped — there are exquisitely manicured gardens, formal lawns and specimen trees, plus a pool/spa combo, covered patios and an outdoor grilling area. The vineyards are located out back, and several engineered staircases make them easily accessible to crews and the homeowners alike.

Sold unstaged and mostly furniture-free, the home's interiors retain a traditional sensibility. Many of the lavish formal rooms feature rich wood paneling and custom walnut built-ins, while the floors are a mix of hardwood and stone.

Notable features include a wet bar, a gourmet kitchen with top-of-the-line appliances, a fireplace-equipped library, seven ensuite bedrooms in the main house and an additional guest apartment and detached guesthouse. Naturally, there's also a spacious wine cellar.

It's not a surprise that the Staffords would be looking to purchase a house of this stature, as they recently sold their former Hidden Hills mansion for $21 million. But the family is hardly downsizing — in addition to their new winery estate, they also recently acquired two smaller Hidden Hills homes from Drake, reportedly to use as investment properties. And the couple still owns their Orange County vacation home — a Tuscan-inspired mansion in swank Newport Coast, purchased back in 2020.

Hidden Hills, a guard-gated community deep in the San Fernando Valley, has become the

### RELATED STORIES



**SOCCER PLAYERS**
Peek Inside Pelé's Luxurious Hamptons Home of 40 Years

**SPORTS STARS**
Vin Scully's Hidden Hills Home Quickly Snapped Up for $14 Million

**BASKETBALL PLAYERS**
Chandler Parsons Buys Sprawling Hidden Hills Mansion



https://www.dirt.com/gallery/athletes/football-players/matthew-stafford-house-hidden-hills-1203614323/



EXHIBIT 21

EXHIBIT C

unofficial hangout spot for the Rams. In addition to Stafford, other current residents include Cooper Kupp, Jalen Ramsey, Aaron Donald and Sean McVay.


Photo: The Luxury Level




Photo: The Luxury Level





https://www.dirt.com/gallery/athletes/football-players/matthew-stafford-house-hidden-hills-1203614323/

EXHIBIT C





Photo : The Luxury Level



Photo : The Luxury Level














https://www.dirt.com/gallery/athletes/football-players/matthew-stafford-house-hidden-hills-1203614323/

EXHIBIT C







https://www.dirt.com/gallery/athletes/football-players/matthew-stafford-house-hidden-hills-1203614323/

EXHIBIT C

1/24/2023, 3:22 PM    Case 2:22-cv-01153-FWS-PVC    Document 75-5    Filed 05/11/23    Page 7 of 10    Page ID
Rams' Matthew Stafford Bought a Hidden Hills House and Vineyard - DIRT
#:3179





Photo : The Luxury Level





Photo : The Luxury Level





https://www.dirt.com/gallery/athletes/football-players/matthew-stafford-house-hidden-hills-1203614323/

EXHIBIT C



Photo : The Luxury Level

TAGS    HIDDEN HILLS | LOS ANGELES | SAN FERNANDO VALLEY

## LOOKING FOR SOME DIRT?

Get the latest scoop directly in your inbox.

E-MAIL                                                         SUBSCRIBE

## COMMENTS

Your email address will not be published. Required fields are marked *

NAME*          EMAIL*          WEBSITE

Leave a Comment*

☐ Save my name, email, and website in this browser for the next time I comment.

POST COMMENT                                    Have an account? LOG IN

## CONVERSATION
(10 Comments)

 **Dirt Guest**                                    January 24, 2023 3:09 pm

Stunning exterior, wow, especially in Cali. Nice change from the silly modern farmhouse look. Current white kitchen doesn't go at all with the brick and the tile floor. Wish I could see what it looks like after a remodel.

REPLY

 **TH**                                    January 24, 2023 9:16 am

Good thing they got that discount, because the house will cost about $3 million to renovate.

REPLY

 **Niels**                                    January 24, 2023 12:33 am

Is it know which house Cooper Kupp bought after selling his other LA home?

REPLY

 **IAGumbygirl**                                    January 23, 2023 1:20 pm

That pool seems perilously close to the edge of the dropoff. A couple of heavy rains could cause a disaster.

REPLY

 **Matt**                                    January 23, 2023 12:43 pm

As usual, agree with "Bob the Snob's" comment, & frankly all the other comments thus far. The place was obviously built to impress & it does a pretty good job of it. Can't recall the last time I saw a "new" brick-faced house on Dirt. Yea most of the interiors could use a "refresh", especially the kitchen, which is kind of disjointed, but all-in-all I give the place a "thumbs up".

REPLY

 **Fiona**                                    January 23, 2023 12:28 pm

Whilst the wine producing vineyard is a big plus, the house itself needs a complete

overhaul / rebuild, dark and oppressive it induces claustrophobia.

REPLY

 **Red** — January 23, 2023 10:47 am

$10 mil for a fixer upper? How long before anyone can live in that house?

REPLY

 **Sue** — January 23, 2023 7:26 am

I love everything outside!
It is just too freaking large, and it does need a bit of updating.

REPLY

**Bob the Snob** — January 23, 2023 5:14 am

The outdoor living room looks delightful. The old girl could certainly do with some freshening up, but overall she has held up rather well for a house built in the 80's.

Foyers with grand staircases are a bit of an architectural pet peeve of mine. I tend to agree with Edith Wharton that "the staircase in a private house is for the use of those who inhabit it; the vestibule or hall is necessarily used by persons in no way concerned with the private life of the inmates." And thus the stairway should not lead directly from the foyer, but rather a hall/ante-chamber off of the foyer.

Aesthetically, the vineyard is a clever way of dealing with an aggressively sloped hill that would otherwise be brown scrubland. But the practicalities of dealing with the maintenance, harvesting, and vinification would be a bit much for me.

REPLY

**Stev** — January 22, 2023 6:33 pm

Assuming they plan on putting in a decent amount of money for a full blown remodel, this has the potential be a pretty incredible property.

REPLY

**You May Like** — Sponsored Links by Taboola

 

California Do This Instead of Buying Expensive Solar Panels (It's Genius)
California Energy Program

The Top Pure Electric SUVs Of 2023 Have Been Revealed, Compare Now
Top EV SUVs

The Most Realistic PC Game of 2022
Raid Shadow Legends

  

Amazon Left Scrambling As Prime Users Find Out About Secret Deals
Online Shopping Tools

2 Cards Charging 0% Interest Until 2024
CompareCredit.com

If you own a mouse, you have to try this game. No Install. Play for free.
Combat Siege

  

Cadillac Has Done It Again. This Year's Lineup Has Left Us Speechless
All Things Auto

When You Eat Instant Oatmeal Every Day, This is What Happens
Toast Roasters

New Retirement Villages Near Venice (Take A Look At The Prices)
Senior Living | Sponsored Searches

## More From Dirt

  

**MORE DIRT**
Prominent Doctor Puts Stylish Sunset Strip Home Up for Sale
JAN 24, 2023 11:16 AM PT

**ACTORS**
'Scrubs' Alum Donald Faison Buys Secluded French Provincial Estate
JAN 23, 2023 2:10 PM PT

**MORE DIRT**
1920s Spanish Colonial Townhome Is Packed With Vintage Charm and Old Hollywood Lore
JAN 23, 2023 9:35 AM PT

https://www.dirt.com/gallery/athletes/football-players/matthew-stafford-house-hidden-hills-1203614323/

EXHIBIT C

1/24/23, 3:37 PM
Case 2:22-cv-01153-FWS-PVC Document 75-5 Filed 05/11/23 Page 10 of 10 Page ID #:3182
Rams' Matthew Stafford Bought a Hidden Hills House and Vineyard - DIRT

