Exhibit D



SUBSCRIBE



HOME > LIFESTYLE > REAL ESTATE

# Adele Gets a "Steal" on Sylvester Stallone's Beverly Park Mansion

While the deal has not yet closed, the singer made a $58 million offer for the 30,000-square-foot property, which originally hit the market for $110 million.

BY JAMES MCCLAIN, DIRT.COM JANUARY 5, 2022 6:14PM





The Sylvester Stallone estate in Beverly Park.  ANTHONY BARCELO



Listen to this article

She's rolling in the deep dough! Over the weekend, TMZ broke the news that Adele has made a lowball offer to buy Sylvester Stallone's extravagant 90210 estate. While the deal has not yet closed — Adele is reportedly still mired in the all-important inspections phase of

EXHIBIT D

Case 2:22-cv-01153-FWS-PVC    Document 75-6    Filed 05/11/23    Page 3 of 25    Page ID
#:3185
1/24/23, 8:52 PM                Adele Makes Offer on Sylvester Stallone's Beverly Park Mansion – The Hollywood Reporter

escrow — the star has agreed to pay somewhere in the neighborhood of $58 million for the house. Once she signs off on the inspection reports and removes any other contingencies, the internationally mega-famous songstress should be able to close on her new home.

Real estate sources have publicly characterized the $58 million purchase price as a "steal," which seems a little wild on the surface but does make some sense when you consider the property was last offered at $80 million, and Stallone originally wanted a brain-shredding $110 million for the place.

ADVERTISEMENT

FEATURED VIDEOS



CLIMATE CHANGE IS TAKING A TOLL ON TREES

## Related Stories



MOVIE NEWS

Cosmo Jarvis to Star Alongside Robert De Niro in Barry Levinson's Gangster Drama 'Wise Guys' (Exclusive)

But does that price really represent a steal? We aren't so sure. Should the house close for anywhere near the reported $58 million, it will easily rank as the most expensive Beverly Park estate ever sold. (Beverly Park, for anyone unfamiliar, is an ultra-exclusive gated community in the mountains above Beverly Hills. The enclave is particularly known for its many huge mansions — a few of which span more than 30,000 square feet of living space. Current residents include Denzel Washington, Dwayne Johnson, Justin Bieber, Magic Johnson, Mark Wahlberg and Sofia Vergara.)

Only one other Beverly Park house has ever traded for more than $40 million. Last year, a sumptuous Mediterranean-style estate sold for $51 million at auction. But it's worth noting that the auctioned property is significantly grander than the Stallone estate, both in interior square footage and property acreage, with 28,660 square feet of living space and nearly 10 acres to Stallone's 15,401 square feet and 3.5 acres. (The auction winner paid less than $1,800 per square foot for their prize, while Adele is shelling out a lofty sum of nearly $3,800 per square foot.)

Still, the Stallone property has some notable amenities that many other Beverly Park homes lack. It's one of the most private properties in the community, secreted at the very end of a "hidden" cul-de-sac, and down an exceptionally long gated driveway, far from neighboring homes. It's also one of the few local estates with an infinity pool overlooking spectacular city views, features that certainly plump up its value. And best of all, the entire place was recently given a thorough renovation overseen by Rocky himself. Can't put a price on that — right?

ADVERTISEMENT

EXHIBIT D



Interior of the Sylvester Stallone estate. ANTHONY BARCELO

Whatever the case, Adele can afford her splurge. Over the past decade or so, the internationally famous songstress reportedly hauled in an impressive $400 million. She's invested well in real estate, acquiring a three-house, $30 million compound elsewhere in Beverly Hills.

Tomer Fridman of Compass, Jade Mills of Coldwell Banker and Kurt Rappaport of Westside Estate Agency share the listing.

This story first appeared on Dirt.com, which features additional photos. 🗌

You May Like

**Robbie Knievel, Second-Generation Daredevil, Dies at 60**

EXHIBIT D

Adele Makes Offer on Sylvester Stallone's Beverly Park Mansion – The Hollywood Reporter

California Gov Will Cover The Cost To Install Solar if You Own A Home In These Zip Codes

SunValue | Sponsored

This is a Brand New Game in 2023! Play this Relaxing Game (no install)

Rise of Cultures: Kingdom game | Sponsored

Play Now

California: Program Covers The Cost To Install Solar If You Own A Home In These Zips

Energy Bill Program | Sponsored

California Program Will Cover The Cost To Install Solar If You Own A Home In These Zips

EnergyBillCruncher Solar Quotes | Sponsored

Time to Update Your CPAP? Upgrade Today without Leaving Your Home

The Easy Blog by EasyBreathe.com | Sponsored

California: Program Covers The Cost To Install Solar If You Own A Home In These Zips.

Energy Bill Program | Sponsored

**READ MORE ABOUT:**

ADELE  /   INTERNATIONAL  /   JADE MILLS  /   KURT RAPPAPORT  /   REAL ESTATE  /   SYLVESTER STALLONE  /   TOMER FRIDMAN

### THR NEWSLETTERS
*Sign up for THR news straight to your inbox every day*

SUBSCRIBE

**MORE FROM THE HOLLYWOOD REPORTER**

EXHIBIT D

1/24/23, 8:52 PM                     Adele Makes Offer on Sylvester Stallone's Beverly Park Mansion – The Hollywood Reporter



**TOP GUN: MAVERICK**
Where to Watch Oscar-Nominated Film 'Top Gun: Maverick' Online



**VALENTINE'S DAY GIFT GUIDE**
The 70+ Best Valentine's Day Gifts for Women Who Love Fashion, Beauty, Tech and More



**MEENA HARRIS**
Phenomenal Media, Hachette Book Group Announce Publishing Partnership



**PARIS HAUTE COUTURE**
Dior's Haute Couture Show Is All About Josephine Baker



**RUTH WILSON**
Doja Cat, Kylie Jenner Stun at Schiaparelli During Paris Haute Couture Week



**REAL ESTATE**
Eiza Gonzalez Buys 110-Acre Ojai Compound for $4M

ADVERTISEMENT



THE 67 BEST V-DAY GIFTS
SPOIL YOUR BOO IN 2023    SPY

EXHIBIT D

## SHOPPING WITH THR

 The 70+ Best Valentine's Day Gifts for Women Who Love Fashion, Beauty, Tech and More
BY DANIELLE DIRECTO-MESTON

 A-List Trainer Kirsty Godso's Favorite Fitness Things, From Infrared Mats to Lip Masks
BY NATALIE ALCALA

 The Best Sports Bras for Every Size and Activity
BY NICOLA FUMO

 The Best Lunar New Year's Gifts for Everyone, From Luxe Fashion and Beauty to Sweet Treats and More
BY DANIELLE DIRECTO-MESTON

### THR NEWSLETTERS

Sign up for THR news straight to your inbox every day

EMAIL

**SUBSCRIBE TODAY**

By subscribing, I agree to the Terms of Use and Privacy Policy

## MOST POPULAR

EXHIBIT D



Golden Globes: Full List of Winners
BY KIMBERLY NORDYKE



Adult Swim Cuts Ties With Justin Roiland Following Domestic Abuse Charges
BY KATIE KILKENNY



Francis Ford Coppola's 'Megalopolis' in Peril Amid Ballooning Budget, Crew Exodus (Exclusive)
BY KIM MASTERS, SCOTT FEINBERG, AARON COUCH



Lisa Marie Presley, Singer, Songwriter and Elvis' Daughter, Dies at 54
BY MIKE BARNES



Austin Butler, Colin Farrell, Brendan Fraser, Jeremy Pope, Ke Huy Quan, Adam Sandler and THR's Actor Roundtable
BY SCOTT FEINBERG

ADVERTISEMENT

EXHIBIT D

1/24/23, 8:52 PM                    Adele Makes Offer on Sylvester Stallone's Beverly Park Mansion – The Hollywood Reporter



## MUST READS



Oscars: Full List of Nominations
BY HILARY LEWIS, KIMBERLY NORDYKE

EXHIBIT D



Sarah Michelle Gellar Returns to Fighting Form: "I've Earned the Right to Stand Where I Am"
BY MIKEY O'CONNELL



Austin Butler, Colin Farrell, Brendan Fraser, Jeremy Pope, Ke Huy Quan, Adam Sandler and THR's Actor Roundtable
BY SCOTT FEINBERG

EXHIBIT D

1/24/23, 8:52 PM                   Adele Makes Offer on Sylvester Stallone's Beverly Park Mansion – The Hollywood Reporter



EXHIBIT D

Case 2:22-cv-01153-FWS-PVC   Document 75-6   Filed 05/11/23   Page 12 of 25   Page ID
#:3194
1/24/23, 8:52 PM                 Adele Makes Offer on Sylvester Stallone's Beverly Park Mansion – The Hollywood Reporter

SEE MY OPTIONS

ADVERTISEMENT



ADVERTISEMENT



PMC

## MOST POPULAR

1. **she**knows
   Wayne Gretzky's Daughter Paulina Turning Heads in a Tiny Black Bikini Proves 2023 Will Be Her Most Confident Year Yet

2. **VIBE**
   Nelly Twitches Bizarrely While Performing On Stage, Worries Fans

3. **ARTnews**
   Controversy Over Artist's Photograph of Child in Tub Spurs Jamie Lee Curtis to Delete Instagram Post

4. *Dirt*
   Ellen DeGeneres Sells Montecito's Historic Rancho San Leandro to Bumble CEO

## YOU MAY ALSO LIKE

 

Subscriber Support



The Hollywood Reporter                                                                               ⌄

Legal                                                                                                ⌄

## Follow Us

f   🐦   📷   ▶

## Have a Tip?

Send us a tip using our anonymous form.

SEND US A TIP ›

## Newsletter Sign Up

Enter Your Email          SUBSCRIBE ›



OUR SITES                                                                                            ⌄

The Hollywood Reporter is a part of Penske Media Corporation. © 2023 The Hollywood Reporter, LLC. All Rights Reserved.
THE HOLLYWOOD REPORTER is a registered trademark of The Hollywood Reporter, LLC.
Powered by WordPress.com VIP

EXHIBIT D

Save money. Switch from TurboTax®.

Get Started

H&R BLOCK

Deluxe Online and above, TurboTax® is a registered trademark of Intuit, Inc.

*Dirt*

ESTD 2007    REAL ESTATE DELIVERED

ENTERTAINERS    MOGULS    ATHLETES    SHOWBIZ    LOCATIONS    MORE DIRT    NEWSLETTER

HOME / ENTERTAINERS / MUSICIANS

# Adele Gets a 'Steal' on Sylvester Stallone's Beverly Park Mansion

By James McClain    January 5, 2022 10:15 am PT



Mike Marsland/Alberto E. Rodriguez/WireImage/Invision/AP

| | | | | |
|---|---|---|---|---|
| Seller | Sylvester Stallone | Year | 1994 | |
| Buyer | Adele | Specs | 15,401 square feet, 8 bedrooms, 10.5 bathrooms | |
| Location | Beverly Park, Los Angeles, Calif. | Lot Size | 3.47 acres | |
| Price | (approx.) $58 million | | | |

She's rolling in the deep dough! Over the weekend, TMZ broke the news that Adele has made a lowball offer to buy Sylvester Stallone's extravagant 90210 estate. While the deal has not yet closed — Adele is reportedly still mired in the all-important inspections phase of escrow — the star has agreed to pay somewhere in the neighborhood of $58 million for the house. Once she signs off on the inspection reports and removes any other contingencies, the internationally mega-famous songstress should be able to close on her new home.

Real estate sources have publicly characterized the $58 million purchase price as a "steal," which seems a little wild on the surface but does make some sense when you consider the property was last offered at $80 million, and Stallone originally wanted a brain-shredding $110 million for the place.

But does that price really represent a steal? We aren't so sure. Should the house close for anywhere near the reported $58 million, it will easily rank as the most expensive Beverly Park estate ever sold. (Beverly Park, for anyone unfamiliar, is an ultra-exclusive gated community in the mountains above Beverly Hills. The enclave is particularly known for its many huge mansions — a few of which span more than 30,000 square feet of living space. Current residents include Denzel Washington, The Rock, Justin Bieber, Magic Johnson, Mark Wahlberg and Sofia Vergara.)

Only one other Beverly Park house has ever traded for more than $40 million. Last year, a sumptuous Mediterranean-style estate sold for $51 million at auction. But it's worth noting that the auctioned property is significantly grander than the Stallone estate, both in interior square footage and property acreage, with 28,660 square feet of living space and nearly 10 acres to Stallone's 15,401 square feet and 3.5 acres. (The auction winner paid less than $1,800 per square foot for their prize, while Adele is shelling out a lofty sum of nearly $3,800 per square foot.)

Still, the Stallone property has some notable amenities that many other Beverly Park homes lack. It's one of the most private properties in the community, secreted at the very end of a "hidden" cul-de-sac, and down an exceptionally long gated driveway, far from neighboring homes. It's also one of the few local estates with an infinity pool overlooking spectacular city views, features that certainly plump up its value. And best of all, the entire place was recently given a thorough renovation overseen by Rocky himself. Can't put a price on that — right?

Whatever the case, Adele can afford her splurge. Over the past decade or so, the internationally famous songstress reportedly hauled in an impressive $400 million. She's invested well in real estate, acquiring a three-house, $30 million compound elsewhere in Beverly Hills.

recently given a thorough renovation overseen by Rocky himself. Can't put a price on that — right?

## RELATED STORIES



ACTORS
'Revenge of the Nerds' Booger Picks a New City, Flicks LA House on the Market

ACTORS
'Scrubs' Alum Donald Faison Buys Secluded French Provincial Estate

MUSICIANS
Bad Bunny Snags Contemporary Mansion High Above the Sunset Strip

ADVERTISEMENT



THE GREEN GODDESS
BEACH
CANNABIS DISPENSARY
SHOP NOW

ADVERTISEMENT



THE GREEN GODDESS
SHOP NOW

Whatever the case, Adele can afford her splurge. Over the past decade or so, the internationally famous songstress reportedly hauled in an impressive $400 million. She's invested well in real estate, acquiring a three-house, $30 million compound elsewhere in Beverly Hills.

Tomer Fridman of Compass, Jade Mills of Coldwell Banker and Kurt Rappaport of Westside Estate Agency share the listing.



Photo : Simon Berlyn

Set at the end of a cul-de-sac, the house is invisible from the street.

ADVERTISEMENT



Photo : Simon Berlyn

The lengthy driveway dead-ends at a motorcourt shaded by mature trees. The formally grand landscaping – manicured boxwood hedges, rolling lawns and Italian cypresses – will surely impress guests.

ADVERTISEMENT



EXHIBIT D



Photo : Simon Berlyn

The main house, a palatial Mediterranean-style pile, was custom-built in 1994 for Stallone.
The two-story guesthouse was more recently added and designed by megamansion
specialist Richard Landry.

ADVERTISEMENT



Photo : Simon Berlyn

Insie, the interiors are a mix of tried-and-true L.A. mansion motifs — huge Palladian
windows, French doors galore — and colorful furnishings, appropriate for a home owned by
a colorful Hollywood icon.

ADVERTISEMENT



Photo : Simon Berlyn

ADVERTISEMENT

https://www.dirt.com/gallery/entertainers/musicians/adele-sylvester-stallone-house-beverly-hills-1203445086/

EXHIBIT D



Photo : Simon Berlyn

The kitchen is essentially all-new and features two enormous islands. Floor-to-ceiling walls of glass overlook the unspoiled hills surrounding Franklin Canyon.

ADVERTISEMENT



Photo : Simon Berlyn

One of the most decadent rooms on the premises is the cigar lounge, which has a wet bar and Vegas-style backlit cabinets.

ADVERTISEMENT



EXHIBIT D



Photo : Simon Berlyn

The office is more like an oversized trophy case.

ADVERTISEMENT



Photo : Simon Berlyn

The movie theater has tiered seating, plush curtains and a notably elaborate fireplace.

ADVERTISEMENT



Photo : Simon Berlyn

It appears Stallone may have recently replaced all or some of the estate's rolling lawns with drought-tolerant AstroTurf. Tall redwoods add privacy and look stunning.

ADVERTISEMENT

https://www.dirt.com/gallery/entertainers/musicians/adele-sylvester-stallone-house-beverly-hills-1203445086/

EXHIBIT D



Photo : Simon Berlyn

Out back is the aforementioned infinity pool, plus a spa, Baja deck for sunbathing and even a putting green.

ADVERTISEMENT



Photo : Simon Berlyn

ADVERTISEMENT



EXHIBIT D



Photo : Simon Berlyn

Beverly Park is littered with uber-enormous mansions — in fact, Stallone's place is actually
one of the more "reasonably-sized" homes.

ADVERTISEMENT



Photo : Simon Berlyn

Rambo and his family have moved to Florida, where back in 2020 he dumped $35 million
on a waterfront estate in prime Palm Beach.

ADVERTISEMENT



Photo : Simon Berlyn

TAGS   |   BEVERLY HILLS   |   BEVERLY PARK   |   LOS ANGELES

EXHIBIT D

## LOOKING FOR SOME DIRT?

Get the latest scoop directly in your inbox.

E-MAIL                                        SUBSCRIBE

## COMMENTS

Your email address will not be published. Required fields are marked *

NAME*            EMAIL*            WEBSITE

Leave a Comment*

☑ Save my name, email, and website in this browser for the next time I comment.

POST COMMENT                         Have an account? LOG IN

## CONVERSATION

(12 Comments)

**Benjamin Bayman**                                   August 6, 2022 6:38 am

Sylvester Stallone bought 52945 Humboldt Blvd, La Quinta, CA for 4 million
dollars two years ago – Adele did not pay 57 million dollars for it. Get your story
straight!

REPLY

> **Dee**                                        December 9, 2022 9:20 am
>
> This is not his house in La Quinta. This is Beverly Park.
>
> REPLY

> **Blake**                                       January 19, 2022 8:35 pm
>
> I'm very interested to see what happens with her compound in the Hidden Valley
> Estates (or whatever it's called) neighborhood. Didn't she buy, like, 3 separate
> homes all near each other and make a massive home there? I don't see her keeping
> that after spending such a big penny on this. Why would she need to?
>
> REPLY

> **Curt Smith**                                   January 19, 2022 1:56 pm
>
> Adele has spent enough time acclimating to Southern California that it seems
> fitting to finally shack up in a "f*ck you" abode to go along with her "f*ck you"
> money. If you're dating Rich Paul then I assume you're hangin with
> Lebron/Jay/Bey and the lot which means you have some serious jones' to keep up
> with. Luckily, since she writes almost all of her music, she can afford to play house
> with the best of them. I do hope she does a full gut reno though as these interiors
> feel very Stallone in a 90's action star kind of way. As for cost, she does need to put
> her cash somewhere and nowhere seems safer at the moment than the money-
> laundering real estate market of the billionaire class. The Weeknd did just spend
> 70 million in non-gated (gasp!) Bel Air on a smaller lot so I can see how money
> managers might angle this as a "deal." Beverly Park is gorgeously stale with
> countless hotel sized homes that provide anyone with a Howard Hughes level of
> anonymity. I can definitely understand the appeal.
>
> REPLY

> **Terry Douglas**                                January 14, 2022 8:37 pm
>
> Nice place for Adele to cry herself to sleep at night in
>
> REPLY

> **NeNe_CaTiNi**                                  January 13, 2022 7:54 am
>
> I don't believe any broker with intelligence believes this was a steal.
> Villa Firenze which was much bigger structure on much more land sold for $51m.
> Summer Redstone's house right next door which was 2/3 of the size but a lot
> about 1/2 the size sold for $27m. Additionally last year 16 Beverly Park sold for
> $28m needing about $15m worth of finish construction— that house was on a

EXHIBIT D

larger lot, better view, had a tennis court and much more privacy.

Stalone's house has a ridge line with homes looking down on it (Beverly Park
South). Just because he asked an absolutely insane make believe price doesn't
mean this "reduced" sale price is reasonable. Given these mentioned comps and
Dwayne Johnson, Sofia Vergara, and a slew of other comps that have closed in BP
the last year or so— this price seems way over comps.

REPLY



**Dan Rosen**  January 13, 2022 3:40 pm

Way over the top. Fits your ego Adele
Will you at least donate the Rocky memorabilia to charity?

REPLY



**jay**  June 22, 2022 1:37 pm

Someone is mad they are poor

REPLY



**c**  January 23, 2022 7:37 pm

salty much Dan haha

REPLY



**J. Lana Cupples**  January 9, 2022 7:29 pm

Absolutely Beautiful Home Adele and with many "Congratulations" as you
continue also to bring "Joy" to the World with your Beautiful Music and song
writing.
Wishing you Love, Health and Happiness to "Enjoy" the Beauty of your New
Home with Family and Friends.
Thank you for sharing these 'Magical' Moments bringing Happiness to us all.
We Love you Adele.
Sincere Wishes
Jo

REPLY



**filmser**  January 9, 2022 2:04 am

…great taste for art, Sly! Two thumbs up..

REPLY

**Boo**  January 8, 2022 8:05 am

I think we'll done if it makes her happy, a true hard worker but it's just a shame
that all these celebs have all this money granted they worked for it but wouldn't it
be nice instead of some celebs buying 3 4 houses they buy 1 or 2 n help the
homeless or the starving.... because its the ones that are a nobody that get them
where they are, it takes a nobody to listen to like and to watch to get them in the
limelight just my opinion

REPLY



**Boo Berry**  January 12, 2022 4:27 pm

How much do you give? She may have lots of money and surely gives what
she feel comfortable with. I'm wondering how much you give as a percentage
of your wealth?

REPLY



**Sophia**  January 7, 2022 5:07 pm

Beautiful home and property... Wishing you Adele and family a Very Happy and
Healthy New Year.. 2022 .. God Bless,... I would love to have a Rocky statue... The
one in the office is amazing... Enjoy it...
That one alone to me is worth the price... He started from nothing with just a
dream from his heart a lot like you Adele... You started from your heart... You both
fought to get where you are today... This home suits you...  May you make many
beautiful memories here with your son and family... Love your music 🎵🎵🎵... I
can feel it in my soul... Thank you for sharing your music... ❤️💙💜❤️❤️

REPLY



**Milánkovics Gábor**  January 23, 2022 11:02 pm

Hi Sophia
Where are you moving? I heard you go to Florida for "Palm Beach," is the

EXHIBIT D

he's true. I hope you had your childhood there. I wish you all the best in your home Sophia. I'll be there in the US soon to plan Florida but it could be California.

"Kiss to family,
I went to fabulously."

best regards
Gábor

REPLY

 **Lou**                                          January 7, 2022 8:05 am

This is the person who said she couldn't afford a home in London? Bahahaha. Just admit you don't want to live in London, Adele.

REPLY

 **HamptonsChris**                          January 6, 2022 4:32 am

While grand, there is a whole lot of ugly in Beverly Lark. Rococo, velvet, surprisingly cheap fixtures. Just huge. But this house looks really great inside. Huge surprise. I see why it sold for a premium – incredible lot and a house that's already redone beautifully. Safe tou a few million and a few years. Worth it

REPLY

 **cicinla**                                      January 6, 2022 12:15 am

stupid house. adele's son wants to bring a friend over and the kid has to sign a NDA? more staff than residents? adele officially crossed over the crazy line.

REPLY

 **Rob**                                           January 6, 2022 9:05 pm

You are a sad, jealous individual.

REPLY

 **LexiluI**                                     January 5, 2022 1:57 pm

Stunning, beautiful and oh so fun! Adele is one lucky lady to snag this house. I would love one of those Rocky statues if Sly would part with one. I love the colors in the house and the grounds look are very nice. It is sad in California they now must use AstroTurf to replace the grass because there is less water in the state.

REPLY

 **Footie**                                      January 5, 2022 11:57 am

The Spanish Mission Revival architecture is quite beautiful here – especially compared to the usual Mediterranean style behemoths. The mature trees are stunning and artwork is interesting!

REPLY

 **Luke**                                         January 5, 2022 11:49 am

Seems rather large for two people. But I like the design that the place has color and texture and isn't a bunch of boring white walls. 58 million for a house seems rather excessive even if she has brought in over 400 million.

REPLY

 **Matt**                                         January 6, 2022 7:09 am

I know 58 million is excessive but remember, Sly originally had this place listed at 80 million so she is getting a steal here for 58 million. It's crazy I know

REPLY

 **Rebecca**                                    January 18, 2022 4:05 am

That's not how you determine the value of a home. You look at comps for sales in the area of similar houses/features

REPLY

 **Matt**                                        January 18, 2022 10:51 am

Perhaps you need to reread the article because it is clearly stated that Stallone originally listed this home at 110 million and then reduced it to 80 million before Adele purchased it for 58 million. Those are the facts.

REPLY

**Suzy**                                    January 5, 2022 11:27 am

Well, my Dobies, Clyde and Saoirse, loved the place until I told them about the
astro turf. 2 paws 🐾 down!

REPLY

    **Wes**                                January 16, 2022 9:37 am

    A solid percentage of these uber homes use manufactured grass in their
    landscaping , California, Vegas, Colorado, because it drastically reduces water
    waster and maintenance cost, especially around pools.

    REPLY

**Jerri Strombeck**                         January 5, 2022 11:18 am

His kids are grown. He's retiring to Florida- state of no state income tax.
If he wants to do some work every now and then, he can fly there when he needs
to.

REPLY

    **Justme**                            January 6, 2022 6:56 pm

    He was smart to get out of California.

    REPLY

    **Eric**                               January 5, 2022 11:41 am

    If you work in CA, you pay CA income tax. If he is just living off savings and
    investments, sure, that is a better tax advantage

    REPLY

        **WMEdani**                        January 5, 2022 3:52 pm

        Yup. If he so much as orders a drink at SoHo House, the taxman's going
        to want transcripts of his small talk. In Sly's case, all ten syllables 😳

        REPLY

        **Rosco_Mare**                     January 5, 2022 2:20 pm

        Any plans to program the front gate's call box to play "Hello (From The
        Outside)"?

        REPLY

You May Like                                    Sponsored Links by Taboola



Video from our partners

If You Have Toenail Fungus
Try This Tonight (It's
Genius!)
Wellness Guide 101.com    [Watch Now]

California Do This Instead Of       California: Program Covers     What if Germany had won
Buying Expensive Solar              The Cost To Install Solar If    WW1? Game simulates
Panels (It's Genius)                You Own A Home In These...      historical scenarios
California Energy Program            Energy Bill Program             Historical Strategy Game    [Play Free]

2 Cards Charging 0% Interest        If you own a mouse, you have    What if the US had not
Until 2024                          to try this game. No Install.   entered in 1941? Game
CompareCredit.com    [Learn More]   Play for free.                  simulates alternative history
                                    Combat Siege                    Grand Historic Strategy Simulation

EXHIBIT D

Adele Buys Sylvester Stallone's Beverly Hills House – Dirt

## More From Dirt



**ACTORS**
'Scrubs' Alum Donald Faison Buys Secluded French Provincial Estate

JAN 23, 2023 2:10 PM PT

**MORE DIRT**
1920s Spanish Colonial Townhome Is Packed With Vintage Charm and Old Hollywood Lore

JAN 23, 2023 9:35 AM PT

**ATHLETES**
Rams' Matthew Stafford Buys Hidden Hills Vineyard Estate

JAN 22, 2023 3:07 PM PT



## More From Our Brands

POWERED BY PMC



**DEADLINE**
Lisa Barlow Teases 'RHOSLC' Season 3 Reunion "It's Definitely Fascinating"

3 HOURS AGO

**TVLine**
FBI: International's Luke Kleintank on the Resolution of Forrester's Fly Team Future. 'I Know It Scared the Fans'

6 HOURS AGO

**GOLD DERBY**
'Everything Everywhere All at Once' Oscar nominations: All 11 bids including Michelle Yeoh, Ke Huy Quan ...

4 HOURS AGO

**RollingStone**
Elon Musk Buckles Under Pressure From India to Remove BBC Doc Criticizing Modi

7 HOURS AGO

**SPY**
The Best Jewelry Boxes for Men to Keep Their Accessories Safe and Organized

2 HOURS AGO



### Dirt
About Us
Accessibility
Advertise

### Legal
Terms of Conditions
Privacy Policy
California Privacy Rights
AdChoices
Your Privacy Choices

### Sitemap
Entertainers
Moguls
Athletes
Showbiz

## Connect with Us
Get our latest stories in the feed of your favorite networks

## Stay In The Know
Sign up for our daily newsletter

Enter your email

PMC
Dirt is a Part of Penske Media Corporation. © 2023 Dirt.com. LLC. All Rights Reserved.
Powered by WordPress.com VIP

OUR SITES