# Exhibit E

THE 67 BEST V-DAY GIFTS
SPOIL YOUR BOO IN 2023
SPY



ESTABLISHED 2007 *Dirt* REAL ESTATE, DELIVERED

ENTERTAINERS    MOGULS    ATHLETES    SHOWBIZ    LOCATIONS    MORE DIRT    NEWSLETTER

HOME / ENTERTAINERS / MUSICIANS

# 'Stuck With U' Songwriter Freddy Wexler Tunes Into $12.8 Million Beverly Hills Tudor

By James McClain    February 26, 2021 3:01 pm PT



JadeMillsEstates.com; Scott Roth/Invision/AP

| 👤 Buyer | Freddy Wexler | 🕐 Year | 1929 |
|---|---|---|---|
| 📍 Location | Beverly Hills, Calif. | Specs | 8,155 square feet, 9 bedrooms, 8.5 bathrooms |
| 💲 Price | $12.8 million | Lot Size | .56-acre |

Located on the best block of one of the prettiest streets in the so-called Beverly Hills Flats neighborhood, this 1920s English Tudor-style mansion flaunts a gorgeously landscaped lot and not one but two guesthouses. Those amenities, and many more, lured in accomplished songwriter/record producer Freddy Wexler and his wife Olivia (née Zaro), who've just paid $12.8 million for the property

Born to wealthy New York City and Hamptons-based parents — his father is CEO of one of Long Island's biggest private real estate developers — Wexler has been primarily based in L.A. for the past few years, at least since 2018, when he picked up his current Hollywood Hills residence for $4.4 million. The 34-year-old has written and produced songs for Kanye West, Selena Gomez, Post Malone, and Steve Aoki, just to name a few.

Wexler's most successful record is 2020's "Stuck With U," by Justin Bieber and Ariana Grande, which hit #1 on the Billboard Hot 100; that same year, he signed a major deal with Sony/ATV for worldwide publishing rights. Wexler is also a film and television producer and early stage investor in a slew of companies, including SnapChat, Roman, Coinbase and Liquid IV.

ADVERTISEMENT

Dr. Lehman
"Align [Probiotic]... is an excellent brand. It's a great place to start."

## RELATED STORIES



ACTORS
'Revenge of the Nerds" Booger Picks a New City, Flicks LA House on the Market

ACTORS
'Scrubs' Alum Donald Faison Buys Secluded French Provincial Estate

MUSICIANS
Bad Bunny Snags Contemporary Mansion High Above the Sunset Strip

ADVERTISEMENT

Terms apply

ADVERTISEMENT

THE 67 BEST V-DAY GIFTS
SPOIL YOUR BOO IN 2023    SPY




EXHIBIT
31

https://www.dirt.com/gallery/entertainers/musicians/freddy-wexler-house-beverly-hills-1203365957/

EXHIBIT E

Photo : JadeMillsEstates.com

ADVERTISEMENT




Photo : JadeMillsEstates.com

ADVERTISEMENT

New year.
New ways to
upgrade your
home



Photo : JadeMillsEstates.com

ADVERTISEMENT

NEW RELEASE FROM MANSCAPED
MEET THE BEARD HEDGER    SPY



https://www.dirt.com/gallery/entertainers/musicians/freddy-wexler-house-beverly-hills-1203365957/

EXHIBIT E

Case 2:22-cv-01153-FWS-PVC Document 75-7 Filed 05/11/23 Page 4 of 12 Page ID #:3211



Photo : JadeMillsEstates.com

Last sold in 2008 for $6.9 million to a local Beverly Hills dermatologist, the nearly 7,000-square-foot mansion has clearly undergone a contemporary renovation, though some original details — handcrafted stairway railings, arched doorways — remain. Hues of white, brown, and light grey define the interiors, which include a double-height foyer, a fireplace-equipped formal living room, and a step-down family room with a wet bar and a wall of arched windows overlooking the gardens.



ADVERTISEMENT

Vista Paint, Buy Direct & Save

Check out the latest color trends at our 2022 Inspiring Colors Digital Magazine

START HERE



Photo : JadeMillsEstates.com



ADVERTISEMENT

PROTECT PASSWORDS FOR FREE
TRY IT NOW WITH DASHLANE        SPY



https://www.dirt.com/gallery/entertainers/musicians/freddy-wexler-house-beverly-hills-1203365957/

EXHIBIT E

Case 2:22-cv-01153-FWS-PVC   Document 75-7   Filed 05/11/23   Page 5 of 12   Page ID #:3212



Photo : JadeMillsEstates.com





Photo : JadeMillsEstates.com



Photo : JadeMillsEstates.com

A crystal chandelier dominates the formal dining room, while the spacious kitchen offers top-of-the-line Wolf and SubZero stainless appliances and opens to a wee breakfast room. Medium brown hardwood floors flow throughout the entire main floor, which also includes two maid's bedrooms, per the listing.

https://www.dirt.com/gallery/entertainers/musicians/freddy-wexler-house-beverly-hills-1203365957/

EXHIBIT E



Photo : JadeMillsEstates.com

ADVERTISEMENT



Photo : JadeMillsEstates.com

ADVERTISEMENT

https://www.dirt.com/gallery/entertainers/musicians/freddy-wexler-house-beverly-hills-1203365957/

EXHIBIT E

Freddy Wexler Bought a $12.8 Million Beverly Hills House – DIRT

Upstairs are four family bedrooms and a master suite, which includes a bedroom with wall-to-wall carpeting and a stone fireplace, plus dual bathrooms and a spacious private balcony trimmed in faux grass.

ADVERTISEMENT



GET $20 FREE ON AMAZON
FIND OUT HOW NOW   SPY



Photo : JadeMillsEstates.com

ADVERTISEMENT



Photo : JadeMillsEstates.com

ADVERTISEMENT

https://www.dirt.com/gallery/entertainers/musicians/freddy-wexler-house-beverly-hills-1203365957/

EXHIBIT E



Photo : JadeMillsEstates.com

But the real star of the property show are the half-acre estate's grounds, which the listing claims can make you feel "transported to the English countryside." The lush landscape includes rigidly manicured boxwoods, creeping vines, cypresses, dozens of mature trees, and sprays of white roses. An emerald green lawn surrounds the rectangular pool.

ADVERTISEMENT





Photo : JadeMillsEstates.com

ADVERTISEMENT



https://www.dirt.com/gallery/entertainers/musicians/freddy-wexler-house-beverly-hills-1203365957/

EXHIBIT E



Photo : JadeMillsEstates.com

ADVERTISEMENT



Photo : JadeMillsEstates.com

ADVERTISEMENT





Photo : JadeMillsEstates.com

At the far rear of the property, accessed via a discreet back alleyway, are the two guesthouses. The larger structure contains a large bedroom, plus a fireplace in the living room and a full kitchen, this one outfitted with a snazzy Viking range. The smaller "junior" guesthouse appears to be a partially converted three-car garage and includes a bathroom and kitchenette.

ADVERTISEMENT

https://www.dirt.com/gallery/entertainers/musicians/freddy-wexler-house-beverly-hills-1203365957/

EXHIBIT E

Freddy Wexler Bought a $12.8 Million Beverly Hills House – DIRT



Photo : JadeMillsEstates.com

ADVERTISEMENT



Photo : JadeMillsEstates.com

ADVERTISEMENT



https://www.dirt.com/gallery/entertainers/musicians/freddy-wexler-house-beverly-hills-1203365957/

EXHIBIT E



Photo: JadeMillsEstates.com

Wexler's new digs lie on a street filled with notable folks and in fact, both of his next-door neighbors are Hollywood players. Directly to the north is a $15.3 million property owned by hotelier Jeff Klein and his husband, Hollywood scion John Goldwyn; immediately to the south is a $14.5 million Spanish-style mansion recently acquired by "2 Broke Girls" creator Michael Patrick King.

Jade Mills of Coldwell Banker held the listing; Carl Gambino of Westside Estate Agency repped Wexler.

TAGS     BEVERLY HILLS  |  COLDWELL BANKER  |  COMPASS  |  LOS ANGELES

## LOOKING FOR SOME DIRT?

Get the latest scoop directly in your inbox.

E-MAIL                                          **SUBSCRIBE**

## COMMENTS

Your email address will not be published. Required fields are marked *

NAME*                      EMAIL*                      WEBSITE

Leave a Comment*

☑ Save my name, email, and website in this browser for the next time I comment.

**POST COMMENT**                    Have an account? LOG IN

## CONVERSATION
(2 Comments)

**Yvonne Miller**                          February 26, 2021 11:22 pm

As an English lady I have to say this place could be dropped down into the southern English countryside and not many would know the difference…..but some would. 😏

REPLY

**DL**                                          February 26, 2021 5.01 pm

Gorgeous!

REPLY

You May Like                                    Sponsored Links by Taboola





Play Today For Free
- Charaha Gaistea

California Do This Instead of Buying Expensive Solar Panels (It's Genius)
California Energy Program    Learn More

The Top Pure Electric SUVs Of 2023 Have Been Revealed, Compare Now
Top EV SUVs    Learn More







The Most Realistic PC Game

Amazon Left Scrambling As

If You Have Toenail Fungus

EXHIBIT E







**Cadillac Has Done It Again. This Year's Lineup Has Left Us Speechless**

All Things Auto



**2 Cards Charging 0% Interest Until 2024**

CompareCredit.com



**Venice: Luxury Walk-In Tubs Are Almost Being Given Away: See Prices**

Baths Bin Clearance | search ads

## More From Dirt



**MOGULS**
Encino Home Sells Off-Market for $18 Million to Hyperbaric Chamber Therapy Entrepreneurs

JAN 24, 2023 3:21 PM PT



**ACTORS**
'Revenge of the Nerds" Booger Picks a New City, Flicks LA House on the Market

JAN 24, 2023 1:18 PM PT



**MORE DIRT**
Prominent Doctor Puts Stylish Sunset Strip Home Up for Sale

JAN 24, 2023 11:16 AM PT



### Candlelight Concerts

Tributes to Beyoncé, Hans Zimmer, Vivaldi, Coldplay, Taylor Swift, and many more

Fever                    Open ›

## More From Our Brands

POWERED BY PMC

**DEADLINE**
Ridley Scott's Scott Free Productions Re-Ups President And Chief Operating Officer Justin Alvarado Brown

8 HOURS AGO

**TVLine**
Rick and Morty's Justin Roiland Fired by Adult Swim Over Domestic Abuse Charges; Voices Expected to Be Recast

7 HOURS AGO

**GOLD DERBY**
Kazuo Ishiguro joins rare Oscar club with nomination for 'Living'

7 HOURS AGO

**RollingStone**
Lil Peep Legal War Nearing 'Global Settlement' as Trial Looms

7 HOURS AGO

**SPY**
The Best Jewelry Boxes for Men to Keep Their Accessories Safe and Organized

7 HOURS AGO

---

**Dirt**
About Us
Accessibility
Advertise

**Legal**
Terms of Conditions
Privacy Policy
California Privacy Rights
AdChoices
Your Privacy Choices ☑✕

**Sitemap**
Entertainers
Moguls
Athletes
Showbiz

**Connect with Us**
Get our latest stories in the feed of your favorite networks

f  ☓  ⊙

**Stay In The Know**
Sign up for our daily newsletter

Enter your email                    ›

PMC   Dirt is a part of Penske Media Corporation. © 2023 Dirt.com, LLC. All Rights Reserved.
Powered by WordPress.com VIP

OUR SITES ⌄

https://www.dirt.com/gallery/entertainers/musicians/freddy-wexler-house-beverly-hills-1203365957/

EXHIBIT E