# Exhibit F



HOME / ENTERTAINERS / INFLUENCERS

## 'The Talk' Host Elaine Welteroth Buys Striking Hollywood Villa

By James McClain   March 5, 2021 10:36 pm PT



Jason Harlem; Brian Ach/Invision/AP

| Buyer | Elaine Welteroth | Year | 1977 |
|---|---|---|---|
| Location | Beachwood Canyon, Los Angeles, Calif. | Specs | 3,215 square feet, 4 bedrooms, 3.5 bathrooms |
| Price | $1.8 million | Lot Size | 0.15-acre |

Most journalists don't become household names, complete with social media followings that rival celebrities' and lavish homes in the Hollywood Hills, but then again most journalists aren't Elaine Welteroth. At 34, the Bay Area native already has a lifetime's worth of career under her belt, starting from the genesis of an unpaid internship at Ebony magazine that beget her rise to top dog editor of Teen Vogue, ultimately becoming the then-youngest editor-in-chief in Condé Nast publishing history.

Welteroth served as Teen Vogue's EIC from 2016 until 2018, and has been widely credited with the publication's shift in coverage of softball fashion and gossip topics to more serious subjects that include social justice, politics, feminism, and race relations. She also promoted an increased focus on digital content, and Teen Vogue's YouTube channel now sports more than 1.8 million subscribers (for her own part, Welteroth has over 650,000 followers on her personal Instagram account alone.)

In 2018, Welteroth left Teen Vogue and moved to Los Angeles to pursue an on-camera entertainment career. She signed with top agency CAA and has since appeared as a "Project Runway" judge, released a New York Times bestseller, and embarked on a nationwide speaking tour. And since early 2021, she's also co-hosted dishy daytime TV show "The Talk," replacing rapper/musician Eve.

On the real estate front, the newly global influencer has also locked down a $1.8 million home in L.A.'s Hollywood Hills. She and husband first announced the purchase late last year, and the couple quickly recruited top L.A. designer and recruited noted maximalist Kelly Wearstler to redesign the home's interiors, though photos of that doubtless snazzy rework have yet to hit the glossy pages of a magazine.

### RELATED STORIES

**ACTORS**
'Revenge of the Nerds' Booger Picks a New City, Flicks LA House on the Market

**ACTORS**
'Scrubs' Alum Donald Faison Buys Secluded French Provincial Estate

**MUSICIANS**
Bad Bunny Snags Contemporary Mansion High Above the Sunset Strip



https://www.dirt.com/gallery/entertainers/influencers/elaine-welteroth-house-los-angeles-1203367523/

EXHIBIT F



EXHIBIT 32



Photo: Jason Harlem





Photo: Jason Harlem

Staged photos from the listing show that the charming Spanish-style villa is perched atop a steep hillside in the Beachwood Canyon neighborhood, just a quick jog to the iconic Hollywood sign. Tucked securely behind a gated and camera-watched driveway, the place features an attached two-car garage plus off-street parking for two or three more vehicles, a rarity in this tightlypacked area. A covered, arched veranda shades the home's entryway.





Photo: Jason Harlem



https://www.dirt.com/gallery/entertainers/influencers/elaine-welteroth-house-los-angeles-1203367523/

EXHIBIT F





Photo: Jason Harlem

Inside, the 1977 structure has clearly been comprehensively upgraded and renovated, beginning with an open living room that curves around a central wall, seamlessly merging with a dining area and gourmet kitchen. An otherwise mundane fireplace has been accented with an unusually snoopy mantle, and the beamed ceilings match the polished hardwood floors. Walls of big picture windows and glass sliding doors visually envelope the outdoors, which is defined by a big backyard deck with ample space for al fresco entertaining.





Photo: Jason Harlem





https://www.dirt.com/gallery/entertainers/influencers/elaine-welteroth-house-los-angeles-1203367523/

EXHIBIT F


Photo : Jason Harlem


Photo : Jason Harlem

Back inside, the eat-in kitchen offers European-inspired custom cabinetry. Designer stainless appliances make home-cooked meals a breeze, and the adjoining butler's pantry offers a metal wine rack for convenient booze storage. The structure main upper level also offers one large bedroom and a renovated bathroom.



https://www.dirt.com/gallery/entertainers/influencers/elaine-welteroth-house-los-angeles-1203367523/

EXHIBIT F









https://www.dirt.com/gallery/entertainers/influencers/elaine-welteroth-house-los-angeles-1203367523/

EXHIBIT F



Photo : Jason Harlem

There are not one but two master bedrooms, per the listing, both of them with impressively updated ensuite baths and both located on the home's lower level. The larger of the two offers a walk-in closet with custom built-ins and sliding glass doors accessing another wooden deck. Both outdoor spaces have impressive peek-a-boo views of the Downtown L.A. skyline, plus some giant neighborhood eucalyptus trees.

ADVERTISEMENT



Photo : Jason Harlem

ADVERTISEMENT



https://www.dirt.com/gallery/entertainers/influencers/elaine-welteroth-house-los-angeles-1203367523/

EXHIBIT F



Photo: Jason Harlem



Photo: Jason Harlem



Photo: Jason Harlem

Andrew Manning of Berkshire Hathaway HomeServices California Properties held the listing; Ikem Chukumerije of Westside Premier Estates repped Welteroth.

TAGS  BEACHWOOD CANYON | BERKSHIRE HATHAWAY HOMESERVICES | LOS ANGELES

LOOKING FOR SOME DIRT?

https://www.dirt.com/gallery/entertainers/influencers/elaine-welteroth-house-los-angeles-1203367523/

EXHIBIT F

Get the latest scoop directly in your inbox.

E-MAIL                                            SUBSCRIBE

## COMMENTS

Your email address will not be published. Required fields are marked *

NAME*            EMAIL*            WEBSITE

Leave a Comment*

☐ Save my name, email, and website in this browser for the next time I comment.

POST COMMENT                          Have an account? LOG IN

## CONVERSATION
(1 Comment)

**Lou**                                                March 8, 2021 8:51 am

That is one ginormous bathtub. It reminds be of the bowls I've seen at catered events I've attended. I do like the beams and the views looks pretty nice too.

REPLY

You May Like                                                Sponsored Links by Taboola

**Get Tickets to Monster Energy Supercross**
Monster Energy Supercross

**Can You Survive 5 Minutes In This Game?**
Raid Shadow Legends    Play Now

**The Top Pure Electric SUVs Of 2023 Have Been Revealed, Compare Now**
Top EV SUVs    Learn More

**California Do This Instead of Buying Expensive Solar Panels (It's Genius)**
California Energy Program    Learn More

**When You Eat Instant Oatmeal Every Day, This is What Happens**
    Read More

**Most Affordable Camper Vans**
Camper Van Warehouse | Search Ads

**If You Have Toenail Fungus Try This Tonight (It's Genius!)**
    Watch Now

**Empty Alaska Cruise Cabins Cost Almost Nothing**
Alaska Cruise Deals | sponsored searches

**Look for any high school yearbook, it's free**
Classmates.com    Sign Up

## More From Dirt

**ACTORS**
'Scrubs' Alum Donald Faison Buys Secluded French Provincial Estate
JAN 23, 2023 2:10 PM PT

**MORE DIRT**
1920s Spanish Colonial Townhome Is Packed With Vintage Charm and Old Hollywood Lore
JAN 23, 2023 9:35 AM PT

**ATHLETES**
Rams' Matthew Stafford Buys Hidden Hills Vineyard Estate
JAN 22, 2023 3:07 PM PT

EXHIBIT E

https://www.dirt.com/gallery/entertainers/influencers/elaine-welteroth-house-los-angeles-1203367523/

Case 2:22-cv-01153-FWS-PVC Document 75-8 Filed 05/11/23 Page 10 of 10 Page ID #:3229

## More From Our Brands

POWERED BY PMC

DEADLINE

**Roku Ups David Eilenberg To Head Of Content As Veteran Exec Rob Holmes Exits**

7 HOURS AGO

TVLine

**Rick and Morty's Justin Rolland Fired by Adult Swim Over Domestic Abuse Charges; Voices Expected to Be Recast**

7 HOURS AGO

GOLD DERBY

**Kazuo Ishiguro joins rare Oscar club with nomination for 'Living'**

8 HOURS AGO

RollingStone

**Lil Peep Legal War Nearing 'Global Settlement' as Trial Looms**

7 HOURS AGO

SPY

**The Best Jewelry Boxes for Men to Keep Their Accessories Safe and Organized**

7 HOURS AGO

**Dirt**

About Us
Accessibility
Advertise

**Legal**

Terms of Conditions
Privacy Policy
California Privacy Rights
AdChoices
Your Privacy Choices

**Sitemap**

Entertainers
Moguls
Athletes
Showbiz

**Connect with Us**

*Get our latest stories in the feed of your favorite networks*

**Stay In The Know**

*Sign up for our daily newsletter*

Enter your email

PMC Dirt is a part of Penske Media Corporation. © 2023 Dirt.com, LLC. All Rights Reserved
Powered by WordPress.com VIP

OUR SITES

EXHIBIT F



