# Exhibit G

1/24/2023, 3:38 PM                Melissa Rivers Sold her Santa Monica House for $15.5 Million – DIRT



HOME / ENTERTAINERS / PERFORMERS

## Melissa Rivers Gets $15.5 Million for Martyn Lawrence Bullard-Designed Santa Monica Estate

By James McClain   March 8, 2021 10:57 am PT



Jenna Peffley; Invision/AP

| | | | |
|---|---|---|---|
| Seller | Melissa Rivers | Year | 1991 |
| Buyer | Mike & Elizabeth Patterson | Interior | Martyn Lawrence Bullard |
| Location | Santa Monica, Calif. | Specs | 7,048 square feet, 6 bedrooms, 6 bathrooms |
| Price | $15.5 million | Lot Size | 0.99-acres |

Even though the house was photographed in all its glitzy pastel glory for Architectural Digest just a few short months ago, records reveal Melissa Rivers has quietly and somewhat unexpectedly sold her Santa Monica residential Shangri-La for a whopping $15.5 million. That's a profit-assuring $4.5 million more than the $11 million she paid for the place almost exactly five years ago, back in January 2016. After her purchase, the 7,000-square-foot mansion subsequently underwent a full-scale design refresh courtesy of celebrity interior specialist Martyn Lawrence Bullard, and Rivers moved in circa 2018.

Built in 1991 and set behind walls and gates, the Mediterranean-inspired villa lies on a whisper-quiet cul-de-sac deep in gorgeous Santa Monica Canyon. It also sits on an unusually deep lot, with nearly an acre of usable land and a huge backyard currently upgraded with a lawn big enough for a proper game of croquet, plus a sports court and an eye-poppingly massive retaining wall completely covered by a blanket of manicured ivy. There's also the expected backyard swimming pool and spa, of course, plus generous terraces for al fresco dining and entertaining.

Though the estate was never on the market, records confirm the speedy buyers are Mike Patterson, founder and CEO of battery manufacturer Romeo Power, and his wife Elizabeth Patterson, a senior attorney with the Starz TV network. The Pattersons won't have far to move — they previously lived in nearby Pacific Palisades, in a smaller Cape Cod-style home that was sold just last week for about $4.8 million.

### RELATED STORIES



ACTORS
'Revenge of the Nerds' Booger Picks a New City, Flicks LA House on the Market

ACTORS
'Scrubs' Alum Donald Faison Buys Secluded French Provincial Estate

MUSICIANS
Bad Bunny Snags Contemporary Mansion High Above the Sunset Strip





Photo : Redfin



EXHIBIT 33

https://www.dirt.com/gallery/entertainers/performers/melissa-rivers-house-santa-monica-1203367594/

EXHIBIT G





Photo: Jenna Pedley

The property's front yard is dominated by a stone motorcourt and three-car attached garage, plus plenty of arches and columns designed to give the place an authentic Tuscan vibe. Inside, however, things are more delicately subdued, with the high-ceilinged living room painted a dreamy shade of blue and light-brown hardwood floors that give the impression of weatherbeaten. Rivers (and Bullard) also painted the room's original dark brown wood ceilings a creamy white, and the fireplace's more heavy-handed original mantle has been trimmed down and replaced with a simpler stone design.





https://www.dirt.com/gallery/entertainers/performers/melissa-rivers-house-santa-monica-1203367594/

EXHIBIT G



Photo: Jenna Peffley

Rivers elected to leave most of the kitchen's original bones as-is, though she did refinish the hardwood floors in a lighter color. She also removed some of the room's recessed lights — when she bought it, the place sported dozens of pot lights throughout — and replaced them with hanging glass fixtures. The cabinets and backsplash are now blue instead of white, because the place "just needed some color," according to the lady herself.





Photo: Jenna Peffley



https://www.dirt.com/gallery/entertainers/performers/melissa-rivers-house-santa-monica-1203367594/

EXHIBIT G

1/24/2023, 3:38 PM  Melissa Rivers Sold her Santa Monica House for $15.5 Million – DIRT



Photo: Jenna Peffley

The dining room also saw an overhaul, too, with Rivers and Bullard removing the recessed lighting in favor of an intricate ceiling treatment. Two sets of custom hanging cabinets were installed on opposite sides of the space. Also new is a separate double-height office/library with floor-to-ceiling bookshelves.





https://www.dirt.com/gallery/entertainers/performers/melissa-rivers-house-santa-monica-1203367594/

EXHIBIT G

1/24/2023, 3:38 PM

Melissa Rivers Sold her Santa Monica House for $15.5 Million – DIRT









https://www.dirt.com/gallery/entertainers/performers/melissa-rivers-house-santa-monica-1203367594/

EXHIBIT G

1/24/2023, 3:38 PM

Melissa Rivers Sold her Santa Monica House for $15.5 Million – DIRT







https://www.dirt.com/gallery/entertainers/performers/melissa-rivers-house-santa-monica-1203367594/

EXHIBIT G

1/24/2023, 3:38 PM  Melissa Rivers Sold her Santa Monica House for $15.5 Million – DIRT



Photo: Jenna Peffley

Unlike her late mother, who the younger Rivers describes a decorative "maximalist, which is really just rich people hoarding," the Santa Monica home's upstairs master is a study in soft white minimalism, with a pair of 19th-century Syrian side tables adding the only spicy pizazz to the place. The calming atmosphere continues into the quietly glam dressing room and master bath, which is monochromatically white with small dollops of pizazz — a silver-plated soaking tub, mirrored cabinets — here and there.





Photo: Jenna Peffley



https://www.dirt.com/gallery/entertainers/performers/melissa-rivers-house-santa-monica-1203367594/

EXHIBIT G

1/24/2023, 3:38 PM

Melissa Rivers Sold her Santa Monica House for $15.5 Million – DIRT



Photo: Redfin



Photo: Redfin

No word yet on where Rivers plans to move, but given that she's spent decades on L.A.'s Westside — first at her longtime starter house in Pacific Palisades, sold in 2018 for $5.2 million, then in Santa Monica — it seems logical to assume the 53-year-old TV veteran will remain in the area. As for her mother, the late, great comedian Joan Rivers, her astonishingly posh Manhattan penthouse was sold off in 2015 for $28 million to Prince Muhammad bin Fahd of Saudi Arabia.



https://www.dirt.com/gallery/entertainers/performers/melissa-rivers-house-santa-monica-1203367594/

EXHIBIT G

Photo: Redfin

TAGS    LOS ANGELES | SANTA MONICA

**LOOKING FOR SOME DIRT?**
Get the latest scoop directly in your inbox.

E-MAIL                           SUBSCRIBE

**COMMENTS**
Your email address will not be published. Required fields are marked *

NAME*        EMAIL*        WEBSITE

Leave a Comment*

☐ Save my name, email, and website in this browser for the next time I comment.

POST COMMENT                    Have an account? LOG IN

**CONVERSATION**
(6 Comments)

**Lee**  March 29, 2021 4:10 pm
Just lovely. Beautiful taste
REPLY

**MTMSLF**  March 10, 2021 1:34 pm
Lovely! And WOW how I miss Joan!!!
REPLY

**Nancy**  March 10, 2021 8:36 am
I think this is a beautiful home and I love Melissa! She is phenomenal and I wish she was back on a show!
REPLY

**cicinla**  March 9, 2021 5:23 pm
not my style, too busy. are those fake books?
REPLY

**Karen**  March 9, 2021 1:35 pm
Nice place and especially LOVED seeing the sweet dog on the couch:)
REPLY

**Anna Cabrera**  March 8, 2021 11:02 pm
I enjoy looking at the lovely homes owned by famous celebrity.
REPLY

You May Like                                 Sponsored Links by Taboola

California Do This Instead of    The Top Pure Electric SUVs Of    The Most Realistic PC Game
Buying Expensive Solar           2023 Have Been Revealed          of 2022

https://www.dirt.com/gallery/entertainers/performers/melissa-rivers-house-santa-monica-1203367594/

EXHIBIT G

Panels (It's Genius)
California Energy Program Learn More

Compare Now
Top EV SUVs Learn More

Raid Shadow Legends Play Now

Amazon Left Scrambling As Prime Users Find Out About Secret Deals
Online Shopping Tools

When You Eat Instant Oatmeal Every Day, This is What Happens
Read More

If you own a mouse, you have to try this game. No Install. Play for free.
Combat Siege

If You Have Toenail Fungus Try This Tonight (It's Genius!)
Watch Now

Cadillac Has Done It Again. This Year's Lineup Has Left Us Speechless
All Things Auto Search Now

Ears Ringing? Doctor: If You Have Tinnitus, Do This Immediately

## More From Dirt

MORE DIRT
Prominent Doctor Puts Stylish Sunset Strip Home Up for Sale
JAN 24, 2023 11:16 AM PT

ACTORS
'Scrubs' Alum Donald Faison Buys Secluded French Provincial Estate
JAN 23, 2023 2:10 PM PT

MORE DIRT
1920s Spanish Colonial Townhome Is Packed With Vintage Charm and Old Hollywood Lore
JAN 23, 2023 9:35 AM PT

More From Our Brands POWERED BY PMC

DEADLINE
Roku Ups David Eilenberg To Head Of Content As Veteran Exec Rob Holmes Exits
7 HOURS AGO

TVLine
Rick and Morty's Justin Roiland Fired by Adult Swim Over Domestic Abuse Charges; Voices Expected to Be Recast
7 HOURS AGO

GOLD DERBY
Kazuo Ishiguro joins rare Oscar club with nomination for 'Living'
8 HOURS AGO

RollingStone
Lil Peep Legal War Nearing 'Global Settlement' as Trial Looms
7 HOURS AGO

SPY
The Best Jewelry Boxes for Men to Keep Their Accessories Safe and Organized
7 HOURS AGO

Dirt
About Us
Accessibility
Advertise

Legal
Terms of Conditions
Privacy Policy
California Privacy Rights
AdChoices
Your Privacy Choices

Sitemap
Entertainers
Moguls
Athletes
Showbiz

Connect with Us
*Get our latest stories in the feed of your favorite networks*

Stay In The Know
*Sign up for our daily newsletter*
Enter your email

PMC Dirt is a part of Penske Media Corporation. © 2023 Dirt.com, LLC. All Rights Reserved.
Powered by WordPress.com VIP

OUR SITES

EXHIBIT G