# Exhibit H





Explore

Settings

**Dirt**
2,604 Tweets

Dirt

Follow

**Dirt**
@DirtDotCom

A peek into the real estate transactions of the rich and famous ✨

dirt.com Joined June 2019

**83** Following **2,780** Followers

**Tweets** | Tweets & replies | Media | Likes

Pinned Tweet

**Dirt** @DirtDotCom · Aug 27, 2022
Peek inside Normani's ultra-modern L.A. home. For more photos and info: bit.ly/3pVrF7v

3 214 573

**Dirt** @DirtDotCom · 3h
Jessie James Decker's sprawling Nashville estate is now up for grabs! For more photos and info: bit.ly/3QooLox

255

Dirt Retweeted

**Wendy Bowman** @wendyinsanc · Jan 6
Millennium Media's Avi Lerner Lists All-New Hollywood Hills Contemporary

EXHIBIT
45

VOGTS000883

EXHIBIT H

dirt.com/gallery/showbi... via @DirtDotCom

dirt.com
Millennium Media's Avi Lerner Lists All-New Hollywood Hills Contemp...
The Hollywood producer is seeking just under $7 million for the modern home in the Los Angeles neighborhood of Hollywood Hills.

1

Dirt @DirtDotCom · Jan 8
What does $91 million get you in Malibu? If you're an Oscar-nominated film producer, a Spanish Colonial-style property with ocean views. For more photos and info: bit.ly/3XjA4AB

483 1 1

Dirt @DirtDotCom · Jan 7
Commercial real estate titan Robert Rivani and his wife Krystal are selling their lavish Beverly Hills "castle," once owned by 'Real Housewives' stars Carlton and David Gebbia. For more photos and info: bit.ly/3vKVKcV

560

Dirt @DirtDotCom · Jan 6
'Avengers: Endgame' director Joe Russo has paid $21 million for a swank Pacific Palisades mansion. For more photos and info: bit.ly/3lvk4qN

VOGTS000884

EXHIBIT H

1/9/23, 5:46 PM — Dirt (@DirtDotCom) / Twitter

