# Exhibit I



VOGTS000886

EXHIBIT I

**About**

Got Dirt? Your exclusive source for celebrity and high-profile real estate news



# Dirt ✓

@dirt · Real Estate

**Send message**

Hi! Please let us know how we can help.

Home | Videos | Photos | About | More ▾ | 👍 Like

## Ask Dirt

"Can I speak to an agent?"   💬 Ask

"What areas do you serve?"   💬 Ask

"Can I schedule a viewing?"   💬 Ask

"Are there any new properties available?"   💬 Ask

Type a question   💬 Ask

## About   See all

VOGTS000888

https://www.facebook.com/dirt/?ref=page_internal

EXHIBIT I



11175 Santa Monica Blvd. Los
Angeles, CA 90025

WEST LOS ANGELES

- Got Dirt? Your exclusive source for celebrity and high-profile real estate news 🏡
- 👍 1,691 people like this
- 2,550 people follow this
- 📍 31 people checked in here
- 🌐 http://dirt.com/
- 💬 Send message
- Real Estate · Media/News Company

## Photos                                                                    See all



## ⓕ Page transparency                                                        See all

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

- 🚩 Page created - June 17, 2019
- 📍 Page manager locations: United States, Serbia

VOGTS000889

EXHIBIT I

**Add your business to Facebook**

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2023





1/9/23, 5:52 PM Dirt | Facebook



**Susan Leslie**
Kitchen is way too contemporary for the overall architecture of the home, but that's MHO. Nice Lot.

Like  Reply  9h



**Dirt** ✓
2d · 🌐

Commercial real estate titan Robert Rivani and his wife Krystal are selling their lavish Beverly Hills "castle," once owned by 'Real Housewives' stars Carlton and David Gebbia. For more photos and info: https://bit.ly/3vKVKcV



https://www.facebook.com/dirt/?ref=page_internal

VOGTS000893

EXHIBIT I

2 comments 1 share

Most relevant

Write a comment...



**William Meyer**
Yeah, I guess. Very Italian. Which is fine I love Italian, but more in a cute human than a structure.

Like   Reply   2d

View 1 more comment



**Dirt**
2d

'Avengers: Endgame' director Joe Russo has paid $21 million for a swank Pacific Palisades mansion. For more photos and info: https://bit.ly/3lvk4qN



https://www.facebook.com/dirt/?ref=page_internal

VOGTS000894

EXHIBIT I

