# Exhibit J

## Lincoln Bandlow

| | |
|---|---|
| **From:** | Benjamin Tookey <btookey@donigerlawfirm.com> |
| **Sent:** | Wednesday, May 10, 2023 12:41 PM |
| **To:** | Rom Bar-Nissim; Lincoln Bandlow |
| **Cc:** | Stephen Doniger |
| **Subject:** | RE: Vogts v. Penske Media (Case No. 2:22-cv-01154) |
| **Attachments:** | Joint Witness List.docx |

Thanks, Rom.

Exhibit List: Can you please resend the draft exhibit list (1) listing the exhibits in the same order as they've been marked thus far (and then, after depo exhibits, listing documents by Bates), and (2) including a column for objections?

Witness List: Attached is our draft witness list for your review and additions.

Social media posts/other articles: Thank you for identifying those documents. We intend to include Exs. 21-22, 31-33, and 45-46 on the exhibit list, so please proceed with your MIL.

Jury instructions: Thank you for the notes, we will consider and get back to you with a proposed set later this week.

Separate statement: Thank you, and noted.

Sincerely,
Ben

---

**From:** Rom Bar-Nissim <rom@bandlowlaw.com>
**Sent:** Wednesday, May 10, 2023 11:47 AM
**To:** Stephen Doniger <stephen@donigerlawfirm.com>; Lincoln Bandlow <lincoln@bandlowlaw.com>; Benjamin Tookey <btookey@donigerlawfirm.com>
**Subject:** RE: Vogts v. Penske Media (Case No. 2:22-cv-01154)

Stephen and Ben:

Exhibit List: Attached is our draft of the Exhibit List. Please add the additional exhibits Plaintiff seeks to introduce at trial.

Social Media Posts and Other Articles: During our Rule 16 Conference, we discussed the PMC Defendants filing a motion *in limine* to exclude Dirt Social Media Posts and Dirt Articles – other than the Articles in dispute and the articles hyperlinked within the Articles in dispute. You asked us to identify the exact documents to which we were referring. Below is a list of said documents.

From Plaintiff's Document Production: VOGTS883-895
From McClain Deposition: Exhibits 21-22, 31-33
From Voss Deposition: Exhibits 45-46

Please inform us whether Plaintiff intends to use these exhibits at trial.

Separate Statement: Once Ben has finished updating Plaintiff's portion of the undisputed facts for the fair use motions, I will cut and paste the PMC Defendants' portion into the document and add the separate section on statutory damages, including the PMC Defendants' citations. Once I am done, I will send it to Ben so he can cut and past Plaintiff's citations.

1