| | |
|---|---|
| 1 | Lincoln D. Bandlow (SBN: 170449) |
| | Lincoln@BandlowLaw.com |
| 2 | Rom Bar-Nissim (SBN: 293356) |
| | Rom@BandlowLaw.com |
| 3 | **Law Offices of Lincoln Bandlow, P.C.** |
| | 1801 Century Park East, Suite 2400 |
| 4 | Los Angeles, CA 90067 |
| | Telephone: 310.556.9680 |
| 5 | Facsimile: 310.861.5550 |

Attorneys for Defendants
Penske Media Corporation
and Dirt.com, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON VOGTS, an individual, | Case No.: 2:22-cv-01153-FWS-PVC |
| Plaintiff, | **DECLARATION OF LINCOLN BANDLOW IN SUPPORT OF THE PMC DEFENDANTS' MOTION IN LIMINE TO EXCLUDE ALL EVIDENCE AND ARGUMENT REGARDING THE UNRELATED PMC LITIGATION** |
| v. | |
| PENSKE MEDIA CORPORATION, a Delaware Corporation; DIRT.COM, LLC, a Delaware Limited Liability Company; MOVE, INC., a Delaware Corporation, d/b/a Realtor.com; and DOES 1 through 10, | [Concurrently-filed with Notice of Motion; Memorandum of Points and Authorities; [Proposed] Order] |
| Defendants. | Assigned to: Hon. Fred W. Slaughter |
| | Date: June 15, 2023 |
| | Time: 8:30 a.m. |
| | Courtroom: 10D |

# DECLARATION OF LINCOLN BANDLOW

I, Lincoln Bandlow, do hereby state and declare as follows:

1. I am an attorney at law, duly licensed to practice law in the State of California and the United States District Court for the Central District of California. I am the founder of the Law Offices of Lincoln Bandlow, P.C. and attorney of record for defendants Penske Media Corporation ("PMC") and Dirt.com, LLC ("Dirt") (collectively, the "PMC Defendants") in the above referenced action. I have personal knowledge of the facts contained in this declaration and, if called and sworn as a witness, I could and would competently testify thereto. I make this declaration in support of the PMC Defendants' Motion In Limine to Exclude All Evidence and Argument Regarding the Unrelated PMC Litigation (the "Motion").

2. The complaint of plaintiff Brandon Vogts concerns the PMC Defendants' alleged infringement of Vogts' photographs (the "Subject Photographs). In light of the March 3, 2023 Joint Stipulation of Facts and the May 9, 2023 conference of counsel, the parties agree that the only issues for trial are: (1) whether the PMC Defendants made a fair use of the Subject Photographs; and (2) if not, what is the number of statutory damages awards to which Vogts is entitled, whether the PMC Defendants' infringement was willful and the amount of statutory damages to be awarded.

3. During discovery for this case, Vogts produced various court documents concerning PMC's prior litigation. These documents are as follows:

   a. PMC's September 11, 2020 [Proposed Partially Sealed] Amended Complaint in the matter entitled *Penske Media Corporation v. Shutterstock, Inc.* (Case No. 1:20-cv-04583-MKV-VF) (the "Shutterstock Action") that was commenced in the United States District Court for the Southern District of New York, labeled VOGTS528-625 – a true and correct copy of which is attached hereto and incorporated herein as **Exhibit A.**

   b. PMC's November 6, 2020 Memorandum of Law in Opposition

1 to Defendant Shutterstock, Inc's Motion to Dismiss the Second, Third, and Fourt

2 Claims for Relief in the Amended Complaint filed in the Shutter Stock Action,

3 labeled VOGTS626-656 – a true and correct copy of which is attached hereto and

4 incorporated herein as **Exhibit B.**

5       c.    A printout from PACER Case Locater of all actions involving

6 PMC, labeled VOGTS657-662 – a true and correct copy of which is attached hereto

7 and incorporated herein as **Exhibit C.**

8       d.    PMC's September 14, 2011 Complaint for Copyright

9 Infringement in the matter entitled *Penske Media Corporation v. Prometheus Global*

10 *Media, LLC* (Case No. 2:11-cv-07650-FMO-MRW) (the "Prometheus Action") that

11 was commenced in the United States District Court for the Central District of

12 California, labeled VOGTS663-710 – a true and correct copy of which is attached

13 hereto and incorporated herein as **Exhibit D.**

14       e.    The September 14, 2011 Notice of Assignment to United States

15 Magistrate Judge for Discovery in the Prometheus Action, labeled VOGTS711 – a

16 true and correct copy of which is attached hereto and incorporated herein as

17 **Exhibit E.**

18       f.    PMC's September 2, 2015 Complaint for: (1) Declaratory

19 Judgment [28 U.S.C. § 2201] (2) Violation of California Unfair Competition Law

20 (Cal. Bus. & Prof. Code § 17200 *et seq.* in the matter entitled *Penske Media*

21 *Corporation et al. v. Freeplay Music, LLC* (Case No. 2:15-cv-06822-AJW) (the

22 "Freeplay Action") that was commenced in the United States District Court for the

23 Central District of California, labeled VOGTS712-720 – a true and correct copy of

24 which is attached hereto and incorporated herein as **Exhibit F.**

25       g.    PMC's December 21, 2015 First Amended Complaint For:

26 (1) Declaratory Judgment [28 U.S.C. § 2201] (2) Violation of California Unfair

27 Competition Law (Cal. Bus. & Prof. Code § 17200 *et seq.* in the Freeplay Action,

28 labeled VOGTS721-737 – a true and correct copy of which is attached hereto and

1. incorporated herein as **Exhibit G.**

    h.    Freeplay Music's January 21, 2016 Notice of Motion and Motion to Dismiss Plaintiffs' Amended Complaint; Memorandum of Points and Authorities in Support Thereof – including its supporting declarations – in the Freeplay Action, labeled VOGTS738-774 – a true and correct copy of which is attached hereto and incorporated herein as **Exhibit H.**

    i.    PMC's February 8, 2016 Opposition to Defendant's Motion to Dismiss in the Freeplay Action, labeled VOGTS0775-807 – a true and correct copy of which is attached hereto and incorporated herein as **Exhibit I.**

    j.    Freeplay Music's February 15, 2016 Reply Memorandum in Support of Its Motion to Dismiss Amended Complaint – including its supporting declaration – in the Freeplay Action, labeled VOGTS808-838 – a true and correct copy of which is attached hereto and incorporated herein as **Exhibit J.**

    k.    The April 14, 2016 Order Regarding Defendant's Motion to Dismiss Plaintiff's First Amended Complaint in the Freeplay Action, labeled VOGTS839-40 – a true and correct copy of which is attached hereto and incorporated herein as **Exhibit K.**

4. During the May 9, 2023, conference of counsel under Federal Rule of Civil Procedure ("F.R.C.P.") Rule 16, counsel for the PMC Defendants discussed this Motion. Vogts' counsel refused to refrain from mentioning, referring to, arguing about or attempting to introduce the aforementioned documents in particular and PMC's litigation against third-parties in general (collectively, the "Unrelated PMC Litigation"). Rather, Vogts' counsel stated that this information was relevant to the issue of willful infringement for purposes of statutory damages.

    I declare under penalty of perjury that the contents of this declaration are true and correct. Executed this 11th day of May 2023 in Encino, California.

                                                                _____
                                                                  Lincoln Bandlow