# Exhibit C

12/28/22, 1:00 PM                                                 PACER Case Locator - Search Results

🇺🇸  An official website of the United States government.  Here' how you know ⌄                     Log in to PACER Systems ➡



Party Search Results

**Search Criteria:** Party Search; Last Name [Penske Media Corporation]
**Result Count:** 29 (1 page)
**Current Page:** 1

| | |
|---|---|
| Party Name | Penske Media Corporation |
| Case Number | 0:2016cv03994 |
| Case Title | Higginbotham v. City of New York |
| Court | U.S. Court Of Appeals, Second Circuit |
| Date Filed | |
| Date Closed | |
| Party Name | Penske Media Corporation |
| Case Number | 0:2022cv05737 |
| Case Title | Nicholas Sandmann v. Rolling Stone, LLC, et al |
| Court | U.S. Court Of Appeals, Sixth Circuit |
| Date Filed | |
| Date Closed | |
| Party Name | Penske Media Corporation (pla) |
| Case Number | 2:2011cv07560 |
| Case Title | Penske Media Corporation v. Prometheus Global Media LLC et al |
| Court | California Central District Court |
| Date Filed | |
| Date Closed | |
| Party Name | Pen ke Media Corporation (pla) |
| Case Number | 2 2015cv06822 |
| Case Title | Pen ke Media Corporation v  Freeplay Mu ic, LLC et al |
| Court | California Central Di trict Court |
| Date Filed | |
| Date Closed | |
| Party Name | Penske Media Corporation (dft) |
| Case Number | 2:2017cv06191 |
| Case Title | Jeffery R. Werner v. Penske Media Corporation et al |
| Court | California Central District Court |
| Date Filed | |
| Date Closed | |

VOGTS000657

EXHIBIT C

| Party Name | Pen ke Media Corporation (dft) |
|---|---|
| Case Number | 2 2019cv08892 |
| Case Title | Creative Photographer , Inc v Pen ke Media Corporation et al |
| Court | California Central Di trict Court |
| Date Filed | |
| Date Closec | |

| Party Name | Penske Media Corporation (dft) |
|---|---|
| Case Number | 2:2019cv09602 |
| Case Title | Osho International Foundation v. Chapman Way et al |
| Court | California Central District Court |
| Date Filed | |
| Date Closec | |

| Party Name | Penske Media Corporation (dft) |
|---|---|
| Case Number | 2:2020cv07208 |
| Case Title | August Image, LLC v. Penske Media Corporation et al |
| Court | California Central District Court |
| Date Filed | |
| Date Closec | |

| Party Name | Penske Media Corporation (dft) |
|---|---|
| Case Number | 2:2020cv08363 |
| Case Title | H. Scott Salinas v. Amber Heavenly USA, Ltd. et al |
| Court | California Central District Court |
| Date Filed | |
| Date Closec | |

| Party Name | Pen ke Media Corporation (dft) |
|---|---|
| Case Number | 2 2020cv08848 |
| Case Title | Mark Seliger v Pen ke Media Corporation et al |
| Court | California Central Di trict Court |
| Date Filed | |
| Date Closec | |

| Party Name | Penske Media Corporation (cc) |
|---|---|
| Case Number | 2:2020cv08848 |
| Case Title | Mark Seliger v. Penske Media Corporation et al |
| Court | California Central District Court |
| Date Filed | |
| Date Closec | |

VOGTS000658

EXHIBIT C

| Party Name | Pen ke Media Corporation (dft) |
|---|---|
| Case Number | 2 2020cv10450 |
| Case Title | Star Foreman v. Fred Segal, LLC |
| Court | California Central Di trict Court |
| Date Filed | |
| Date Closec | |
| Party Name | Penske Media Corporation (dft) |
| Case Number | 2:2021cv05923 |
| Case Title | Eddie Malluk v. Penske Media Corporation |
| Court | California Central District Court |
| Date Filed | |
| Date Closec | |
| Party Name | Penske Media Corporation (dft) |
| Case Number | 2:2021cv07026 |
| Case Title | Leonardo Ramos-Hernandez v. Penske Media Corporation et al |
| Court | California Central District Court |
| Date Filed | |
| Date Closec | |
| Party Name | Penske Media Corporation (dft) |
| Case Number | 2:2021cv02838 |
| Case Title | Julie Dermansky v. Penske Media Corporation et al |
| Court | California Central District Court |
| Date Filed | |
| Date Closec | |
| Party Name | Pen ke Media Corporation (dft) |
| Case Number | 2 2021cv08219 |
| Case Title | Bernhard Kuhm tedt v Pen ke Media Corporation et al |
| Court | California Central Di trict Court |
| Date Filed | |
| Date Closec | |
| Party Name | Penske Media Corporation (dft) |
| Case Number | 2:2022cv00868 |
| Case Title | Al Pereira v. Penske Media Corporation |
| Court | California Central District Court |
| Date Filed | |
| Date Closec | |

VOGTS000659

EXHIBIT C

| | |
|---|---|
| Party Name | Penske Media Corporation (dft) |
| Case Number | 2:2022cv01153 |
| Case Title | Brandon Vogts v. Penske Media Corporation et al |
| Court | California Central District Court |
| Date Filed | |
| Date Closed | |
| Party Name | Penske Media Corporation (dft) |
| Case Number | 1:2020cv01421 |
| Case Title | Philpot v. Penske Media Corporation |
| Court | Delaware District Court |
| Date Filed | |
| Date Closed | |
| Party Name | Penske Media Corporation (dft) |
| Case Number | 2:2020cv00027 |
| Case Title | Sandmann v. Rolling Stone, LLC et al |
| Court | Kentucky Eastern District Court |
| Date Filed | |
| Date Closed | |
| Party Name | Penske Media Corporation (dft) |
| Case Number | 1:2019cv03901 |
| Case Title | Jones v. Penske Media Corporation |
| Court | New York Eastern District Court |
| Date Filed | |
| Date Closed | |
| Party Name | Penske Media Corporation (dft) |
| Case Number | 1:2016cv02409 |
| Case Title | Sands v. Penske Media Corporation |
| Court | New York Southern District Court |
| Date Filed | |
| Date Closed | |
| Party Name | Penske Media Corporation (dft) |
| Case Number | 1:2016cv08225 |
| Case Title | Barcroft Media, Ltd. v. Penske Media Corporation et al |
| Court | New York Southern District Court |
| Date Filed | |
| Date Closed | |

VOGTS000660

EXHIBIT C

| Party Name | Penske Media Corporation (dft) |
|---|---|
| Case Number | 1:2016cv09164 |
| Case Title | Sadowski v. Penske Media Corporation |
| Court | New York Southern District Court |
| Date Filed | |
| Date Closed | |
| Party Name | Penske Media Corporation (dft) |
| Case Number | 1:2018cv09529 |
| Case Title | Weiss v. Penske Media Corporation et al |
| Court | New York Southern District Court |
| Date Filed | |
| Date Closed | |
| Party Name | Penske Media Corporation (pla) |
| Case Number | 1:2020cv04583 |
| Case Title | Penske Media Corporation v. Shutterstock, Inc. |
| Court | New York Southern District Court |
| Date Filed | |
| Date Closed | |
| Party Name | Penske Media Corporation (cc) |
| Case Number | 1:2020cv04583 |
| Case Title | Penske Media Corporation v. Shutterstock, Inc. |
| Court | New York Southern District Court |
| Date Filed | |
| Date Closed | |
| Party Name | Penske Media Corporation (cd) |
| Case Number | 1:2020cv04583 |
| Case Title | Penske Media Corporation v. Shutterstock, Inc. |
| Court | New York Southern District Court |
| Date Filed | |
| Date Closed | |
| Party Name | Penske Media Corporation (dft) |
| Case Number | 1:2021cv04130 |
| Case Title | Sanchez v. Penske Media Corporation |
| Court | New York Southern District Court |
| Date Filed | |
| Date Closed | |

VOGTS000661

EXHIBIT C

PACER FAQ    Privacy & Security    Contact Us



This site is maintained by the Administrative Office of the U.S. Courts on behalf of the Federal Judiciary.

**PACER Service Center**
(800) 676-6856
pacer@psc.uscourts.gov

VOGTS000662

EXHIBIT C