# Exhibit D

FILED
CLERK, U.S. DISTRICT COURT

SEP 1 4 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

1   FREEDMAN & TAITELMAN, LLP
    BRYAN J. FREEDMAN (SBN 151990)
2   bfreedman@ftllp.com
    STEVEN B. STIGLITZ (SBN 222667)
3   sstiglitz@ftllp.com
    JONATHAN M. GENISH (SBN 259031)
4   jgenish@ftllp.com
    1901 Avenue of the Stars, Suite 500
5   Los Angeles, California 90067
    Tel.: (310) 201-0005
6   Fax: (310) 201-0045

7   Attorneys for Plaintiff
    Penske Media Corporation dba PMC
8

9

10                  UNITED STATES DISTRICT COURT

11                  CENTRAL DISTRICT OF CALIFORNIA

12

13  PENSKE MEDIA CORPORATION,        CASE NO. LACV11-7560 VBF(MRWx)
    dba PMC, a Delaware corporation,
14
                    Plaintiff,        COMPLAINT FOR COPYRIGHT
15                                     INFRINGEMENT
            vs.
16
    PROMETHEUS GLOBAL MEDIA,          DEMAND FOR JURY TRIAL
17  LLC, a Delaware limited liability
    company d/b/a hollywoodreporter.com;
18  and DOES 1 through 10, inclusive,

19                  Defendants.

20

21

22          Plaintiff  Penske Media Corporation, doing business as PMC ("PMC")

23  (formerly known as Mail.com Media Corporation), the parent company and owner

24  of various leading digital media properties including:  BGR.com (Boy Genius

25  Report),  Deadline.com (Deadline Hollywood), Entertainment News Television

26  ("ENTV"), HollywoodLife.com, Movieline.com, OnCars.com, TVLine.com

27  ("TVLine"), and PMC events including: Young Hollywood Awards, Style Awards

28  and Breakthrough of the Year Awards, alleges as follows:

                                   1

VOGTS000663

EXHIBIT D

# **INTRODUCTION**

1.     As most businesses or individuals who operate within the industry of online publishing and digital media understand, copying, mimicking, and/or altering of others' content and design unfortunately occurs intermittently within that industry.  However, The Hollywood Reporter ("THR") has differentiated itself from other companies within the media industry by not only carrying out this unethical practice with alarming regularity, indeed on an almost daily basis, but also by resorting to the outright theft of intellectual property, including but not limited to whole articles, content, software, source code and designs.

2.     In an industry where a company's brand is largely defined and dictated by the value of its originally created intellectual property, it is absolutely essential that intellectual property rights and assets be mightily protected from thievery, such as that exhibited by THR.  This is evident through the billions of dollars that are spent on an annual basis by movie studios, TV networks, record labels, and media companies, as well as the U.S. government and other countries around the world, for the purpose of protecting and defending ownership of copyrighted original material and content from piracy.

3.     This is the same publishing and media industry in which PMC operates.  Over many years, PMC has distinguished itself as a leader in entertainment and technology-related digital media by investing in its personnel, by researching and investigating, and by obtaining exclusive original content and time-sensitive breaking news stories about all facets of the entertainment and technology industries.  Which is why THR's theft and piracy of PMC's content and intellectual property, as documented in this Complaint, is so significantly damaging to PMC, its brands, and its value and position in the marketplace.

4.     Among other reasons, PMC is filing this lawsuit to protect its content creation and development, and to finally put an end to THR and other

COMPLAINT FOR COPYRIGHT INFRINGEMENT
VOGTS000664
EXHIBIT D

1 websites' misappropriation of PMC's hard-earned product and intellectual
2 property. Enough is enough.

3      5.    PMC is taking a stand against desperate and copycat news
4 organizations and media outlets such as THR that constantly monitor PMC's
5 websites for the sole purpose of copying and imitating PMC websites' news
6 stories and original content within minutes after online publication. These
7 copycat media outlets such as THR, rather than conducting their own independent
8 reporting and investigation, developing their own sources and insiders, and
9 generating their own leads and stories, simply steal PMC's content and pawn it
10 off as their own.

11      6.    In truth, THR, faced with the harsh reality that it had become a
12 second-rate entertainment industry news source unable to attract insiders'
13 attention anymore, changed ownership and re-launched its website. At first it
14 hoped to create a competitive online presence by going after a broader consumer-
15 focused audience with celebrity news and gossip. When consumer, retail and
16 other related advertising failed to appear, THR began trying attracting Hollywood
17 trade advertising again. It has become abundantly clear that part of THR's
18 turnaround strategy was to engage in an unprecedented campaign of theft and
19 misappropriation of PMC's intellectual property and content to accomplish that.

20      7.    First, THR attempted to poach PMC's key employees, by urging
21 each employee to breach their existing and exclusive contractual obligations to
22 PMC. When that strategy failed, THR's owners and managers pretended to
23 negotiate with PMC for PMC's www.deadline.com ("Deadline") to provide trade
24 news for the relaunched THR website. When that strategy also failed, THR then
25 began its incessant campaign of misappropriating wholesale content from
26 Deadline's website. As if that were not bad enough, THR then egregiously and
27 flagrantly stole integral source code and intellectual property from PMC's
28 www.tvline.com ("TVLine") website in a blatant act of copyright infringement.

COMPLAINT FOR COPYRIGHT INFRINGEMENT
VOGTS000665
EXHIBIT D

8.    In fact, THR was so incompetent and careless in its theft, that it actually copied the original source code *labels* exactly as they existed on TVLine, and did not even attempt to rename them.  Many of TVLine's source code labels, which are created for organizational purposes, contain the initials MMC, the acronym for PMC's former name Mail.com Media Corporation (MMC).  THR, in copying and pasting PMC's TVLine source code, are still utilizing the "MMC" initials within their labels.  These initials act as a clear set of digital fingerprints that further demonstrate the glaringness of THR's theft. THR did not even make an effort to correct typographical errors contained in PMC's source code.  As of the date of this Complaint's filing, any individual can go to THR's website and, with the simple click of a mouse, discover THR's blatant infringement.

9.    Accordingly, PMC seeks to recover for the substantial damages it has suffered because of THR's actions and to enjoin THR from continuing to steal PMC's property.  Additionally, this action shall serve as notice to all those with similarly unethical and nefarious intentions that PMC shall not stand by idly and allow such injurious conduct.  To the contrary, PMC will vigorously protect its rights and prosecute all those who aim to steal its original ideas, designs, and content.

## JURISDICTION AND VENUE

10.    At all times mentioned herein, PMC, was and is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in Los Angeles, California.

11.    PMC is informed and believes and on that basis alleges that, at all times mentioned herein, defendant Prometheus Global Media, LLC ("Prometheus") was and is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.  Prometheus owns and operates THR.  THR operates out of

COMPLAINT FOR COPYRIGHT INFRINGEMENT

EXHIBIT D

VOGTS000666

1    offices located in Los Angeles, California.

2        12.    The true names and capacities of defendants named herein as Does 1

3    though 10, inclusive are unknown to PMC, and therefore, PMC sues these

4    defendants by such fictitious names.  PMC will seek leave of Court to amend this

5    Complaint to show their true names and capacities when the same has been

6    ascertained.  PMC is informed and believes and on that basis alleges that Does 1

7    through 10, inclusive, were responsible for the acts and transactions alleged herein

8    and are liable to PMC therefor.  Prometheus and Does 1-10 are referred to herein

9    as "Defendants."

10       13.    PMC is informed and believes and on that basis alleges that at all

11   times mentioned herein each of the Defendants was the agent, employee, or co-

12   conspirator of the other Defendants, and was at all times mentioned herein, acting

13   within the scope of such agency, employment, or conspiracy.

14       14.    This action asserts claims for copyright infringement under the

15   Copyright Act of 1976, 17 U.S.C. § 101 *et seq.* (the "Copyright Act").  This Court

16   has original jurisdiction over this action under the Copyright Act.

17       15.    The matter in controversy exceeds the minimum for diversity

18   jurisdiction, exclusive of interest and costs.

19       16.    This Court has personal jurisdiction over Defendants in that

20   Defendants conducted, and continue to conduct, business in this District,

21   Defendants intentionally direct activities to this District, and the infringing acts

22   alleged in this Complaint occurred in this District.

23       17.    Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) in that a

24   substantial part of the events or omissions giving rise to the claims alleged herein

25   occurred in this District.

26   / / /

27   / / /

28   / / /

COMPLAINT FOR COPYRIGHT INFRINGEMENT

VOGTS000667

EXHIBIT D

## DEFENDANTS' INTENT TO CAPITALIZE ON PMC'S WEBSITES

18.     PMC is a leading digital media company that owns a unique portfolio of entertainment, business, technology, and lifestyle brands including Deadline and TVLine.

19.     Deadline (aka Deadline Hollywood, Deadline New York, Deadline London) is the "must read" source for breaking news and original content relating to the business of the entertainment and media industries. Deadline's articles provide an inside look at the biggest players and deals and events in Hollywood, New York, London where the entertainment and big media industries are located. The articles also provide breaking news and original content and commentary and analysis.

20.     Deadline is tracked daily among the highest ranks of executives. It reaches into the boardrooms, production offices, and agencies inside Hollywood and New York, as well as into Wall Street, Madison Avenue, and Main Street – across North And South Americas, Europe, Asia, and Australia. Deadline receives millions of online visits per week and was recording traffic that was twice than that of its closest competitors, Variety and THR, combined.

21.     PMC is informed and believes and on that basis alleges that Defendants own, operate, and control the Hollywood Reporter's websites, www.thr.com or www.hollywoodreporter.com (the "THR Websites").

22.     Formerly a daily trade magazine, THR's aged brand had lost so many readers to Deadline to the point that its very  existence was threatened, forcing THR's sale.  Defendants attempted to relaunch THR as a competitor in the fast-paced Internet entertainment news business. It specifically sought to compete with Deadline, the unquestioned leader in this marketplace, for entertainment business news.

23.     Defendants relaunched the THR Websites as hybrid publications

COMPLAINT FOR COPYRIGHT INFRINGEMENT     VOGTS000668

EXHIBIT D

serving the entertainment industry and a broader consumer-focused audience.  In connection with its relaunch, the THR's Websites were completely redesigned and included content focused on the celebrity lifestyle and the business side of the entertainment industry in an effort to widen its web presence.

24.     Given PMC's dominance over online entertainment news, Defendants, in "reinventing" themselves, have engaged in a strategic and systematic campaign to emulate PMC's brands through unlawful means.

25.     PMC is informed and believes and on that basis alleges that since the sale and relaunch of the THR Websites, Defendants have directly attempted to lure away PMC's, and specifically Deadline's, key employees in THR's effort to compete with Deadline.  When those attempts failed, Defendants sought the pretense of negotiatiations with PMC for PMC's Deadline.com to provide trade news for the relaunched THR.  When that strategy failed, THR decided to take Deadline's time-sensitive news stories and original content, gathered at a substantial cost and through considerable work and time and sources by Deadline staff, and used the information to create THR's own identical stories, free-riding on Deadline's efforts by developing THR product instantly and at virtually no cost.  THR then passed off this content as its own.

26.     As if that were not enough, Defendants then stole integral source code and intellectual property from the TVLine.  By doing so, Defendants have admittedly generated internet traffic, earned advertising revenue, improved homepage functionality and design, and capitalized as they otherwise would not have but for their theft.

## THR ATTEMPTS TO LURE AWAY KEY DEADLINE EMPLOYEES

27.     PMC is informed and believes and on that basis alleges that on numerous occasions THR attempted to hire Deadline's Founder, General

COMPLAINT FOR COPYRIGHT INFRINGEMENT

VOGTS000669

EXHIBIT D

1   Manager/President and Editor in Chief, Nikki Finke (during multiple phone calls

2   and emails and attempts to meet her in Los Angeles and New York), and attempted

3   to convince her to breach her multi-year exclusive employment agreement, breach

4   her noncompete, breach her asset purchase covenants, leave her position, and

5   abandon her obligations to PMC and Deadline to join THR.  On multiple

6   occasions, Ms. Finke was contacted by Todd Boehly, Managing Partner of

7   Guggenheim,  the investment and private equity firm that led the purchase of THR

8   from Nielsen Business Media in December 2009.  Ms. Finke, however, never met

9   with Boehly.

10        28.    Then, on the evening of January 13, 2010, Mr. Boehly by phone made

11   his first formal job offer to Ms. Finke to become THR's editor-in-chief.  Ms. Finke

12   was offered $450,000 base salary, plus a $1 million Malibu home ("which you can

13   keep whether you stay 5 minutes or 5 years"), plus a percentage of the cable TV

14   revenue THR was expecting (which Mr. Boehly specifically estimated at $650,000

15   annually), plus Mr. Boehly agreed to pay back PMC what they paid Ms. Finke. Mr.

16   Boehly later tried to arrange for a breakfast meeting with Ms. Finke at Park Grill in

17   Los Angeles on January 20, 2010.  Ms. Finke again didn't meet him.

18        29.    During this time, Richard Beckman (Prometheus' Chief Executive

19   Officer) and Jimmy Finkelstein (Prometheus' Chairman) made repeated efforts to

20   schedule meetings with Jay Penske, the Founder, Chairman and Chief Executive

21   Officer of PMC, under the pretense  of proposing terms whereby Deadline (and

22   other PMC properties) would provide THR with trade and other entertainment

23   related content.

24        30.    PMC is informed and believes and on that basis alleges that on or

25   about January 12, 2011, THR contacted Deadline's Television Editor, Nellie

26   Andreeva, by email, attempting to convince her to breach her multi-year exclusive

27   employment contract with PMC, leave her position, abandon her obligations to

28   Deadline and PMC, and join THR.

COMPLAINT FOR COPYRIGHT INFRINGEMENT    VOGTS000670
EXHIBIT D

31.     PMC is informed and believes and on that basis alleges that on or about March 11, 2011, THR attempted to hire PMC's Senior Director of Entertainment Sales, Nic Paul, even though he was under a multi-year exclusive employment contract to PMC.  In fact, Lori Burgess of THR contacted Mr. Paul directly asking if he wanted to have lunch and discuss leaving PMC to review opportunities over at THR.  Ms. Burgess stated that everyone had told her she needed to talk to Mr. Paul.  Mr. Paul responded that he was not interested, and she said, "You won't even have lunch with me?" to which he replied, "No."

32.     PMC is informed and believes and on that basis alleges that in or around early 2011, THR approached PMC's Publisher Lynne Segall attempting to convince her to breach her consulting contract with PMC, leave her position, abandon her obligations to PMC and join THR.  In fact, on or about June 14, 2011, THR successfully lured away Ms. Segall who became THR's senior vice president and publisher.  In doing so, PMC is informed and believes and on that basis alleges that as a direct result of THR's actions, Ms. Segall breached her contractual obligations to PMC, through her failure to provide PMC with the requisite notice required under her consulting agreement with PMC.

33.     Defendants' attempts to poach Deadline's and PMC's employees were just the first of its systematic campaigns to emulate PMC's websites.

## THR STEALS DEADLINE'S ORIGINAL NEWS STORIES

34.     PMC is informed and believes and on that basis alleges that Defendants have engaged and continue to engage in a practice of closely monitoring Deadline's website minute-by-minute for the specific purpose of spotting key news stories and original content and reproducing them for Defendants.  Defendants regularly take Deadline's time-sensitive news stories and original content (gathered at a substantial cost and through considerable

9

VOGTS000671
EXHIBIT D

1   work, time and sources by Deadline staff) and use the information to create their
2   own identical stories. Defendants free-ride on Deadline's efforts by developing
3   Defendants' product instantly and at virtually no cost. THR then passes off this
4   Deadline-owned content as its content. The following is just a small sampling of
5   recently stolen content, where Deadline's stories were posted on THR's website,
6   sometime within minutes:

7

8   34.1
_____

9       **The Deadline Website Posted:**

10      Fox Buys Family Dramedy From 'Ugly Betty' Creator Silvio Horta
11      And Jennifer Lopez

12      **By NELLIE ANDREEVA | Tuesday September 13, 2011 @**
13      **9:31am PDT**

14

15      **Within 47 Minutes, THR Posted:**
16      **Jennifer Lopez, Silvio Horta Sell Family Dramedy to Fox**
17      **By Lacey Rose 9/13/2011 @ 10:18 AM PDT**

18

19

20  34.2
_____

21      **The Deadline Website Posted:**

22      Universal Media Studios Gets New Heads Of Drama, Comedy &
23      Casting And New Name

24      **By NELLIE ANDREEVA | Monday September 12, 2011 @**
25      **1:15pm PDT**

26

27

28

COMPLAINT FOR COPYRIGHT INFRINGEMENT

VOGTS000672

EXHIBIT D

1   **Within 73 Minutes, THR Posted:**

2   **NBC Entertainment's In-House Studio Gets New Name and Key**

3   **Exec Promotions**

4   **By Marisa Guthrie 9/12/2011 @ 2:27 PM PDT**

5

6   34.3

7   **The Deadline Website Posted:**

8   Ellen DeGeneres-Portia De Rossi Comedy Lands At NBC With Put

9   Pilot Commitment

10  **By NELLIE ANDREEVA | Friday September 9, 2011 @ 9:23pm**

11  **PDT**

12

13  **Within 41 Minutes, THR Posted:**

14  **Ellen DeGeneres, Portia de Rossi Team for NBC Comedy**

15  **The Warner Bros. TV multicamera project revolves around**

16  **dueling sisters and would star the former "Arrested**

17  **Development" actress.**

18

19  **By Lesley Goldberg 9/9/2011 @ 10:04 PM PDT**

20

21  34.4

22  **The Deadline Website Posted:**

23  Toronto: Fox Searchlight Acquires 'Shame'

24  **By MIKE FLEMING | Friday September 9, 2011 @ 3:54pm**

25  **PDT**

26

27

28

COMPLAINT FOR COPYRIGHT INFRINGEMENT

VOGTS000673

EXHIBIT D

**Within 15 Minutes, THR Posted:**

**Toronto 2011: Michael Fassbender's 'Shame' Sells to Fox Searchlight**

**By Borys Kit 9/9/2011 @ 4:09 PM PDT**

34.5

**The Deadline Website Posted:**

First Toronto Sale: Samuel Goldwyn Nabs Doc 'Diana Vreeland: The Eye Has To Travel'

**By MIKE FLEMING | Friday September 9, 2011 @ 11:45am**

**Within 31 Minutes, THR Posted:**

**Samuel Goldwyn Grabs North American Rights to Diana Vreeland Doc**

**By Borys Kit 9/9/2011 @ 12:16 PM PDT**

34.6

**The Deadline Website Posted:**

Universal Gets Russell Crowe And Hugh Jackman For 'Les Miserables,' Sets December 7, 2012 Release

**By MIKE FLEMING | Thursday September 8, 2011 @ 3:52pm**

**Within 42 Minutes, THR Posted:**

**Russell Crowe in Negotiations to Star in 'Les Miserables'**

**By Borys Kit 9/8/2011 @ 4:34 PM PDT**

COMPLAINT FOR COPYRIGHT INFRINGEMENT

EXHIBIT D

VOGTS000674

34.7

**The Deadline Website Posted:**

Lifetime Cancels Drama 'The Protector'

**By NELLIE ANDREEVA | Thursday September 8, 2011 @ 2:54pm**

**Within 57 Minutes, THR Posted:**

**Lifetime Cancels 'The Protector'**

**The cable network will air its remaining episodes of the Ally Walker police procedural.**

By Lesley Goldberg 9/8/2011 @ 3:51 PM PDT

34.8

**The Deadline Website Posted:**

Lifetime Developing Las Vegas Casino Drama From Stephen Kronish And Kathryn Morris

**By NELLIE ANDREEVA | Thursday September 8, 2011 @ 9:44am**

**Within 33 Minutes, THR Posted:**

**Lifetime, '24' Writer, 'Cold Case' Star Developing Casino Drama**

**The project from Stephen Kronish and Kathryn Morris is based on the true story of a Las Vegas casino hostess.**

By Lesley Goldberg 9/8/2011 @ 10:17 AM PDT

COMPLAINT FOR COPYRIGHT INFRINGEMENT

EXHIBIT D

VOGTS000675

34.9

**The Deadline Website Posted:**

DreamWorks, Fox To Co-Finance Steven Spielberg's 'Robopocalypse'

**By MIKE FLEMING | Wednesday September 7, 2011 @ 10:29am**

**Within 16 Minutes, THR Posted:**

**Fox, DreamWorks Team on Steven Spielberg's 'Robopocalypse'**

**By Pamela McClinktodk 9/7/2011 @ 10:45 PM PDT**

34.10

**The Deadline Website Posted:**

**TNT Picks Up Carol Mendelsohn's Drama 'Scent Of The Missing' To Pilot**
**By NELLIE ANDREEVA | Wednesday September 7, 2011 @ 3:30pm PDT**

**Within 34 Minutes, THR Posted:**

**TNT Orders Drama Pilot from 'CSI's' Carol Mendelsohn**

**By Lacey Rose 9/7/2011 @ 4:04 PM PDT**

/ / /

/ / /

/ / /

14

COMPLAINT FOR COPYRIGHT INFRINGEMENT

EXHIBIT D

VOGTS000676

34.11

**The Deadline Website Posted:**

**Bruce Helford In Negotiations To Write Charlie Sheen's 'Anger Management' Sitcom**
**By NELLIE ANDREEVA | Tuesday September 6, 2011 @ 4:53pm PDT**

**Within 22 Minutes, THR Posted:**

**Bruce Helford in Talks to Showrun Charlie Sheen's 'Anger Management'**

**By Lacey Rose 9/6/11 @ 5:31 PM PDT**

34.12

**The Deadline Website Posted:**

CW Teams With Tom Fontana And Barry Levinson For Rookie Cop Drama
**By NELLIE ANDREEVA | Friday September 2, 2011 @ 1:32pm PDT**

**Within 36 Minutes, THR Posted:**
**CW Buys Cop Drama From 'Homicide' Team "Musketeers 3.0," from Tom Fontana and Barry Levinson, revolves around three intelligent, out-of-control New York detectives who meet their match.**
**By Philiana Ng, Lacey Rose 9/2/2011 @ 2:08 PM PDT**

///

///

///

15

VOGTS000677

EXHIBIT D

34.13

**The Deadline Website Posted:**
Claudia Lonow Comedy From Imagine TV Lands At ABC With Put Pilot Commitment

**By NELLIE ANDREEVA | Thursday September 1, 2011 @ 4:46pm PDT**

**Within 3 Minutes, THR Posted:**
**ABC Buys Comedy Project from 'Accidentally On Purpose' Creator Claudia Lonow**
**By Lacey Rose 9/1/2011 @ 4:49 PM PDT**

34.14

**The Deadline Website Posted:**

Former Paramount Production President Brad Weston In Talks For New Regency CEO

By MIKE FLEMING | Thursday September 1, 2011 @ 8:06am PDT

**Within 29 Minutes, THR Posted:**

**Brad Weston Headed to New Regency**

**By Pamela McClintock 9/1/2011 @ 8:35 AM PDT**

34.15

**The Deadline Website Posted:**
CBS Nabs Bill Lawrence And Greg Malins Comedy With Pilot Production Commitment

16

EXHIBIT D

VOGTS000678

1    By **NELLIE ANDREEVA** | Wednesday August 31, 2011 @
2    6:03pm PDT

3    Within 54 Minutes, THR Posted:
4

5    'Cougar Town' Creator Bill Lawrence Sells Workplace
6    Comedy to CBS

7    By: Lacey Rose 8/31/2011 @ 6:57 PM PDT
8

9    34.16
10
11   **The Deadline Website Posted:**

12   'Romancing The Stone' TV Adaptation Lands At NBC With
13   Penalty, Shawn Levy May Direct

14
15   By **NELLIE ANDREEVA** | Wednesday August 31, 2011 @
     1:00pm PDT
16

17   Within 33 Minutes, THR Posted:
18

19   NBC Signs on to Adapt 'Romancing the Stone'

20   "The Forgotten's" Mark Friedman will write the adaptation of
21   the 1984 feature with Shawn Levy attached to direct.

22
23   By Lesley Goldbert 8/31/2011 @ 2:18 PM PDT
24

25   / / /
26

27   / / /
28

---

17
COMPLAINT FOR COPYRIGHT INFRINGEMENT    VOGTS000679
EXHIBIT D

34.17

**The Deadline Website Posted:**

Tom Berenger, Mare Winningham, Powers Boothe Join History's
'Hatfields & McCoys'
By NELLIE ANDREEVA | Tuesday August 30, 2011 @ 9:26am
PDT

Within 33 Minutes, THR Posted:
'Hatfields and McCoys' Adds Tom Berenger, Powers Boothe,
Mare Winningham

The trio joins the History miniseries starring Kevin Costner
and Bill Paxton; Kevin Reynolds also signs on to direct the
project.
By Lesley Goldberg 8/30/2011 @ 9:59 AM PDT

34.18

**The Deadline Website Posted:**

HBO Pick Ups Boxing Drama 'Da Brick' To Pilot; Doug Ellin,
Spike Lee, Mike Tyson And John Ridley Executive Produce
By NELLIE ANDREEVA | Tuesday August 30, 2011 @ 6:52pm
PDT

Within 17 Minutes, THR Posted:
HBO Gives Pilot Order to Spike Lee, Mike Tyson Boxing
Drama
"Entourage" creator Doug Ellin is also on board for the
project, which would be loosely based on the former
heavyweight champion's early life in the ring.
By Lacey Rose; Lesley Goldberg 8/30/2011 @ 7:09 PM PDT

///

///

18
COMPLAINT FOR COPYRIGHT INFRINGEMENT

VOGTS000680

EXHIBIT D

34.19

**The Deadline Website Posted:**

**Showtime Developing Drama Series Based On Comic Book 'The Damned'**

**By NELLIE ANDREEVA | Wednesday August 24, 2011 @ 11:10am PDT**

Within 64 Minutes, THR Posted:

'The Damned' in Development at Showtime

The project would be a modern take on the comic series by Cullen Bunn and Brian Hurtt and revolve around mobster demons.

By Lesley Goldberg 8/24/2011 @ 12:14 PM PDT

34.20

**The Deadline Website Posted:**

ABC Buys 'Jekyll & Hyde'-Inspired Drama Project From Sheldon Turner

**By NELLIE ANDREEVA | Monday August 22, 2011 @ 12:10pm PDT**

Within 37 Minutes, THR Posted:

'Up in the Air' Scribe Sells 'Jekyll & Hyde' Drama Project to ABC

Sheldon Turner will pen the contemporary project and executive produce alongside Jennifer Klein.

19

COMPLAINT FOR COPYRIGHT INFRINGEMENT

EXHIBIT D

VOGTS000681

1   1:31 PM PDT 8/22/2011 by Lesley Goldberg
2

3

4   34.21

5   The Deadline Website Posted:

6   Phillip Noyce Signs Deal With ABC

7

8   By NELLIE ANDREEVA | Thursday August 4, 2011 @ 3:58pm

9   PDT

10   Within 16 Minutes, THR Posted:

11   Phillip Noyce Inks First Look Deal at ABC

12   The "Salt" director is also locked in to direct an ABC pilot for

13   next season.

14   By Lacey Rose 8/4/2011 @ 5:06 PM PDT

15

16   34.22

17   The Deadline Website Posted:

18   Netflix Makes Pay Deal With Lionsgate UK As Streaming Company

19   Prepares For UK Launch

20   By MIKE FLEMING | Thursday August 4, 2011 @ 10:00am

21   PDT

22

23   Within 37 Minutes, THR Posted:

24   Lionsgate UK Inks Content Supply Deal With Netflix

25   By Etan Vlessing 8/4/2011 @ 10:37 AM PDT

26

27

28

COMPLAINT FOR COPYRIGHT INFRINGEMENT

EXHIBIT D

VOGTS000682

34.23

**The Deadline Website Posted:**

**Paramount Moves Tom Cruise's 'Mission: Impossible' To December 21 And Sets 'One Shot' For Early 2013**

By **MIKE FLEMING** | Wednesday July 27, 2011 @ 5:10pm EDT

**Within 39 Minutes, THR Posted:**

**'Mission: Impossible -- Ghost Protocol' Bowing Abroad Prior to U.S. Release**

**By Pamela McClintock 7/27/2011 @ 5:49 PM PDT**

34.24

**The Deadline Website Posted:**

**Glen Mazzara To Succeed Frank Darabont As 'Walking Dead' Showrunner**

By **NELLIE ANDREEVA** | Wednesday July 27, 2011 @ 12:49pm PDT

**Within 20 Minutes, THR Posted:**

**'The Walking Dead': Glen Mazzara in for Frank Darabont as Showrunner**

**The former second-in-command will now take control of AMC's zombie drama.**

**By Lesley Goldberg 7/27/2011 @ 1:09 PM PDT**

21

VOGTS000683

34.25

**The Deadline Website Posted:**

Starz Declines Option To Renew 'Camelot'

**By THE DEADLINE TEAM | Thursday June 30, 2011 @ 1:39pm PDT**

Within 5 Minutes, THR Posted:

'Camelot': Starz Not Moving Forward With Second Season

By Lacey Rose 6/30/2011 @ 1:44 PM PDT

34.26

**The Deadline Website Posted:**

Jennifer Finnigan Lands Female Lead In USA Network Pilot 'Wild Card'

**By THE DEADLINE TEAM | Wednesday June 29, 2011 @ 11:27am PDT**

Within 1 hr. 23 Minutes, THR Posted:

Jennifer Finnigan to Star in USA Pilot 'Wild Card'

She has landed the female lead opposite Ben Lawson in the Las Vegas-set project.

By Philiana Ng 6/29/2011 @ 12:50 PM PDT

22
COMPLAINT FOR COPYRIGHT INFRINGEMENT

EXHIBIT D

VOGTS000684

1    34.27

2    **The Deadline Website Posted:**

3    <u>Mark Gill New President Of Millennium Films</u>

4

5    **By THE DEADLINE TEAM | Tuesday June 28, 2011 @**

6    **11:02am PDT**

7    Within 48 Minutes, THR Posted:

8    <u>Mark Gill Named President of Millennium Films</u>

9    By Gregg Kilday 6/28/2011 @ 11:50 PM PDT

10

11

12    34.28

13    **The Deadline Website Posted:**

14    <u>Comedy Central OKs Two New Sketch Series</u>

15    **By THE DEADLINE TEAM | Tuesday June 28, 2011 @ 3:15pm PDT**

16

17    Within 65 Minutes, THR Posted:

18    <u>Comedy Central Adds Pair of Sketch Series</u>

19    <u>Nick Kroll, Keegan-Michael Key and Jordan Peele pick up for Norm</u>

20    <u>Macdonald's "Sports Show" and "Onion SportsDome"</u>

21

22    By Lesley Goldberg 6/28/2011 @ 4:20 PM PDT

23

24    35.    As the sheer breadth of the foregoing demonstrates, rather than

25    engage in true journalism, Defendants have instead monitored, copied and

26    regurgitated PMC's hard-earned and created content.

27    37.    In truth, THR shamelessly steals PMC's content no matter the

28    story's size, and no matter how unique the posting. In one recent instance,

COMPLAINT FOR COPYRIGHT INFRINGEMENT

VOGTS000685

EXHIBIT D

1  Deadline TV Editor Nellie Andreeva happened to have two completely unrelated
2  small TV script sales stories which she had already reported and was waiting to
3  write. Ms. Andreeva chose to randomly combine the unrelated stories into a
4  single post. The two sales had nothing in common to warrant their merger; it was
5  just her intellectual decision to do so. Then, minutes later, THR posted the story
6  in the same manner, combining the same two stories in the same way with the
7  same information.

8      38.    As yet another recent example, ABC provided a story to both
9  Deadline and THR, asking them to post the story concurrently. Initially, Deadline
10  and THR agreed to post at 8:45 p.m. on September 13, 2011, however because
11  THR could not obtain a logline, THR requested (and Deadline agreed) to post the
12  story at 9:30 p.m instead. Both parties posted the story at approximately 9:30
13  p.m. THR's story was bare-bones, did not contain a logline and did not discuss
14  the project's details. Approximately 15 minutes later (after THR had the
15  opportunity to review Deadline's post), THR modified its story taking Deadline's
16  logline as its own, and adding the details existing in Deadline's posting.

17

18  **THR Stole the Source Codes and Web Design of PMC's TVLine.com**

19

20      39.    PMC owns and operates the business of TVLine. Since its launch,
21  TVLine has quickly become a household name in trusted television content.
22  TVLine is a website that has become a "must visit" site for television enthusiasts
23  looking to find news and updates from exclusive breaking television news to
24  spoilers and deep-dives, about their favorite television shows.
25      40.    As part of creating and developing a website, the owner creates a
26  unique and original featured module comprised of source code that produces the
27  website's distinctive homepage that enables users to navigate to the most important
28  content articles and sections of the site, effectively the web's version of a

24

COMPLAINT FOR COPYRIGHT INFRINGEMENT     VOGTS000686

EXHIBIT D

1  'newspaper's Front Page'. . Just as writers place letters and words in a unique and
2  original order so as to create paragraphs which are the framework for writing in
3  books and publications, so too do web designers place letters, words and symbols
4  in a unique and original order so as to create a module with source code that
5  provides the framework of every homepage's design and originality.

6      41.    The featured module at issue on TVLine's website was created to
7  highlight the most current, engaging and interesting content for users on entry to
8  the website.  TVLine's featured module was deliberately placed at the top of the
9  homepage, right below the navigation tabs to ensure that the content and any
10  advertising featured and displayed within the module was immediately presented
11  to the user before they interact with the other parts and content of the website.

12      42.    After expending numerous months and substantial resources in
13  researching and developing the most optimized, intuitive, and user-friendly
14  featured module, PMC developed and launched TVLine.com's interactive and
15  easy-to-use interface.

16      43.    The featured module was created using unique and original source
17  code divided into four parts: Module Markup, Module CSS, Module JavaScript,
18  and Initializing Code Module.  The four parts provide the module's original
19  framework.

20      44.    Among other things, the Module Markup provides the structure to the
21  article data such that the data is organized correctly on the page, and such that it
22  can be cleanly interacted with by the CSS and JavaScript modules.  Essentially,
23  Module Markup is the website's blueprint.

24      45.    Module CSS produces the look and feel of the website.  Among other
25  things, the CSS interacts with the Markup to control and set its arrangement on
26  screen, as well as its color, font, dimensions, background, and other such visual
27  elements in a particular and unique way.

28      46.    The Module JavaScript provides the "human computer interaction"

COMPLAINT FOR COPYRIGHT INFRINGEMENT    VOGTS000687
EXHIBIT D

facet of the module.  It interacts with, and manipulates the Markup and the CSS to provide:

    a.   Animations - such as when the active story selector cycles between the small images on the right hand side of the primary image.

    b.   Slideshow Effects - such as when the page initially loads and the active story automatically cycles between the four featured stories.

    c.   Interactivity - such as when a primary story is selected by left clicking using a mouse on one of the small images on the right hand side, or a circle on the translucent bar along the bottom is clicked.

47.    The final module, Initializing Code Module, exists to jumpstart the featured module's JavaScript code and provide it with the appropriate settings to use for animations (such as moving animations quickly or slowly, or how long to pause on each featured story when automatically cycling between stories on initial page load). It also describes functionality behavior for the featured story module.

48.    The four modules described above contain the source code that produces www.tvline.com's creative, unique and interactive featured module.

49.    Upon information and belief, in or around August 2011, THR copied and stole PMC's source code for its featured module, and as a result THR's homepage featured module is nearly identical to that of TVLine. Since THR's redesign and re-launch of HollywoodReporter.com in or around October 2010, the website HollywoodReporter.com did not utilize a featured module on its homepage, which remained accurate up until the theft of TVLine's featured module source code in or around August 2011.

50.    Specifically, to describe just a few of the copied aspects of TVLine's design and functionality, the following functionality was built into TVLine's

COMPLAINT FOR COPYRIGHT INFRINGEMENT

VOGTS000688

EXHIBIT D

featured module:

    a.    A primary image area associated with the story, with a translucent bar along the bottom that displays the headline of the story along with a short caption.

    b.    Four small images on the right hand side of the primary image area, organized in a vertical line. One image for each story being featured.

    c.    The featured module automatically and continuously cycles through the four featured stories without any user interaction.

    d.    The featured module stops the automatic and continuous cycling through of the four featured stories after the first user interaction with the featured module (such as clicking on one of the small image representing one of the four stories).

    e.    The user can select or activate one of the four featured stories by either clicking on one of the four small images on the right hand side of the primary image area, or by clicking the small hollow circles placed on the translucent bar along the bottom of the primary image.

    f.    The user can manually cycle through each story by clicking the small arrows on either side of the 4 circles on the translucent bar along the bottom of the primary image.

51.    Even if the stark similarities between the two websites was not evidence enough, the source code comprising the featured module on THR's website is alarming evidence of THR's egregious infringement.

52.    Once a website is published, any individual who visits the site has access to that website's source code with a click of the mouse.  That is the method by which THR had access to, copied and stole TVLine's source code. Embedded in TVLine's source code and featured module are certain labels. The source code is

COMPLAINT FOR COPYRIGHT INFRINGEMENT    VOGTS000689

EXHIBIT D

identified with labels that have original names, and are used for organizational, identification, and coding standard purposes. Those names and labels are input by the individual who creates the initial source code.

53. The names and labels of THR's source code is identical to TVLine's. For example, TVLine's Markup Module contain the following original labels: "MMCFeaturedCarosel," "MMC FCList," "MMC FCSelector," "MMC FCSStage," "MMC FCSecNav," and "MMC FCInfo."

54. To put the labels into context, PMC was formerly known as Mail.com Media Corporation, commonly referred to under the acronym MMC. For that reason, the initials "MMC" appear in each of the labels.

55. Egregiously, THR's source code and module **still contains the initials "MMC" in its labels**. THR's source code also flagrantly contains the same inadvertent misspelling of the word "Carosel."

56. Attached as Exhibits "1" – "7" are various screenshots that portray the stark similarities between TVLine and THR's source code and module.

## COUNT I
## COPYRIGHT INFRINGEMENT
### (17 U.S.C. § 501 *et seq.*)
### (Against All Defendants)

57. PMC realleges and incorporates herein by reference paragraphs 1 through 47 as though fully set forth herein.

58. The PMC Source Code contains original content, created by PMC.

59. PMC is the sole and exclusive owner of all right, title, and interest in and to the copyrights for the PMC Source Code. Prior to filing this complaint, PMC submitted eight applications to the United States Copyright Office to obtain copyrights in the PMC Source Code (the "Copyrights").

60. In most instances, Defendants copied the copyrighted PMC's Source

COMPLAINT FOR COPYRIGHT INFRINGEMENT <span>VOGTS000690</span>
EXHIBIT D

1 | Code almost verbatim.

2 |     61.    Defendants have utilized the copyrighted PMC Source Code as the
3 | framework for a virtually identical homepage module on THR's website.

4 |     62.    Defendants' actions were willful, intentional, and purposeful in
5 | disregard of PMC's Copyrights.

6 |     63.    As a direct and proximate cause of Defendants' infringement of
7 | PMC's Copyrights and exclusive rights under the Copyright Act, PMC is entitled
8 | to damages and disgorgement of Defendants' profits pursuant to 17 U.S.C. §
9 | 504(b) of the Copyright Act for each infringement.

10 |     64.    Alternatively, PMC is entitled to the maximum statutory damages
11 | pursuant to 17 U.S.C. § 504(c) of the Copyright Act in the amount of $150,000
12 | with respect to each work infringed, or such other amounts as may be proper under
13 | 17 U.S.C. § 504(b).

14 |     65.    PMC is also entitled to its attorneys' fees and costs pursuant to 17
15 | U.S.C. § 505 of the Copyright Act.

16 |     66.    Defendants' conduct is causing and, unless enjoined and restrained by
17 | this Court, will continue to cause PMC great and irreparable injury that cannot be
18 | fully compensated or measured in money.  PMC has no adequate remedy at law.
19 | Pursuant to 17 U.S.C. § 502 of the Copyright Act, PMC is entitled to a preliminary
20 | and permanent injunction prohibiting further infringement of PMC's Copyrights.

21 |

22 |     WHEREFORE, PMC prays for judgment in its favor and against
23 | Defendants, and each of them, as follows:

24 |     1.    For actual damages for copyright infringement pursuant to 17 U.S.C.
25 | § 504(a)(1) & (b) in an amount in excess of five million dollars ($5,000,000.00);

26 |     2.    For statutory damages for each and every copyright infringement,
27 | including willful infringement, in accordance with 17 U.S.C. § 504(a)(2) & (c);

28 |     3.    For the entry of an injunction providing that Defendants, their

VOGTS000691

EXHIBIT D

1  officers, agents, servants, employees, representatives, and attorneys, and all person

2  in active concert or participation with them, be permanently enjoined from

3  designing, copying, reproducing, displaying, promoting, advertising, distributing,

4  misappropriating or selling, or any other form of dealing or transaction in, any and

5  all advertising and promotional materials, print, media, signs, Internet web sites, or

6  any other media, either now known or hereafter devised, bearing any design or

7  mark which infringe, contributorily infringe, or vicariously infringe upon

8  Plaintiff's rights in the Copyrighted materials or any other copyrighted work of

9  Plaintiff, whether now in existence or later created;

10      4.      For an accounting of all profits, income, receipts or other benefit

11  derived by Defendants from the misappropriation, reproduction, copying, display,

12  promotion, distribution or sale of products and services, or other media, either now

13  known or hereafter devised, that improperly or unlawfully infringe upon Plaintiff's

14  copyrights pursuant to  17 U.S.C. § 504(a)(1) & (b);

15      5.      For disgorgement by Defendants to Plaintiff of all profits derived by

16  Defendants from their acts of copyright infringement and misappropriation and to

17  reimburse Plaintiff for all damages suffered by Plaintiff by reason of Defendants

18  acts, pursuant to 17 U.S.C. § 504(a)(1) & (b);

19      6.      For costs and interest pursuant to 17 U.S.C. § 505 and pursuant to

20  state statute for the common law claims;

21      7.      For reasonable attorney's fees incurred herein pursuant to 17 U.S.C. §

22  505;

23  / / /

24

25  / / /

26

27  / / /

28

<div align="center">30</div>

<div align="center">COMPLAINT FOR COPYRIGHT INFRINGEMENT</div>

VOGTS000692

<div align="center">EXHIBIT D</div>

1      8.    For any such other and further relief as the Court may deem just and

2  appropriate.

3      PMC hereby demands a jury trial.

4

5  DATED:  September 14, 2011      FREEDMAN & TAITLEMAN, LLP

6

7                      By:

8                           BRYAN J. FREEDMAN

9                           Attorneys for Plaintiff Penske Media
Corporation dba PMC

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR COPYRIGHT INFRINGEMENT

VOGTS000693

EXHIBIT D

Exhibit "1"

VOGTS000694

EXHIBIT D

Case 2:11-cv-07560-FMO-MRW   Document 1   Filed 09/14/11   Page 33 of 48   Page ID #:45



Exhibit 1

Displayed are homepage screenshots of TVLine.com and HollywoodReporter.com showing a virtually identical copy of the **"Featured Stories Module"** side by side.

VOGTS000695

EXHIBIT D

Exhibit "2"

VOGTS000696

EXHIBIT D

Case 2:11-cv-07560-FMO-MRW   Document 1   Filed 09/14/11   Page 35 of 48   Page ID #:47



Is a *Fringe* Reunion Coming?
FALL TV PREVIEW: Has Walter not lost his son forever? Good news from John Noble!

TORONTO EXCLUSIVE: Frank Marshall
Developing 'A Matter of Honor'

Exhibit 2

Displayed are homepage screenshots of TVLine.com and HollywoodReporter.com illuminating how the module on HollywoodReporter.com has been copied almost verbatim with only minor variations to size, color, font and text.  The HollywoodReporter has not only imitated the style of the active featured story highlighter, but also stolen the alternate circle based navigation interface.  Conclusively, all HollywoodReporter.com interactions with the module including auto cycling between stories on page load, number of featured stories shown, selection of active story, translucent bar displaying the title of the featured story, and the story selection animations, are stolen and misappropriated from TVLine.

VOGTS000697

Exhibit "3"

VOGTS000698

EXHIBIT D



## Exhibit 3

Displayed are screenshots of TVLine.com's and HollywoodReporter.com's **"Featured Stories Module"** and the underlying JavaScript code. It is evident that The HollywoodReporter has egregiously copied the TVLine code line-by-line, letter-by-letter, and maybe most surprisingly when stealing the code—somehow forgot to delete the use of "MMC" prefixes throughout their code. (MMC is the acronym for PMC's former designation: Mail.com Media Corporation, which owns TVLine.com)

VOGTS000699

EXHIBIT D

# Exhibit "4"

VOGTS000700

EXHIBIT D



## Exhibit 4

Displayed are homepage screenshots of TVLine.com and HollywoodReporter.com showing the **"Featured Stories Module"** and their identical Element Identifiers, nearly indistinguishable underlying HTML markup structure, and identical (CSS) Classnames prepended with "MMC" (MMC is the acronym for PMC's former designation: Mail.com Media Corporation, which owns TVLine.com)

VOGTS000701

EXHIBIT D

Exhibit "5"

VOGTS000702

EXHIBIT D



## Exhibit 5

Displayed are screenshots of the HTML markup of TVLine.com's and HollywoodReporter.com's **"Featured Stories Module"** with the article content removed. With the article data and content (images, URLs, headlines, etc.) removed, it becomes absolutely obvious the HTML Markup for the module has been stolen.

VOGTS000703

EXHIBIT D

Exhibit "6"

VOGTS000704

EXHIBIT D



**Exhibit 6**

Displayed are screenshots of TVLine.com's and HollywoodReporter.com's **"Featured Stories Module"** and the underlying initialization code. Once again the code has been lifted from the TVLine site with insignificant configuration differences. Further proof of the HollywoodReporter's flagrant and unprincipled theft of PMC source code is evidenced by the misspelling of the word ("Caraousel" vs "Carousel") that appears in both sites' code (TVLine & HollywoodReporter).

VOGTS000705

EXHIBIT D

Exhibit "7"

VOGTS000706

www.tvline.com

Last Saved: 9/13/11 3:04:25 PM
File Path = ~/Desktop/TVLTHR/September 13th/TVLINE_CSS_Code

TVLINE_CSS_Code

```
.MMCFeaturedCarousel {
		margin: 10px 5px 15px 10px;
		position:relative;
	}
	.MMCFCStage {
		display:inline-block; overflow:hidden;
	}
	.MMCFCStage img
	{
		width:514px; height:360px; border: none;
	}
	.MMCFCList {
		float: right; overflow:hidden; position:relative; zoom:1;
	}
	.MMCFCList a {
		display:inline-block;
		width:100%;
		position:relative;
		height: 87px;
		margin-bottom: 4px;
		*margin-bottom: 1px; width: 106px;
	}
	.MMCFCList img {
		height: 87px;
		border: none;
		width:106px;
	}
	.MMCFCSelector{ position:absolute; top:0; left:0; }
	.MMCFCInfo span
	{
		font-weight: bold; font-size:25px;
		display: inline-block;
		height: 30px;
		overflow: hidden;
		width: 380px;
		float: left;
		margin-right: 4px;
	}
	.MMCFCInfo span a
	{
		color: #ffffff;
	}
	.MMCFCInfo p { text-align: left; clear:left; }

#MMCFeaturedCarousel1 .MMCFCStage { height:360px; width:514px; }
#MMCFeaturedCarousel1 .MMCFCList {
	height:368px;
	width:107px;
}
#MMCFeaturedCarousel1 .MMCFCInfo{
	color: #ffffff;
	width:494px; height:61px;
	position:absolute;
	background:#000000;
	bottom:3px;
	*bottom:0;
	left:0px;
	padding: 5px 10px 10px;
	background:url('../images/imgInfo.png');
	display:block !important;
	font: 12px Arial,Helvetica,sans-serif;
}
.MMCFCInfo{position:relative}
.MMCFCSecNav{position:absolute; top:10px; right:10px; width:105px;}
.MMCFCSecNav a{
	height:12px;
	width: 12px;
	display:block;
	float:left;
	margin-right:5px;
	background:url('../images/carouselNav.png') no-repeat -24px 0;
}
.MMCFCSecNav a.prev{ background:url('../images/carouselNav.png') no-repeat 0 0;}
.MMCFCSecNav a.next{ background:url('../images/carouselNav.png') no-repeat -36px
.MMCFCSecNav a.active{ background:url('../images/carouselNav.png') no-repeat -12p
```

www.hollywoodreporter.com

Last Saved: 9/13/11 2:49:21 PM
File Path = ~/Desktop/TVLTHR/September 13th/THR_CSS_Code

THR_CSS_Code

```
.MMCFeaturedCarousel {
		margin:0;
		position:relative;
		margin-bottom:-4px;
	}
	.MMCFCStage {
		display:inline-block; overflow:hidden;
	}
	.MMCFCStage img {
		width:482px; height:271px; border:none;
	}
	.MMCFCList {
		float:right; overflow:hidden; position:relative; zoom:1;
	}
	.MMCFCList a {
		width:100%;
		position:relative;
		height:64px;
		*margin-bottom:4px; width:113px;
	}
	.MMCFCList img {
		height:64px;
		border:none;
		width:113px;
		margin-bottom:5px;
	}
	.MMCFCSelector { position:absolute; top:0; left:0; }
	.MMCFCInfo span {
		float:left;
		margin-right:0 4px 0 5px;
	}
	.MMCFCInfo span a
	{
		color:#ffffff;
		font-weight:bold; font-size:30px;
		font-family:"Vonness Bold Compressed",Helvetica,sans-serif;
		display:inline-block;
		margin-left:3px;
		line-height:31px;
		overflow:hidden;
		width:365px;
	}
	.MMCFCInfo p { text-align:left; clear:left; }

#MMCFeaturedCarousel1 .MMCFCStage { height:271px; width:482px; }
#MMCFeaturedCarousel1 .MMCFCList {
	height:271px;
	padding:0;
	width:113px;
}
#MMCFeaturedCarousel1 .MMCFCInfo {
	color: #ffffff;
	width:478px; height:63px;
	position:absolute;
	background:#000000;
	bottom:4px;
	*bottom:3px;
	left:0px;
	padding:8px 2px;
	background:url(/sites/all/themes/thr/images/imgInfo.png);
	display:block !important;
	font:12px Arial,Helvetica,sans-serif;
}
.MMCFCInfo{position:relative}
.MMCFCSecNav{position:absolute; top:10px; right:1px; width:105px;}
.MMCFCSecNav a{
	height:12px;
	width:12px;
	display:block;
	float:left;
	margin-right:5px;
	background:url(/sites/all/themes/thr/images/carouselNav.png) no-repeat -24px
}
.MMCFCSecNav a.prev{background:url(/sites/all/themes/thr/images/carouselNav.png)
.MMCFCSecNav a.next{background:url(/sites/all/themes/thr/images/carouselNav.png)
.MMCFCSecNav a.active{background:url(/sites/all/themes/thr/images/carouselNav.png
.content-Carousel1{width:600px;background:#d9d9d9;margin-right:0px;float:left;ove
```

## Exhibit 7

Displayed are side by side screenshots of the CSS code applied to the **"Featured Stories Module"** on TVLine.com and HollywoodReporter.com. One can lucidly see that the HollywoodReporter's CSS is merely a slight revision of the TVLine.com original CSS code. The HollywoodReporter's unashamed use of "MMC"* prefixed CSS Classnames and CSS techniques, coupled with several CSS classes that remain unchanged from the original TVLine code implementation further confirms this theft of copyright. (*MMC is the acronym for PMC's former designation: Mail.com Media Corporation, which owns TVLine.com)

Bryan J. Freedman, Esq. (SBN 151990)
bfreedman@ftllp.com
Freedman & Taitelman, LLP
1901 Ave. of the Stars, #500; Los Angeles, CA 90067
phone: (310) 201-0005; fax: (310) 201-0045
Attorneys for Plaintiff Penske Media Corp., dba PMC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSKE MEDIA CORPORATION, a Delaware corporation, d/b/a PMC | CASE NUMBER |
| PLAINTIFF(S) | LACV11-7560 VBF (MRWx) |
| v. | |
| PROMETHEUS GLOBAL MEDIA, LLC, a Delaware limited liability company d/b/a hollywoodreporter.com; and DOES 1 through 10, inclusive | SUMMONS |
| DEFENDANT(S). | |

TO:   DEFENDANT(S): _____
_____

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney, _Bryan J. Freedman_____, whose address is _Freedman & Taitelman, LLP, 1901 Ave. of the Stars, #500, Los Angeles, CA 90067_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:  **SEP 1 4 2011**   _____

By: _____SUSANA P. BUSTAMANTE_____
                              Deputy Clerk

                              *(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                                          SUMMONS

EXHIBIT D

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| PENSKE MEDIA CORPORATION, a Delaware corporation, d/b/a PMC | PROMETHEUS GLOBAL MEDIA, LLC, a Delaware limited liability company d/b/a hollywoodreporter.com; and DOES 1 through 10, inclusive |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Freedman & Taitelman, LLP - 1901 Ave. of the Stars, #500, Los Angeles, CA 90067; tel: 310-201-0005; Attorneys of Record: Bryan J. Freedman (151990), Steven B. Stiglitz (222667), Jonathan M. Genish (259031) | Unknown |

**I. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff    ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant    ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**V. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify):    ☐ 6 Multi-District Litigation    ☐ 7 Appeal to District Judge from Magistrate Judge

**. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**LASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No    ☐ **MONEY DEMANDED IN COMPLAINT:** $ Not specified

**I. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
17 U.S.C. § 101; Business & Professions Code §§ 17200; Copyright Infringement, Unfair compensation

**II. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS | TORTS | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 310 Airplane | ☐ 370 Other Fraud | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☑ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | | ☐ 443 Housing/Acco- mmodations | | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus- Alien Detainee | | ☐ 690 Other | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 240 Torts to Land | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | |
| | ☐ 290 All Other Real Property | | | | |

LACV11-7560

**R OFFICE USE ONLY:** Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW. VOGTS000709

EXHIBIT D

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Penske Media corporation, d/b/a PMC - Los Angeles County, California | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Prometheus Global Media, LLC - New York County, New York |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: **In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date September 14, 2011
Bryan J. Freedman, Attorneys for Plaintiff

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

VOGTS000710

CV-71 (05/08)   CIVIL COVER SHEET   Page 2 of 2