Lincoln D. Bandlow (SBN: 170449)
Lincoln@BandlowLaw.com
Rom Bar-Nissim (SBN: 293356)
Rom@BandlowLaw.com
**Law Offices of Lincoln Bandlow, P.C.**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: 310.556.9680
Facsimile: 310.861.5550

Attorneys for Defendants
Penske Media Corporation
and Dirt.com, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON VOGTS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PENSKE MEDIA CORPORATION, a Delaware Corporation; DIRT.COM, LLC, a Delaware Limited Liability Company; MOVE, INC., a Delaware Corporation, d/b/a Realtor.com; and DOES 1 through 10,<br><br>Defendants. | Case No.:  2:22-cv-01153-FWS-PVC<br><br>**DECLARATION OF LINCOLN BANDLOW IN SUPPORT OF THE PMC DEFENDANTS' MOTION IN LIMINE TO EXCLUDE ALL EVIDENCE AND ARGUMENT REGARDING PMC'S TERMS OF USE**<br><br>[Concurrently-filed with Notice of Motion; Memorandum of Points and Authorities; [Proposed] Order]<br><br>Assigned to: Hon. Fred W. Slaughter<br><br>Date: June 15, 2023<br>Time: 8:30 a.m.<br>Courtroom: 10D |

## <u>DECLARATION OF LINCOLN BANDLOW</u>

I, Lincoln Bandlow, do hereby state and declare as follows:

1.      I am an attorney at law, duly licensed to practice law in the State of California and the United States District Court for the Central District of California. I am the founder of the Law Offices of Lincoln Bandlow, P.C. and attorney of record for defendants Penske Media Corporation ("PMC") and Dirt.com, LLC ("Dirt") (collectively, the "PMC Defendants") in the above referenced action. I have personal knowledge of the facts contained in this declaration and, if called and sworn as a witness, I could and would competently testify thereto. I make this declaration in support of the PMC Defendants' Motion In Limine to Exclude All Evidence and Argument Regarding PMC's Terms of Use (the "Motion").

2.      The complaint of plaintiff Brandon Vogts concerns the PMC Defendants' alleged infringement of Vogts' photographs (the "Subject Photographs). In light of the March 3, 2023 Joint Stipulation of Facts and the May 9, 2023 conference of counsel, the parties agree that the only issues for trial are: (1) whether the PMC Defendants made a fair use of the Subject Photographs; and (2) if not, what is the number of statutory damages awards to which Vogts is entitled, whether the PMC Defendants' infringement was willful and the amount of statutory damages to be awarded.

3.      During discovery for this case, Vogts produced PMC's Terms of Use (the "TOU"), labeled VOGTS349-364 – a true and correct copy of which is attached hereto and incorporated herein as **Exhibit A**. LB Decl., ¶ 3, Ex. A. Additionally, Vogts submitted and relied upon PMC's TOU in support of his Motion for Partial Summary Judgment – namely the fourth fair use factor. In response, the PMC Defendants objected to the TOU on the grounds that it was irrelevant.

4.      During the May 9, 2023, conference of counsel under Federal Rule of Civil Procedure ("F.R.C.P.") Rule 16, counsel for the PMC Defendants discussed this Motion. Vogts' counsel refused to refrain from mentioning, referring to, arguing

1

BANDLOW DECLARATION ISO PMC DEFENDANTS' MOTION IN LIMINE TO EXCLUDE ALL EVIDENCE
AND ARGUMENT REGARDING PMC'S TERMS OF USE

1    about or attempting to introduce PMC's TOU. Rather, Vogts' counsel stated that this

2    information was relevant to the issue of the fourth fair use factor and willful

3    infringement for purposes of statutory damages.

4            I declare under penalty of perjury that the contents of this declaration are true

5    and correct. Executed this 11th day of May 2023 in Encino, California.

6

7

8                                                        _____

9                                                                  Lincoln Bandlow

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BANDLOW DECLARATION ISO PMC DEFENDANTS' MOTION IN LIMINE TO EXCLUDE ALL EVIDENCE
AND ARGUMENT REGARDING PMC'S TERMS OF USE