# Exhibit A

# PMC

BRANDS   LEADERSHIP   ABOUT US   EVENTS   NEWS   CAREERS   CONTACT US

# Terms of Use

Last updated: March 16, 2022

**Terms and Conditions of Use**

The following terms and conditions (the "Terms of Use") govern your use of the websites and mobile-optimized versions of the websites to which these Terms of Use are linked and which are owned or operated by Penske Media Corporation and its subsidiaries ("PMC," "we" and "us") (collectively, the "Websites"). The term "Websites" includes all subdomains of Websites and any content, code, data, services, features or functionality made available from or through the Websites. We may change the Terms of Use from time to time, at any time without notice to you, by posting such changes on the Websites. Changes in the Terms of Use will be effective when posted and your continued use of the Websites and/or the services made available on or through the Websites after any changes to the Terms of Use are posted will be considered acceptance of those changes. **BY USING THE WEBSITES, YOU ACCEPT AND AGREE TO THESE TERMS OF USE AS APPLIED TO YOUR USE OF THE WEBSITES, AND YOU REPRESENT AND WARRANT THAT YOU HAVE THE RIGHT, AUTHORITY AND CAPACITY TO ENTER INTO THIS AGREEMENT ON BEHALF OF YOURSELF OR THE ENTITY YOU REPRESENT**. If you do not agree to these Terms of Use, you may not access or otherwise use the Websites.

IMPORTANT: PLEASE READ THESE TERMS CAREFULLY AS THEY MAY IMPACT YOUR LEGAL RIGHTS IN THE EVENT OF A DISPUTE BETWEEN US. SPECIFICALLY, PLEASE REFER TO PARAGRAPH 26 BELOW, WHICH REQUIRES THAT CERTAIN DISPUTES BE SETTLED THROUGH MANDATORY BINDING ARBITRATION WHICH WILL PRECLUDE YOU FROM LEADING OR PARTICIPATING IN A CLASS ACTION.

PLEASE ALSO NOTE THAT WITH RESPECT TO PURCHASERS OF OUR PRODUCTS, WE RESERVE THE RIGHT TO CHANGE THE NUMBER OF ISSUES IN A SUBSCRIPTION TERM, INCLUDING DISCONTINUING ANY FORMAT, MAKE SUBSTITUTIONS AND/OR MODIFY THE MANNER IN WHICH THE SUBSCRIPTION IN DISTRIBUTED AS NOTED BELOW. YOU ARE RESPONSIBLE FOR PROVIDING US ANY ADDRESS CHANGES FOR YOUR ACCOUNT.

1. **Ownership.**

   As between you and PMC, excluding your Submitted Materials (as defined below), PMC or its licensors own, solely and exclusively, all rights, title and interest in and to the Websites, including without limitation all the content (including, for example, audio, photographs, illustrations, graphics, other visuals, video, copy, text, software, titles and Shockwave files), code, data and materials thereon, the look and feel, design and organization of the Websites, and the compilation of the content, code, data and materials on the Websites, including but not limited to any copyrights, trademark rights, patent rights, database rights, moral rights, sui generis rights and other intellectual property and proprietary rights therein. Your use of the Websites does not grant to you ownership of any content, code, data or materials you may access on or through the Websites. For more information about this, see the PMC Data Policy which can be found here, and which is incorporated into these Terms of Use.

2. **Feedback.**

   If you provide PMC any feedback or suggestions regarding the Websites ("Feedback"), including without limitation ideas, concepts, know-how or techniques relating to the functionality or design of the Websites, you hereby assign to PMC all rights in the Feedback and agree that PMC shall have the right to use such Feedback and related information in any manner it deems appropriate.   PMC will treat any Feedback you provide to PMC as non-confidential and non-proprietary. You agree that you will not submit to PMC any feedback that you consider to be confidential or proprietary.

3. **Limited License.**

   You may access and view the content on the Websites on your computer or other devices and, unless otherwise indicated in these Terms of Use or on the Websites, make single copies or prints of such content for your personal, internal use only. Use of the Websites and the services offered on or through the Websites are only for your personal, non-commercial use. Further, with respect to our subscriptions, each account is for a single user only. You are responsible for activity that occurs through your account. To maintain control over the account and prevent anyone from accessing the account (which could include information on viewing history for the account), you should maintain control over the devices that are used to access the service and not reveal the password or details of the payment method associated to the account to anyone. You are not allowed to share your account login credentials or give your login credentials to anyone else. we may cancel or suspend access to your account if in our sole determination it is being accessed by multiple users.

4. **Prohibited Use.**

   Any commercial or promotional distribution, publishing or exploitation of the Websites is strictly prohibited unless you have received the express prior written permission from authorized personnel of PMC or the otherwise applicable rights holder. Other than as expressly allowed herein, you may not download, post, display, publish, copy, reproduce, distribute, transmit, modify, perform, broadcast, transfer, create derivative works from, sell or otherwise exploit the Websites. You further agree that you may not alter, edit, delete, remove, otherwise change the meaning or appearance of, or repurpose, any of the content, code, data, or other materials on or available through the Websites, including, without limitation, the alteration or removal of any trademarks, trade names, logos, service marks, or any other proprietary content or proprietary rights notices. You acknowledge that you do not acquire any ownership rights by downloading any copyrighted material from or through the Websites. If you make other use of the Websites, except as otherwise provided above, you may violate copyright and other laws of the United States and/or other countries, as well as applicable state laws and may be subject to liability for such unauthorized use. For web posting, reprint, transcript or licensing requests for PMC material, please send your request to the following: licensing@pmc.com

5. **Marks.**

   The trademarks, logos, service marks and trade names (collectively the "Marks") displayed on the Websites or on content available through the Websites, are registered and unregistered trademarks or service marks of PMC and third parties. All Marks not owned by PMC that appear on the Websites or on or through the Websites' services, if any, are the property of their respective owners. Nothing contained on the Websites should be construed as granting, by implication or otherwise, any license or right to use any Mark displayed on the Websites without the written permission of PMC or the third party that may own the applicable Mark. You are not permitted to use these Marks without our prior written consent or the consent of such third party which may own the Marks. Your misuse of the Marks displayed on the Websites or on or through any of the Websites' services is strictly prohibited.

6. **Registration Information.**

   In the course of your use of the Websites, you may be asked to register or otherwise provide certain personalized information to us and/or to create a username and password (such information referred to hereinafter as "Registration Information"). PMC's information collection and use policies with respect to the privacy of such Registration Information are set forth in the Websites' Privacy Policy which is incorporated herein by reference for all purposes (the "Privacy Policy"). You acknowledge and agree that you are solely responsible for your Registration Information. You represent and warrant that (a) all required Registration Information you submit is truthful, accurate, complete and correct; and (b) you will maintain the accuracy and completeness of such information. You will be responsible for maintaining the confidentiality of your password and user name and for restricting access to your computer and information so others may not access our Websites using your Registration Information. We will not be responsible for misuse of your Registration Information by any third party, whether authorized by you or not. You are responsible for all activities that occur under your Registration Information. You agree to immediately notify PMC of any unauthorized use, or suspected unauthorized use, of your Registration Information or any other breach of security. PMC cannot and will not be liable for any loss or damage arising from your failure to comply with the above requirements.

7. **Eligibility.**

   You must meet any age, geographic or other eligibility requirements specified on the Websites to subscribe to a magazine, publication or service that we offer, to order anything online, to participate in certain contests, games or sweepstakes, or to access or participate in certain services at or areas of our Websites. By registering at those Websites, or for those features or services, you represent that you comply with applicable restrictions. E-commerce areas may include additional restrictions on purchases, return policies, delivery schedules and the like, depending on individual Website and vendor policies.

8. **Submitted Materials.**

   Unless specifically requested, we do not solicit nor do we wish to receive any confidential, secret or proprietary information or other material from you through the Websites, by e-mail or in any other way. Any and all comments, information, creative works, demos, ideas, suggestions, concepts, methods, systems, designs, plans, techniques or other materials submitted or sent by you to us via any medium (including, for example and without limitation, photos, audio, video, messages, text, files or other content which you submit or post to our chat rooms, message boards, comment sections and/or our blogs, social media pages or feeds, or send to us via e-mail or U.S. mail) ("Submitted Materials") will be deemed not to be confidential or secret, and may be used by us in any manner consistent with these Terms of Use and the Privacy Policy. By submitting or sending Submitted Materials to us, you: (i) represent and warrant that the Submitted Materials are original to you, that no other party has any rights thereto, and that any "moral rights" in Submitted Materials have been waived, (ii) that such Submitted Materials comply with these Terms of Use, including without limitation Sections 9 (Prohibited User Conduct) and 10 (Public Forums), and (iii) you grant us and our affiliates a royalty-free, unrestricted, worldwide, perpetual, irrevocable, non-exclusive and fully transferable, assignable and sublicensable right and license to use, copy, reproduce, modify, adapt, publish, translate, create derivative works from, distribute, perform, display and incorporate in other works any Submitted Materials (in whole or part) in any form, media, or technology now known or later developed, for any lawful purpose, including without limitation for promotional and/or commercial purposes. Without limiting the foregoing, you agree that if you choose to submit comments (e.g. a "letter to our editors" or an online review or comment) to us via any medium (including those noted above with respect to all Submitted Materials), we may publish these comments along with, at our sole discretion, your name, screen name and other information you have provided to us in our editorial publications in any form, media or technology now known or later developed. You hereby consent to this. We cannot be responsible for maintaining any Submitted Material that you provide to us, and we may delete or destroy any such Submitted Material at any time. You are solely responsible for creating backup copies of your Submitted Materials if you desire. Under no circumstances will PMC be liable for any inaccuracy or defect in any Submitted Materials.

9. **Prohibited User Conduct.**
You warrant and agree that, while using the Websites you shall not: (a) impersonate any person or entity or misrepresent your affiliation with any other person or entity: (b) insert your own or a third party's advertising, branding or other promotional content into any of the Websites' content, materials or services (for example, without limitation, in an RSS feed or a podcast received from PMC or otherwise through the Websites), or use, redistribute, republish or exploit such content or service for any further commercial or promotional purposes; or (c) attempt to gain unauthorized access to other computer systems through the Websites. You shall not: (i) engage in spidering, "screen scraping," "database scraping," harvesting of e-mail addresses, wireless addresses or other contact or personal information, or any other automatic means of obtaining lists of users or other information from or through the Websites or the services offered on or through the Websites, including without limitation any information residing on any server or database connected to the Websites or the services offered on or through the Websites; (ii) obtain or attempt to obtain unauthorized access to computer systems, materials or information through any means; (iii) use the Websites in any manner that may interrupt, damage, disable, overburden, or impair the Websites or its services, including without limitation, sending mass unsolicited messages or "flooding" servers with requests; (iv) use the Websites in violation of PMC's or any third party's intellectual property or other proprietary or legal rights; or (v) use the Websites in violation of any applicable law. You further agree that you shall not attempt (or encourage or support anyone else's attempt) to circumvent, reverse engineer, decrypt, or otherwise alter or interfere with the Websites, or any content thereof, or make any unauthorized use thereof. You agree that you shall not use the Websites in any manner that could damage, disable, overburden, or impair the Websites or interfere with any other party's use and enjoyment of the Websites or any of their services. You shall not obtain or attempt to obtain any materials or information through any means not intentionally made publicly available or provided for through the Websites

10. **Public Forums.**
PMC may, from time to time, make messaging services, chat services, bulletin boards, message boards, comment sections, blogs, other forums and other such services available on or through the Websites. In addition to any other rules or regulations that we may post in connection with a particular service, you agree that you shall not upload, post, transmit, distribute or otherwise publish through the Websites any Submitted Materials which (i) restrict or inhibit any other user from using and enjoying the Websites, (ii) are fraudulent, unlawful, threatening, abusive, harassing, libelous, defamatory, obscene, vulgar, offensive, pornographic, profane, sexually explicit or indecent, (iii) constitute or encourage conduct that would constitute a criminal offense, give rise to civil liability or otherwise violate any local, state, national or international law, (iv) violate, plagiarize or infringe the rights of third parties including, without limitation, copyright, trademark, trade secret, confidentiality, contract, patent, rights of privacy or publicity or any other proprietary right, (v) contain a virus, spyware, or other harmful component, (vi) contain embedded links, advertising, chain letters or pyramid schemes of any kind, or (vii) constitute or contain false or misleading indications of origin, endorsement or statements of fact. You further agree not to impersonate any other person or entity, whether actual or fictitious, including anyone from PMC. You also may not offer to buy or sell any product or service on or through your Submitted Materials. You alone are responsible for the content and consequences of any of your activities.

11. **Right to Monitor; Editorial Control.**
PMC reserves the right, but does not have an obligation, to monitor and/or review all Submitted Materials and PMC is not responsible for any such Submitted Materials. However, PMC reserves the right at all times to disclose any Submitted Materials as necessary to satisfy any law, rule, regulation or government request, or to edit, refuse to post or to remove any Submitted Materials, in whole or in part, that PMC considers to be, in PMC's sole discretion, objectionable or in violation of these Terms of Use, PMC's policies or applicable law. If PMC elects to modify Submitted Materials, PMC nonetheless assumes no responsibility for the Submitted Materials. We may also impose limits on certain features of the forums or restrict your access to part or all of the forums without notice or penalty if we believe you are in breach of the guidelines set forth in this paragraph, our terms and conditions or applicable law, or for any other reason without notice or liability.

12. **Private or Sensitive Information on Public Forums.**
It is important to remember that comments submitted to a forum may be recorded and stored in multiple places, both on our Websites and elsewhere on the Internet, which are likely to be accessible for a long time and you have no control over who will read them now or in the future. It is therefore important that you are careful and selective about the personal information that you disclose about yourself and others, and in particular, you should not disclose sensitive, embarrassing, proprietary or confidential information in your comments to our public forums.

13. **Other Users.**
Each Website user is solely responsible for any and all of its Submitted Materials. Because we do not control Submitted Materials, you acknowledge and agree that we are not responsible for any Submitted Materials and we make no guarantees regarding the accuracy, currency, suitability, or quality of any Submitted Materials, and we assume no responsibility for any Submitted Materials. Your interactions with other Website users are solely between you and such user. You agree that PMC will not be responsible for any loss or damage incurred as a result of such interactions. If there is a dispute between you and any Website user, we are under no obligation to become involved. You acknowledge that other users may post comments about your Submitted Materials which may be derogatory, and PMC has no obligation to monitor or delete any such Submitted Materials. You hereby release and forever discharge PMC (and our directors, officers, employees, agents, successors and assigns) from, and hereby waive and relinquish, each and every past, present and future dispute, claim, controversy, demand, right, obligation, liability, action and cause of action of every kind and nature (including personal injuries, death and property damage), that has arisen or arises directly or indirectly out of, or relates directly or indirectly to, any interactions with, or act or omission of, other Website users. IF YOU ARE A CALIFORNIA RESIDENT, YOU HEREBY WAIVE CALIFORNIA CIVIL CODE SECTION 1542 IN CONNECTION WITH THE FOREGOING, WHICH STATES: "A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM OR HER MUST HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR."

14. **Linking to the Websites.**
You agree that if you include a link from any other websites to the Websites, such link shall link to the full version of an HTML formatted page of the Websites. You are not permitted to link directly to any image hosted on the Websites or our services, such as using an "in-line" linking method to cause the image hosted by us to be displayed on another website. You agree not to download or use images hosted on the Websites on another website, for any purpose, including, without limitation, posting such images on another site. You agree not to link from any other website to the Websites in any manner such that the Websites, or any page of the Websites, are "framed," surrounded or obfuscated by any third party content, materials or branding. We reserve all of our rights under the law to insist that any link to the Websites be discontinued, and to revoke your right to link to the Websites from any other websites at any time upon written notice to you.

15. **Orders for Products and Services.**
We may, directly or through our third-party vendors ("Vendors"), make certain products available to visitors and registrants of the Websites. You agree to pay in full the prices for any purchases you make either by credit/debit card concurrent with your online order or by other payment means acceptable to PMC or its Vendors. You agree to pay all applicable taxes. If payment is not received by us or such Vendors from your credit or debit card issuer or its agents, you agree to pay all amounts due upon demand by us or the Vendors. Certain products that you purchase and/or download on or through the Websites may be subject to additional terms and conditions presented to you at the time of such purchase or download. We reserve the right to change the number of issues in a subscription term, including discontinuing any format, make substitutions and/or modify the manner in which the subscription is distributed. If your email or postal address changes, you agree to provide us with your updated address

16. **Third Party Websites.**
You may be able to link from the Websites to third party websites and third party websites may link to the Websites ("Linked Sites"). You acknowledge and agree that we have no responsibility for the information, content, products, services, advertising, code or other materials which may or may not be provided by or through Linked Sites, even if they are owned or run by affiliates of ours. Links to Linked Sites do not constitute an endorsement or sponsorship by us of such Linked Sites or the information, content, products, services, advertising, code or other materials presented on or through such Linked Sites. The inclusion of any link to such Linked Sites on our Websites does not imply PMC's endorsement, sponsorship, or recommendation of that site. PMC disclaims any liability for links (1) from another website to the Websites and (2) to another website from the Websites. PMC cannot guarantee the standards of any websites to which links are provided on the Websites nor shall PMC be held responsible for the contents of such sites, or any subsequent links. PMC does not represent or warrant that the contents of any third party websites are accurate, compliant with state or federal law, or compliant with copyright or other intellectual property laws. Also, PMC is not responsible for any form of transmission received from any Linked Sites. Any reliance on the contents of a third party website is done at your own risk and you assume all responsibilities and consequences resulting from such reliance.

17. **Advertisements and Promotions.**
PMC may run advertisements and promotions from third parties on the Websites. Your business dealings or correspondence with, or participation in promotions of, advertisers other than PMC, and any terms, conditions, warranties or representations associated with such dealings, are solely between you and such third party. PMC is not responsible or liable for any loss or damage of any sort incurred as the result of any such dealings or as the result of the presence of third-party advertisers on the Websites.

18. **Embedded Video Links**
Certain pages of the Websites provide the functionality for you to "embed" videos appearing on the page on other web sites or blog pages (together with the Player, as defined herein, the "Embedded Video"). The functionality is provided by giving you the necessary HTML code to include on such page to make that Embedded Video appear. If you include the HTML on a web or blog page, the actual video stream for the Embedded Video will be served from our servers but the Embedded Video may be rendered to the visitor of that page as part of that page. If you elect to embed video on a page, you agree as follows: (i) you will not alter, in any respect, the Embedded Video (including without limitation the content, format, and length and advertising associated therewith) from how it is served from our servers; (ii) you will not facilitate access to the Embedded Video directly or through any video player or other tool other than the video player that is provided by us when the Embedded Video appears (the "Player"): (iii) without limiting the foregoing, you will not link directly to the Embedded Video file; and (iv) the Embedded Video may be used in part for commercial purposes, including on an advertising-supported page, provided that: (a) the Embedded Video shall not be included in, or used as part of, a service that sells access to video content; (b) you shall not insert advertising, sponsorship or promotional messages in, or immediately adjacent to, the Embedded Video or Player; and (c) to the extent you sell any advertising, sponsorship or promotional material to appear on the same page that includes the Embedded Video, the page includes other content not provided by us which is a sufficient basis for such sales. You may not block, inhibit, build upon or disable any portion of the Player, including without limitation links back to our site. You understand and agree that all measured metrics relative to the access and viewing of the Embedded Video shall be credited to the Websites. Without limitation of any provision of these Terms of Use, we shall have no liability to you for any reason with respect to your use of Embedded Video and you agree to indemnify, defend and hold us and our affiliates and our affiliates' directors, officers, employees and agents harmless from any and all claims, liabilities, costs and expenses, including attorneys' fees, arising in any way from your use of the Embedded Video.

VOGTS000350

EXHIBIT A　　　　　　　　　　　https://pmc.com/terms-of-use/

19. **Content Feeds.**
RSS (really simple syndication) service and other syndication formats such as Atom as well as APIs (application programming interfaces) (collectively, the "Content Feeds") are means by which PMC offers feeds of story headlines in XML or JSON format ("PMC Content") to visitors to the Websites who use the applicable Feed aggregators. You must use the Content Feeds as provided by PMC, and you may not edit or modify the text, content or links supplied by PMC. The applicable Content Feed service may be used only with those platforms from which a functional link is made available that, when accessed, takes the viewer directly to the display of the full article on the Websites. You may not display the PMC Content in a manner that does not permit successful linking to, redirection to or delivery of the applicable Website web page. You may not insert any intermediate page, splash page or other content between the Content Feed link and the applicable Website web page. You must provide attribution to the appropriate Websites in connection with your use of the Content Feeds. If you provide this attribution using a graphic, you must use the appropriate Website logo that we have incorporated into the Content Feed. PMC reserves the right to discontinue providing any or all of the Content Feeds at any time and to require you to cease displaying, distributing or otherwise using any or all of the Content Feeds for any reason including, without limitation, your violation of any provision of these Terms of Use. PMC assumes no liability for any of your activities in connection with the Content Feeds or for your use of the Content Feeds in connection with your websites or any other properties.

20. **Indemnification.**
You agree to indemnify, defend and hold PMC and its directors, officers, employees, agents, successors and assigns harmless from any and all claims, liabilities, costs and expenses, including attorneys' fees, arising in any way from (a) your use of the Websites, (b) your placement or transmission of Submitted Materials or any other message, content, information, software or other materials through the Websites, and/or (c) your breach or violation of any applicable law or regulation or these Terms of Use. PMC reserves the right, at its own expense, to assume the exclusive defense and control of any matter otherwise subject to indemnification by you, and in such case, you agree to cooperate with PMC's defense of such claim. You agree not to settle any matter without the prior written consent of the General Counsel of PMC.

21. **Copyright Agent.**
We respect the intellectual property rights of others, and require that the people who use the Websites, or the services or features made available on or through the Websites, do the same. If you believe that your work has been copied in a way that constitutes copyright infringement, please forward the following information to PMC's Copyright Agent, designated as such pursuant to the Digital Millennium Copyright Act, 17 U.S.C. § 512(c)(2), named below:

  - Your address, telephone number, and email address;

  - A description of the copyrighted work that you claim has been infringed;

  - A description of where the alleged infringing material is located;

  - A statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law;

  - An electronic or physical signature of the person authorized to act on behalf of the owner of the copyright interest; and

  - A statement by you, made under penalty of perjury, that the above information in your notice is accurate and that you are the copyright owner or are authorized to act on the copyright owner's behalf.

Agent:
PMC Tower
475 Fifth Avenue
New York, NY 10017
Attn: PMC Copyright Agent
fax: (310) 846-4874
e-mail: legal@pmc.com

Note that the abovereferenced contact information is for copyright notices only. No other inquiries will receive a response from the PMC Copyright Agent.

22. **DISCLAIMER OF WARRANTIES.**
THE WEBSITES, INCLUDING, WITHOUT LIMITATION, ALL SERVICES, CONTENT, FUNCTIONS AND MATERIALS PROVIDED THROUGH THE WEBSITES, ARE PROVIDED "AS IS," "AS AVAILABLE," WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, WITHOUT LIMITATION, ANY WARRANTY FOR INFORMATION, DATA, DATA PROCESSING SERVICES, UPTIME OR UNINTERRUPTED ACCESS, ANY WARRANTIES CONCERNING THE AVAILABILITY, PLAYABILITY, DISPLAYABILITY, ACCURACY, PRECISION, CORRECTNESS, THOROUGHNESS, COMPLETENESS OR USEFULNESS OF CONTENT OR INFORMATION, AND ANY WARRANTIES OF TITLE, NON-INFRINGEMENT, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND WE HEREBY DISCLAIM ANY AND ALL SUCH WARRANTIES, EXPRESS AND IMPLIED. WE DO NOT WARRANT THAT THE WEBSITES OR THE SERVICES, CONTENT, FUNCTIONS OR MATERIALS PROVIDED THROUGH THE WEBSITES WILL BE TIMELY, SECURE, UNINTERRUPTED OR ERROR FREE, OR THAT DEFECTS WILL BE CORRECTED. WE MAKE NO WARRANTY THAT THE WEBSITES OR THE PROVIDED SERVICES WILL MEET USERS' REQUIREMENTS. NO ADVICE, RESULTS OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED BY YOU FROM US OR THROUGH THE WEBSITES SHALL CREATE ANY WARRANTY NOT EXPRESSLY MADE HEREIN. PMC ALSO ASSUMES NO RESPONSIBILITY, AND SHALL NOT BE LIABLE FOR DAMAGES TO, OR VIRUSES THAT MAY INFECT, YOUR EQUIPMENT ON ACCOUNT OF YOUR ACCESS TO, USE OF, OR BROWSING IN THE WEBSITES OR YOUR DOWNLOADING OF ANY MATERIALS, DATA, TEXT, IMAGES, VIDEO CONTENT, OR AUDIO CONTENT FROM THE WEBSITES. UNDER NO CIRCUMSTANCES SHALL PMC BE RESPONSIBLE FOR ANY LOSS OR DAMAGE, INCLUDING PERSONAL INJURY OR DEATH, RESULTING FROM USE OF THE WEBSITES, ANY CONTENT POSTED ON OR THROUGH THE WEBSITES, OR CONDUCT OF ANY USERS OF THE WEBSITES, WHETHER ONLINE OR OFF. YOU USE THE WEBSITES AT YOUR OWN RISK. IF YOU ARE DISSATISFIED WITH THE WEBSITES, YOUR SOLE REMEDY IS TO DISCONTINUE USING THE WEBSITES. WE TRY TO ENSURE THAT THE INFORMATION POSTED ON THE WEBSITES IS CORRECT AND UP-TO-DATE. WE RESERVE THE RIGHT TO CHANGE OR MAKE CORRECTIONS TO ANY OF THE INFORMATION PROVIDED ON THE WEBSITES AT ANY TIME AND WITHOUT ANY PRIOR WARNING. PMC NEITHER ENDORSES NOR IS RESPONSIBLE FOR THE ACCURACY OR RELIABILITY OF ANY OPINION, ADVICE OR STATEMENT ON THE WEBSITES, NOR FOR ANY OFFENSIVE, DEFAMATORY, OBSCENE, INDECENT, UNLAWFUL OR INFRINGING POSTING MADE THEREON BY ANYONE OTHER THAN AUTHORIZED PMC EMPLOYEE SPOKESPERSONS WHILE ACTING IN THEIR OFFICIAL CAPACITIES (INCLUDING, WITHOUT LIMITATION, OTHER USERS OF THE WEBSITES) IT IS YOUR RESPONSIBILITY TO EVALUATE THE ACCURACY, COMPLETENESS OR USEFULNESS OF ANY INFORMATION, OPINION, ADVICE OR OTHER CONTENT AVAILABLE THROUGH THE WEBSITES. PLEASE SEEK THE ADVICE OF PROFESSIONALS, AS APPROPRIATE, REGARDING THE EVALUATION OF ANY SPECIFIC INFORMATION, OPINION, ADVICE OR OTHER CONTENT, INCLUDING BUT NOT LIMITED TO FINANCIAL, HEALTH, OR LIFESTYLE INFORMATION, OPINION, ADVICE OR OTHER CONTENT. WITHOUT LIMITATION OF THE ABOVE IN THIS SECTION, PMC AND ITS AFFILIATES, SUPPLIERS AND LICENSORS MAKE NO WARRANTIES OR REPRESENTATIONS REGARDING ANY PRODUCTS OR SERVICES ORDERED OR PROVIDED VIA THE WEBSITES, AND HEREBY DISCLAIM, AND YOU HEREBY WAIVE, ANY AND ALL WARRANTIES AND REPRESENTATIONS MADE IN PRODUCT OR SERVICES LITERATURE, FREQUENTLY ASKED QUESTIONS DOCUMENTS AND OTHERWISE ON THE WEBSITES OR IN CORRESPONDENCE WITH PMC OR ITS AGENTS. ANY PRODUCTS AND SERVICES ORDERED OR PROVIDED VIA THE WEBSITES ARE PROVIDED BY PMC "AS IS," EXCEPT TO THE EXTENT, IF AT ALL, OTHERWISE SET FORTH IN A LICENSE OR SALE AGREEMENT SEPARATELY ENTERED INTO IN WRITING BETWEEN YOU AND PMC OR ITS LICENSOR OR SUPPLIER.

23. **LIMITATION OF LIABILITY.**
IN NO EVENT, INCLUDING BUT NOT LIMITED TO NEGLIGENCE, SHALL PMC, OR ANY OF ITS AFFILIATES OR THEIR RESPECTIVE DIRECTORS, OFFICERS, EMPLOYEES, AGENTS OR CONTENT OR SERVICE PROVIDERS (COLLECTIVELY, THE "PROTECTED ENTITIES") BE LIABLE FOR ANY DIRECT, INDIRECT, SPECIAL, INCIDENTAL, CONSEQUENTIAL, EXEMPLARY OR PUNITIVE DAMAGES ARISING FROM, OR DIRECTLY OR INDIRECTLY RELATED TO, THE USE OF, OR THE INABILITY TO USE, THE WEBSITES OR THE CONTENT, MATERIALS AND FUNCTIONS RELATED THERETO, YOUR PROVISION OF INFORMATION VIA THE WEBSITES, LOST BUSINESS OR LOST SALES, EVEN IF SUCH PROTECTED ENTITY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. SOME JURISDICTIONS DO NOT ALLOW THE LIMITATION OR EXCLUSION OF LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES SO SOME OF THE ABOVE LIMITATIONS MAY NOT APPLY TO CERTAIN USERS. IN NO EVENT SHALL THE PROTECTED ENTITIES BE LIABLE FOR OR IN CONNECTION WITH ANY CONTENT POSTED, TRANSMITTED, EXCHANGED OR RECEIVED BY OR ON BEHALF OF ANY USER OR OTHER PERSON ON OR THROUGH THE WEBSITES. IN NO EVENT SHALL THE TOTAL AGGREGATE LIABILITY OF THE PROTECTED ENTITIES TO YOU FOR ALL DAMAGES, LOSSES, AND CAUSES OF ACTION (WHETHER IN CONTRACT OR TORT, INCLUDING, BUT NOT LIMITED TO, NEGLIGENCE OR OTHERWISE) ARISING FROM THE TERMS OF USE OR YOUR USE OF THE WEBSITES EXCEED, IN THE AGGREGATE, THE GREATER OF (a) TWENTY-FIVE US DOLLARS ($25), OR (B) THE AMOUNT, IF ANY, PAID BY YOU TO PMC FOR YOUR USE OF THE WEBSITES OR PURCHASE OF PRODUCTS VIA THE WEBSITES.

24. **Applicable Laws.**
We control and operate the Websites from our offices in the United States of America. We do not represent that materials on the Websites are appropriate or available for use in other locations. Persons who choose to access the Websites from other locations do so on their own initiative, and are responsible for compliance with local laws, if and to the extent local laws are applicable. These Terms of Use shall be governed by and construed solely and exclusively in accordance with the laws of the State of New York, USA without giving effect to any law that would result in the application of the law of another jurisdiction.

25. **Termination.**
PMC may terminate, change, suspend or discontinue any aspect of the Websites or the Websites' services at any time. PMC may restrict, suspend or terminate your access to the Websites and/or its services if we believe you are in breach of our Terms of Use or applicable law, or for any other reason without notice or liability. Without limitation, PMC may, in its sole discretion and without liability, terminate the Websites use privileges of users who are repeat infringers of intellectual property rights.

26. **Dispute Resolution.** PLEASE READ THIS CAREFULLY. IT AFFECTS YOUR RIGHTS.

Except for either party's claims of infringement or misappropriation of either party's patent, copyright, trademark, or trade secret, any and all disputes between you and PMC arising under or related in any way to these Terms of Use, must be resolved through binding arbitration as described in this section. This agreement to arbitrate is intended to be interpreted broadly. It includes, but is not limited to, all claims and disputes relating to your use of any of the Websites. YOU AGREE THAT BY ENTERING INTO THIS AGREEMENT, YOU AND PMC ARE EACH WAIVING THE RIGHT TO TRIAL BY JURY OR TO PARTICIPATE IN A CLASS ACTION. YOU AND PMC AGREE THAT EACH MAY BRING CLAIMS AGAINST THE OTHER ONLY IN YOUR OR ITS INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE PROCEEDING. ANY ARBITRATION WILL TAKE PLACE ON AN INDIVIDUAL BASIS; CLASS ARBITRATIONS AND CLASS ACTIONS ARE NOT PERMITTED. The arbitration will be conducted by JAMS in accordance with its then-current Streamlined Arbitration Rules and Procedures ("JAMS Rules") and will be held in New York, New York. The arbitration will be conducted by one neutral arbitrator chosen by the parties. If the parties cannot agree upon an arbitrator, they shall submit to the procedure used by JAMS to choose an arbitrator. The current rules may be found on the Internet at: http://www.jamsadr.com/rules-streamlined-arbitration/. This arbitration agreement is made pursuant to a transaction involving interstate commerce, and shall be governed by the Federal Arbitration Act ("FAA"), 9 U.S.C. §§1-16. The arbitrator shall apply New York law, as described in Section 24 (Applicable Laws), consistent with the FAA and applicable statutes of limitations, and shall honor claims of privilege recognized at law. Notwithstanding anything herein or in the JAMS Rules to the contrary, the arbitrator shall not have the power to award punitive damages against you or PMC. The arbitrator's ruling is binding and may be entered as a judgment in any court of competent jurisdiction. In the event this agreement to arbitrate is held unenforceable by a court, then the disputes that would otherwise have been arbitrated shall be exclusively brought in the state or federal courts located in the City and County of New York, New York. Claims of infringement or misappropriation of the other party's patent, copyright, trademark, or trade secret shall be exclusively brought in the state and federal courts located in the City and County of New York, New York.

27. **Miscellaneous.**

These Terms of Use (including the Privacy Policy) constitute the entire agreement between you and us regarding the use of the Websites. Our failure to exercise or enforce any right or provision of the Terms of Use shall not constitute a waiver of such right or provision. If any provision of the Terms of Use is found by a court of competent jurisdiction to be invalid, the parties nevertheless agree that the court should endeavor to give effect to the parties' intentions as reflected in the provision, and the other provisions of the Terms of Use remain in full force and effect

28. **Supplemental Terms.**

Getty Images Notice: Without limiting any of the terms set forth herein, Getty Images still images and visual representations (including, without limitation, Getty Images wholly-owned images and visual representations, as well as the collections licensed through Getty Images) may not be republished, retransmitted, reproduced, downloaded or otherwise used, except for downloading for personal, non-commercial use.

LINKEDIN    GLASSDOOR    TWITTER    FACEBOOK    ACCESSIBILITY    PRIVACY POLICY    CALIFORNIA PRIVACY RIGHTS    ADCHOICES    TERMS OF USE

DO NOT SELL MY PERSONAL INFORMATION



PMC

Copyright © 2022 Penske Media Corporation. All Rights Reserved. Powered by WordPress VIP

# PMC
BRANDS  LEADERSHIP  ABOUT US  EVENTS  NEWS  CAREERS  CONTACT US

# Privacy Policy

Effective January 1, 2020
Updated June 13, 2022

TABLE OF CONTENTS

1. Introduction
2. The Information We Collect
3. How We Use the Information We Collect
4. How We Share the Information Collected
5. Legal Grounds for Using (Processing) Your Information
6. Online Analytics and Advertising
7. Your Rights & Your Choices
   A. California Data Access & Deletion Rights
   B. Notice of Right to Opt Out of Sale of Personal Information
   C. California "Shine the Light" Disclosure
   D. International Users
   E. Privacy Information for Nevada Residents
   F. Subscriber Preferences
8. Retention of Your Information
9. Cookies and Other Tracking Technologies
10. Links to Third Party Sites
11. Security
12. Special Note For Parents
13. Transfer Information to the United States
14. Changes to This Privacy Policy
15. Disputes; No Rights of Third Parties
16. Contact Us: Data Privacy Officer

- Appendix A: California Privacy Notice

## 1. Introduction

This privacy policy ("Privacy Policy" or "Policy") explains how Penske Media Corporation and its subsidiaries and affiliates, which are set forth below (collectively, "PMC", "We" and "Us") process information on our websites, our digital applications, online stores (collectively, the "Stores"), related to PMC events, or through the use of third-party subscription pages and/or offline subscription forms and requests, for print and digital magazines, websites and other editorial properties published by PMC (the "Publications") that are linked to or contain the URL for this Privacy Policy (all of the foregoing, collectively, "Services") and that PMC may collect offline or from third parties. Third-party subscription pages for Publications and other interactive web and digital pages where we collect information about you are considered "Services" when linked to this Privacy Policy, but this Policy does not otherwise apply to other information collected through the third party website(s). This Privacy Policy is incorporated into and subject to the Services' **Terms of Use**. If you do not agree to the Terms of Use and this Privacy Policy, you must discontinue using the Services and all components and features therein. By using the Services, you acknowledge you have read and understand this Privacy Policy.

For the purposes of data protection laws, PMC is the data controller. PMC's address is 11175 Santa Monica Boulevard, Los Angeles, CA 90025

This Policy does not apply to:

- Information submitted on the PMC Careers page at https://pmc.com/careers-listing/ or to employees, former employees, candidates, contractors, service providers, or business contacts of PMC. Information submitted on the PMC Careers page is governed by the Penske Media Corporation Human Resources Privacy Notice referenced on the PMC Careers page.

- The editorial activities of our Publications, journalists, editors, photographers and other editorial staff who may collect, publish and distribute information about you from sources unrelated to your use of the Services (collectively, "**Editorial Activities**").

- Any Editorial Activities concerning information that you may share at any of our conferences, summits, panels or other events.

PMC's subsidiaries and affiliates include Ampav Media, LLC, Art Media, LLC, BGR Media, LLC, Billboard Media, LLC, Billboard IP Holdings, LLC, Deadline Hollywood, LLC, Dirt.com, LLC, Fairchild Publishing, LLC, Gold Derby Media, LLC, IndieWire Media, LLC, LA3C, LLC, Penske Business Media, LLC, P-MRC Holdings, LLC, P-MRC Music, LLC, PMC Studios, LLC, Robb Report Media, LLC, Rolling Stone, LLC, Rolling Stone Licensing, LLC, Rolling Stone Media, LLC, RSW Productions, LLC, SheMedia, LLC, Sourcing Journal Media, LLC, Sportico Media, LLC, Spy Media, LLC, The Hollywood Reporter, LLC, TVLine Media, LLC, Variety Media, LLC, Vibe Media Publishing, LLC, and Wenner Media, LLC. This list may be updated from time to time. For the avoidance of doubt, this Policy does not apply to any websites operated by third parties publishing foreign editions of the Publications and related websites and digital properties.

For information about the publisher and blogger network advertising services of SheMedia, LLC, please read the **SHE Media Ad Services Privacy Policy**.

## 2. The Information We Collect

We obtain information from or about you when you use our Services. The information we collect and the purposes for which we use depends on the specific Services you use and how you interact with PMC. For example, we collect the information you provide when you enter a contest, complete a survey, participate in a reader panel, register for a part of our Services, register for an event, make a purchase, request a refund, participate in our social networking features, subscribe to our Publications or newsletters, or send us an email or feedback. If you post material to any forums or our social networking features or other community boards offered on our Services, such materials will be collected and some information, including your posted pseudonym, may be publicly available for others to view. We, or our service providers on our behalf, may collect the following information about you or your use of the Services:

**Information You Provide to Us:**

- **Registration, Subscription, Purchase or Contact information** such as e-mail address, name, phone number, shipping address, purchase history and billing information
- **Customer service information** such as questions and other messages you address to us directly through online forms, by email, over the phone, or by post; and summaries or voice recordings of your interactions with customer care
- **Demographic, statistical and interest information** such as your age, date of birth, gender, interests, lifestyle information, and hobbies
- **Event Information**, in addition to registration information, information required for event attendance, including health (depending on the event and public health recommendations and/or requirements) and safety information, or that you can volunteer in connection with an event
- **Financial and transactional information** such as credit or debit card number, verification number, and expiration date, to process payments and information about your transactions and purchases with us
- **Employment or Education Information** when you register for events or for networking insights services such as education history, employment experience, business contact information
- **User-generated content** such as comments on articles, photos, videos, audio, any information you submit in public forums or message boards, reviews and feedback or testimonials you provide about our Services
- **Research, survey, or sweepstakes information** (including contact information and user generated content) collected if you participate in a survey or sweepstakes; includes information needed for you to participate (such as contact information), and to fulfill your prize
- **Contact Information about others**, (including personal identifiers) such as name and mailing address to send a gift or use our send-to-a-friend functionality, if you use send-to-a-friend on our Services, your email address may be included in the communication sent to your friend
- **Social media information** (which may include contact information, photos, location, user generated content, demographic information) if you link your account or access the Services through a third-party connection or log-in, we may have access to any information you provide to that social network depending on your privacy settings such as your name, email address, friend list, photo, gender, location, and current city; and information you provide to us directly through our pages on social networking and blogging platforms (e.g., Facebook, Instagram, Snapchat, WordPress, and Twitter)
- **Other information You Choose to Provide** directly to PMC in connection with your use of the Services

**Information We Collect Automatically:**

- **Device information and identifiers** such as IP address; time zones, browser type and language, operating system; platform type; device type, software and hardware attributes; and unique device, advertising, and app identifiers
- **Internet network and device activity data** such as information about files you download, domain names, landing pages, browsing activity, content or ads viewed and clicked, dates and times of access, pages viewed, products, goods or services viewed, forms you complete or partially complete, search terms, uploads or downloads, the URL that referred you to our Services, the web sites you visit after this web site; if you share our content to social media platforms; and other web usage activity and data logged by our web servers, whether you open an email and your interaction with email content, access times, error logs, and other similar information. See "**Cookies and Other Tracking Technologies**" below for more information about how we collect and use this information.
- **Geolocation information** such as city, state and ZIP code associated with your IP address or derived through Wi-Fi triangulation; time zones, and precise geolocation information from GPS-based functionality on your mobile devices, with your permission in accordance with your mobile device settings

**Information from Third Parties:**

We may also collect the information outlined above (except "Other Information You Choose to Provide"), such as contact information, demographic and social media information, from other sources such as public and commercial data sources, affiliates, entities providing conferences and other events, marketers, social media networks, third party advertising partners in accordance with your privacy preferences on such services, and partners such as those providing surveys or operating sweepstakes for or with us. We use this information to update, validate or supplement the information that you provide or we collect automatically, to target our communications so that we can inform you of products, services and offers that may be of interest, and for internal research, analytics and improvement of our Services. If other users of the Services provide information about you, such as your name and mailing address, including to send a gift or to use our send-to-a-friend functionality, we collect that information from such users.

## 3. How We Use the Information We Collect

Depending on the Services you use and how you use them, We, or Our service providers, may use your information to:

- **Provide the Services you request, including to maintain and service your account, by:**
  - Processing and fulfilling your transactions, including subscriptions and the purchase of other products, goods and services (including, without limitation, through the Stores)
    Maintaining and servicing your account
  - Processing payments
  - Arranging for shipping
  - Providing you with invoices and/or order confirmations
  - Sending communications that you have requested\
  - Administering your entries into sweepstakes, contests, promotions, or surveys
  - Providing community features and post your content

- **Communicate with You & Provide Customer Service to Provide the Services, including through:**
  - Transactional or service communications, such as to notify you when you have won one of our contests or sweepstakes or other promotions, when we make changes to subscriber agreements, to send you an email newsletter, process refund requests, or to contact you about your account
  - Responses to your requests for information
  - Customer service and technical support

- **Personalize your experience to Provide the Services, by:**
  - Customizing certain features of the Services
  - Delivering relevant content and to provide you with an enhanced experience based on your activities and interests
  - Sending you personalized newsletters, surveys, and information about products, services and promotions offered by us, our partners, and other organizations with which we work
  - Customizing the advertising on the Services based on your activities and interests
  - Creating and updating inferences about you and audience segments that can be used for targeted advertising and marketing on the Services, third party services and platforms, and mobile apps
  - Conducting cross-device tracking by using information such as IP addresses and unique mobile device identifiers to identify the same unique users across multiple browsers or devices (such as smartphones or tablets), in order to save your preferences across devices and analyze usage of the Service
  - Use inferences about your preferences and interests for any and all of the above purposes

- **Republish Information You Provide on the Services, by:**

  - Pursuant to our **Terms of Use**, using and editing information submitted by you in response to opportunities provided on the Services, which you provide to us through emails, blogs, forums, in response to polls, or through any other user generated submission, for editorial purposes, including your name, likeness, photograph, and biographical information you provide, with or without attribution, including publication in the Publications, and in trade media, and advertising

- **Improve the Services and develop new services, by:**

  - Engaging in analysis, research, and reports to better understand how you use the Services, so we can improve them and develop new services

- **Our Marketing and Third-Party Marketing and Advertising Purposes, by :**

  - Sending you newsletters, promotional emails, surveys and information about products, services and promotions offered by us, our partners, and other organizations with which we work

  - Customizing content and advertising that we or our third-party partners deliver on the Services (e.g., personalized third-party advertising)

  - Creating and updating inferences about you and audience segments that can be used for targeted advertising and marketing on the Services, third party services and platforms, and mobile apps

  - We may combine the information we collect about you, including from third parties, and conduct cross-device tracking for the marketing and advertising purposes above

- **Bug detection and error reporting,** including to understand and resolve technical issues, app crashes and other issues being reported

- **Audit consumer interactions on the Services** including to measure the placement, frequency, efficacy and compliance of advertising and ad impressions

- **Security, Fraud, and Legal Compliance,** including by detecting, protecting against, and prosecuting security incidents, fraud, and illegal activity including to:

  - Monitor, prevent, and detect fraud, such as through verifying your identity

  - Combat spam or other malware or security risks

  - Monitor, enforce, and improve the security of our Services

  - Comply with any applicable procedures, laws, and regulations, subpoenas, governmental requests or legal process, or in connection with a legal investigation, if in our good faith opinion such is required or permitted by law

  - Establish, exercise, or defend our legal rights (e.g., to enforce compliance with our Terms of Use, Privacy Policies, or other contracts or legal rights)

  - Protect or defend our Services, users, or others

- **Aggregate and/or De-Identified Information.** We may aggregate or anonymize information and/or de-identify any information collected through the Services so that such information can no longer be linked to you or your device (such information, "Aggregate/De-Identified Information"). We may use this Aggregate/De-Identified Information for any purpose permitted under the law, including without limitation for research and marketing purposes, and disclose such information to third parties, including advertisers, promotional partners, and sponsors in our sole discretion.

## 4. How We Share the Information Collected

PMC may share or disclose information collected from and about you on the Services to other companies or individuals as set forth below:

- **Service Providers.** We may provide access to information to vendors that perform services on our behalf, including subscription and order fulfillment, managing our email lists and sending email messages on our behalf, processing payments, providing customer support, providing analytics, and performing other administrative services, in order to carry out such services. For example, we use Shopify to power the Rolling Stone Store located at shop.rollingstone.com. You can read more about how Shopify uses your information here: **https://www.shopify.com/legal/privacy**.

- **Our Affiliates.** We may share information we collect within the PMC family of companies to deliver products and services to you, ensure a consistent level of service across our Services, internal management and administrative purposes on our behalf and enhance our products, services, and your customer experience.

- **Information You Disclose Publicly.** You may submit photographs, user profiles, written material, music, video, photos, comments and other content, which may include information relating to individual users (collectively, **"UGC"**) on the Services. We do not control who will have access to the UGC you choose to make public or how they will use it and take no responsibility for ensuring such UGC remains private or is secure. We are also not responsible for the accuracy, use or misuse of any UGC that you disclose or receive through the Services. Please see our Terms of Use for further information about the terms that govern the UGC you post.

- **Other Individuals, Services, and Partners at Your Request.** We will share your information with other individuals and services at your request.

- **Third Party Contests and Promotions Providers.** If you may enter a contest or sweepstakes sponsored by a third party, the information you provide via the contest or sweepstakes may be shared with that third party for their use subject to their own policies.

- **Third Party Partners to Provide Co-Branded Products and Services.** From time to time we partner with a retailer or other third party to offer products, services, subscriptions, events and summits, and other applications on a co-branded or cross-promotional basis ("Co-Branded Areas"). The information you provide in connection with Co-Branded Areas may be collected directly by, or shared by PMC with, the third party, as well as with any participating sponsors or advertisers of such Co-Branded Areas. These third parties will use your information in accordance with their own privacy policy.

- **For Marketing Purposes.** We may share your information with third parties whose offerings may interest you such as other marketers, magazine publishers, retailers, participatory databases, event sponsors and non-profit organizations. This includes licensing information about your interests and activities, and marketing segments created with such data, which we may share with third parties for their marketing purposes.

- **Third-Party Online Advertisers, Ad Networks and Advertising Partners.** As discussed in the "**Online Analytics and Advertising**" Section below, the Services may integrate third-party advertising technologies that allow for the delivery of relevant content and advertising on the Services, as well as on other websites you visit and other applications you use, and these technologies will collect certain information from your use of the Services to assist in delivering such ads and marketing messages and enhancing our information. These third parties include advertising networks, data exchanges, ad servers, certain analytics providers and others. The list of third party providers is found in the Section below entitled "**Third Party Cookies**". This Privacy Policy does not govern the use of cookies or other tracking by such third parties. In addition, we sometimes provide certain information (such as email addresses) to service providers, who may "match" this information in hashed form to cookies (or mobile ad identifiers) and other proprietary IDs, in order to provide you with more relevant ads when you visit other websites and mobile applications.

- **For Legal Purposes.** By using the Services, you acknowledge and agree that we may access, retain, and disclose the information we collect and maintain about you if required to do so by law or in a good faith belief that such access, retention or disclosure is reasonably necessary to: (a) comply with legal process or a regulatory investigation (e.g. a subpoena or court order); (b) enforce our Terms of Service, this Privacy Policy, or other contracts with you, including investigation of potential violations thereof; (c) respond to claims that any content violates the rights of third parties; and/or (d) protect the rights, property or personal safety of PMC, its agents and affiliates, its users and/or the public. This includes exchanging information with other companies and organizations for fraud protection, and spam/malware prevention, and similar purposes.

- **Social Networks.** As noted above, if you use your login credentials from a social media networking service on a Website, we may receive information from such service in accordance with its terms and privacy policy and your settings. If you elect to share your information with these social networking sites, we will share information with them in accordance with your election. The terms and conditions of these social networking sites will apply to the information we disclose to them.

- **Sales or Transfer of Business or Assets.** In connection with a sale, merger, transfer, exchange, or other disposition (whether of assets, stock, or otherwise, including via bankruptcy) of all or a portion of the business conducted by the Website to which this policy applies, in which case the company will possess the information collected by us and will assume the rights and obligations regarding your information as described in this Privacy Policy (the "**Acquisition Use**").

## 5. Legal Grounds for Using (Processing) Your Information

If you are a visitor from the European Economic Area, our legal basis for collecting and using the information described above will depend on the information concerned and the context in which we collect it. We collect information from you:

- Where we need it to perform our contract with you (i.e. our Terms of Service) in order to provide the Services you request;

- Where the processing is in our legitimate interests (provided that these aren't overridden by your interests or rights) to secure our Services, prevent misuse, prevent fraud, and resolve technical issues; respond to your requests for information and provide you with more effective and efficient customer service; contact you regarding the Services, as well as surveys, promotions, special events, and other subjects that we think may be of interest to you (in accordance with applicable legal requirements); better understand your interests and improve our Services; personalize the Services; conduct internal business operations in support of our Services, such as auditing, sales and marketing, analytics, and research and development; and establish, exercise, or defend our legal rights;

- Where we have obtained your consent to send you marketing and other commercial communications and use non-strictly necessary cookies where local law requires such consent for such marketing and cookies (please note these requirements vary by jurisdiction and not all jurisdictions require consent for such uses) or use your information as set forth in a release or in connection with a consent; or

- To comply with our legal obligations.

We may also collect and use personal information in connection with your consent in other circumstances, which will be presented to you at the time of collection. You can revoke your consent at any time, though you might not be able to use a service or feature that requires collection or use of that personal information.

## 6. Your Rights & Your Choices

**Marketing Emails.** If you want to stop receiving promotional e-mails from us (which we send pursuant to applicable law), click the "unsubscribe" link in any promotional email from us. Please note that once we receive your request, it may take an additional period of time for your opt-out to become effective. We may still send you transactional communications such as receipts or updates to this Privacy Policy or our Terms of Service.

**SMS Text Communications.** You may opt-out of SMS messages from us (which we send pursuant to applicable law) by following the instructions provided in the message or by texting back STOP to the number we send the text from for that particular SMS message. When we receive an opt-out message from you for SMS messages, we may send a message confirming our receipt of your opt-out.

**Analytics & Targeted Advertising.** You may have the ability to accept or decline certain cookies for analytics & targeted advertising on our Services depending on your jurisdiction. Some analytics providers we partner with may provide specific opt-out mechanisms. For example, to prevent **Google Analytics** from using your information for analytics, please see the **Google Analytics Opt-out Browser Add-on.** You may choose whether to receive some forms of targeted advertising from many ad networks, audience segment providers, ad serving vendors, and other service providers by visiting websites operated by the **Network Advertising Initiative** and **Digital Advertising Alliance** or if you are a user in the European Economic Area, **Your Online Choices**. Many mobile devices allow you to opt-out of targeted advertising for mobile apps using the settings within the mobile app or your mobile device. For more information, please check your mobile settings. You can also manage your preferences regarding our cookie-based advertising, in the "Cookie Management" section in our Cookie Notice below. Please note that if you exercise the opt out choices above, you will still see advertising when you use the Services, but it will not be tailored to you based on your online behavior over time.

**Do Not Track.** PMC does not act on "do not track" requests from your browser because, this way, we are able to personalize your experiences on our Services.

**Privacy Information for California Residents.** If you are a California resident, California law requires us to provide you with some additional information regarding your rights with respect to your "personal information" (as defined in the California Consumer Privacy Act ("CCPA")). We describe the categories of personal information we collect, the sources and uses of such information and the entities to which we share such information in our **California Privacy Notice**.

### A. California Data Access & Deletion Rights

If you are a California resident, the CCPA allows you to make certain requests about your personal information. Specifically, the CCPA allows you to request us to:

- Inform you about the categories of personal information we collect or disclose about you; the categories of sources of such information; the business or commercial purpose for collecting your personal information; and the categories of third parties with whom we share/disclose personal information.

- Provide access to and/or a copy of certain personal information we hold about you.

- Delete certain personal information we have about you.

- Provide you with information about the financial incentives that we offer to you, if any.

Please note that certain information may be exempt from such requests under California law. For example, we need certain information in order to provide the Services to you.

**Verification.** We will take reasonable steps to verify your identity before responding to a request, which may include, depending on your request and relationship with you verifying your name, email address, address, and/or having you respond to an email from us.

You are also permitted to designate an authorized agent to submit certain requests on your behalf. In order for an authorized agent to be verified, you must provide the authorized agent with signed, written permission to make such requests or a power of attorney. We may also follow up with you to verify your identity before processing the authorized agent's request.

If you would like further information regarding your legal rights under California law or would like to exercise any of them, please **click here** or call **(877) 365-3500**.

### B. Notice of Right to Opt Out of Sale of Personal Information

California residents may opt out of the "sale" of their personal information. We sell certain of your information to third parties to provide you with offers and promotions and opportunities that may be of interest to you.

Under the CCPA, sale is also broadly defined such that it may include allowing third parties to receive certain information, such as cookies, IP address, and/or browsing behavior, to deliver targeted advertising on the Services or other services. Advertising, including targeted advertising, enables us to provide you certain content for free and allows us to provide you offers relevant to you.

Depending on what Services you use, we may provide the following categories of personal information to third parties for these purposes:

- For online targeted advertising purposes: demographic and statistical information, user-generated content, device information and identifiers, connection and usage data, geolocation, and social media information.

- For sharing with third parties to send you relevant offers and promotions and opportunities: contact information (e.g., name and physical address) and publication subscription information.

If you would like to opt out of PMC's use of your information for such purposes that are considered a "sale" under California law, you may do so as outlined on the following page: **Do Not Sell My Personal Information**. You can also submit a sale opt-out request by calling us at **(877) 365-3500**. Please note that we do not knowingly sell the personal information of minors under 16 years of age without legally-required affirmative authorization.

The CCPA further provides you with the right to not be discriminated against (as provided for in applicable law) for exercising your access, deletion or sale opt out rights.

Metrics Regarding CCPA Requests for January – December 2020

| CCPA Request Type | Received | Completed (in whole or Part) | Denied* | Mean Days to Substantively Respond |
|---|---|---|---|---|
| CCPA Request to Know | 4 | 4 | 0 | 3.1 |
| CCPA Request to Delete | 92 | 91 | 1 | 19.8 |
| CCPA Do Not Sell Request | 1172 | 1127 | 55** | 3.8 |

*Not verifiable or was denied on other grounds.
**Due to duplicative requests or no matching information.

## C. California "Shine the Light" Disclosure

The California "Shine the Light" law gives residents of California the right under certain circumstances to opt out of the sharing of certain categories of personal information (as defined in the Shine the Light law) with third parties for their direct marketing purposes. If you would like to opt out of such sharing, please use the sale opt out form noted above. If you are a California resident and would like a copy of this notice, please submit a written request to the following address: PMC, 11175 Santa Monica Blvd., Los Angeles, CA 90025, Attn: Privacy Officer. In your request, please specify that you want a "PMC California Privacy Rights Notice." Please allow at least 30 days for a response.

## D. European Union, United Kingdom, Switzerland and other International Residents

Residents of the European Union, United Kingdom, Switzerland have the right to request the following, and some residents of other countries outside the United States may also have such rights. The laws of the EU, UK, Switzerland permit you to request and other local laws may permit you to request that we:

- Provide access to and/or a copy of certain information we have about you;
- Prevent the processing of your information for direct-marketing purposes;
- Update information which is out of date or incorrect;
- Delete certain information which we have about you;
- Restrict the way that we process and disclose certain of your information;
- Transfer your information to a third-party provider of services; and
- Revoke your consent for the processing of your information.

We will consider all requests and provide our response within the time period stated by applicable law. Certain information may be exempt from such requests in some circumstances, which may include if we need to keep processing your information for our legitimate interests or to comply with a legal obligation. We may request you provide us with information necessary to confirm your identity before responding to your request. privacyportal.onetrust.com/.../33706f30-b3f1-47a7-a687-d59e23b2dced

If you would like to request the above, please contact us using the information in the "Contact Us" section below at any time or by filing out this form.

## E. Privacy Information for Nevada Residents

Under Nevada law, Nevada residents who have purchased goods or services from us may opt out of the "sale" of "covered information" (as such terms are defined under Nevada law). If you are a Nevada resident, you may submit a request to opt out of such activity by filling out the form located here. Please note we may take reasonable steps to verify your identity and the authenticity of the request.

## F. Subscriber Preferences

Subscribers to our Publications may change their subscription-related mail and email preferences at any time as follows:

- **Art in America**: Send an email to inacustserv@cdsfulfillment.com to update your communication preferences. You can also call us at **1-800-925-8059** (US & Canada), **001-515-243-3273** (International).
- **Art News**: Log into artnews.com/customerservice or email us at **ARNcustserv@cdsfulfillment.com** to update your communication preferences. You can also call us at **1-800-284-4625** (US & Canada), **001-515-2487680** (International).
- **Billboard Magazine**: Log into customer service at this link to update your subscription information (address, email, etc.). Or email Customer Service at **subscriptions@billboard.com** or via telephone at **1-800-684-1873** or **1-845267-3072** (outside the US). To update your customer preferences for our newsletters, please visit www.billboard.com/newsletter/preferences.
- **FN**: Log into Customer Care at footwearnews.com/customerservice and update your mailing preferences on the "Change My Mailing Preferences" page, or call us at **1-866-963-7335** or **1-515-237-3650**.
- **Robb Report**: Log into Subscriber Services at robbreport.com/RRcustomerservice, click on "Manage your Privacy Settings" and update your mailing preferences, you can also email us at **robbreport@emailcustomerservice.com**, or if you prefer – call us at **1-800-967-7472**.
- **Rolling Stone**: Log into rollingstone.com/customerservice and go to the E-mail Customer Service link to update your communication preferences, or call us at **1-800-283-1549**. You can also e-mail Customer Service at **rollingstone@customersvc.com**.
- **The Hollywood Reporter**: Log into customer service at this link to update your subscription information (address, email, etc.). and customer preferences. Or email Customer Service at **subscriptions@thr.com** or **1-866-525-2150** or **1-8452674192** (outside the US). To update your customer preferences for our newsletters, please visit link.hollywoodreporter.com/join/38o/thr-signup.
- **Variety**: Send an email to **variety@pubservice.com** to update your communication preferences, or call us at **1-800-552-3632** or for International callers – **001-818-487-4561**. Log into variety.com/customerservice for all other issues.
- **Variety VIP**: Send an email to **customerservicevip@variety.com** for assistance in updating your contact information or preferences, or call **1-888-222-0276** (US & Canada) or **001-332-219-2192** (International).
- **WWD**: Send an email to **customerservice@wwd.com** asking to have your name removed from the direct mail promotion list, or call us at **1-800-358-4244** or **1-212-230-0233**.
- **VIBE**: To manage your Vibe newsletter preferences, please click here, or send an email to **subscriptions@vibecom**.

NOTE: changing your subscription-related preferences does not change your non-subscription-related email preferences, including for email alerts and newsletters, special offers from our brands, and promotional emails from third parties, which are set via the preference center on each individual Website listed here.

Despite your indicated preferences, we may send you service related communications, including notices about your subscription, and we may continue disclosing your information to third parties as set forth under the Service Provider Use, the Legal Use and the Acquisition Use sections above.

## 7. Retention of Your Information

We keep your information for no longer than necessary for the purposes for which it is processed. The length of time for which we retain information depends on the purposes for which we collected and use it and/or as required to comply with applicable laws.

## 8. Cookies and Other Tracking Technologies

We use and allow certain other companies to use certain tracking technologies, including cookies, web beacons, and other similar technologies (collectively, "Cookies") on the Services. To see an explanation what these technologies are and why we use them, as well as your rights to control our use of them please see our **cookie notice ("Cookie Notice")**. We endeavor to adhere to the Digital Advertising Alliance's (DAA) self-regulatory principles governing interest-based advertising.

## 9. Links to Third Party Sites

When you are on the Services, you may be directed to other websites that are operated and controlled by third parties that we do not control. We are not responsible for the privacy practices employed by any of these third parties. If you access a third-party website from the Services, you do so at your own risk, and you understand that this Privacy Policy does not apply to your use of such websites.

## 10. Security

We implement appropriate administrative, technical and security safeguards to help prevent unauthorized access, use, or disclosure of the information we collect. However, no systems can be completely secure. Therefore, while PMC uses reasonable efforts to protect your information, PMC cannot guarantee its absolute security, and your use of the Services indicates your agreement to assume this risk.

## 11. Special Note For Parents

The Services are for a general audience and are not designed or intended for use by children, especially those under age thirteen (13) or sixteen (16) in the EU.

## 12. Transfer Information to the United States

The Services are operated in the United States of America (USA) and are intended for users located in the USA. If you are located outside of the USA, please note that the information you provide to us will be processed in the USA, where laws regarding processing of personal data may be less stringent than the laws in your country. Where applicable law requires certain mechanisms or safeguards prior to the transfer of data from another entity in another jurisdiction to the United States, we will implement such safeguards.

## 13. Changes to This Privacy Policy

We reserve the right to change this Privacy Policy at any time without prior notice. Any changes will be effective immediately upon the posting of the revised Privacy Policy.

## 14. Disputes; No Rights of Third Parties

If you choose to access the Services, subscribe to our Publications or use any of our Services, any dispute over privacy is subject to our **Terms of Use**, including limitations on damages, resolution of disputes by binding arbitration, and application of the laws of the United States and the State of New York. This Privacy Policy does not create rights enforceable by third parties.

## 15. Contact Us: Data Privacy Officer

If you have any questions or concerns about any aspect of this Privacy Policy, please contact our Data Privacy Officer at the address set forth below.

Data Privacy Officer
Penske Media Corporation
11175 Santa Monica Boulevard
Los Angeles, CA 90025

Or

**PrivacyDirector@pmc.com**

In addition, pursuant to Article 27 of the General Data Protection Regulation (GDPR), PMC has appointed European Data Protection Office (EDPO) as its GDPR Representative in the EU. You can contact EDPO regarding matters pertaining to the GDPR:

- by using EDPO's online request form: https://edpo.com/gdpr-data-request/; or
- by writing to EDPO at Block 1, Blanchardstown Corporate Park, Ballycoolin Rd, Dublin D15 AKK1, Ireland.

## Appendix A: California Privacy Notice

This Privacy Notice for California residents supplements the **PMC Privacy Policy**.

This Notice applies to website visitors, app users, event attendees and other customers in California. This Notice does not apply to employees, former employees, candidates, contractors, service providers, or business contacts of PMC. This supplemental privacy notice gives California residents additional information about our information collection and use practices required by the California Consumer Privacy Act of 2018 ("CCPA"). The CCPA also provides California residents with specific privacy rights, which are outlined in our Privacy Policy **here**.

This notice provides information about the categories of personal information that we collect from California residents generally, the purposes for which we use the information, the sources of the information, and the categories of third parties to whom we disclose the information for business purposes. More detailed information is available in our Privacy Policy at **How We Use Personal Information** and **How We Share Personal Information**.

If you would like to opt out of PMC's use of your information for such purposes that are considered a "sale" under California law, you may do so as outlined on the following page. **Do Not Sell My Personal Information**. You can also submit a sale opt-out request by completing our **webform** or by calling us at (877) 365-3500. Please note that we do not knowingly sell the personal information of minors under 16 years of age without legally-required affirmative authorization.

Please note that PMC employees who are seeking further information about their legal rights under California law should instead contact their PMC HR representative. Applicants submitting information on the PMC Careers pages at **pmc.com/careers-listing** should instead consult the Penske Media Corporation Human Resources Privacy Notice referenced therein.

**Information you provide to us:**

| | Purposes of use (see "How We Use | Categories of third parties to whom we |
|---|---|---|

| Categories of information collected | "Personal Information" in our Privacy Policy for additional information) | Sources of personal information | Parties to whom we disclose the information |
|---|---|---|---|
| **Registration, Subscription or Contact Information**<br><br>such as e-mail address, name, phone number, shipping address, product, goods and services purchase information, and billing information | • Provide the Services<br>• Communicate with You & Provide Customer Service<br>• Personalize Your Experience<br>• Editorial Use<br>• Improve the Services<br>• Our Marketing and Third-Party Marketing and Advertising Purposes<br>• Bug detection and error reporting<br>• Auditing Consumer Interactions<br>• Security, Fraud, and Legal Compliance | • You<br>• Other users who provide information about you<br>• Consumer data resellers<br>• Public records databases<br>• Marketers<br>• Conferences and other events<br>• Our affiliates | • Service Providers<br>• Our Affiliates<br>• Other Individuals, Services, and Partners at Your Request<br>• Contests and Promotions Providers<br>• Partners to Provide Co-Branded Products and Services<br>• Marketers<br>• Social Media Networks<br>• Entities for Legal Purposes<br>• Entities For Sales or Transfer of Business or Assets |
| **Customer service information**<br><br>such as questions and other messages you address to us directly through online forms, by email, over the phone, or by post; and summaries or voice recordings of your interactions with customer care | • Provide the Services<br>• Communicate with You & Provide Customer Service<br>• Bug detection and error reporting<br>• Security, Fraud, and Legal Compliance<br>• Improve the Services | • You<br>• Our affiliates | • Service Providers<br>• Our Affiliates<br>• Entities for Legal Purposes<br>• Entities For Sales or Transfer of Business or Assets |
| **Demographic, statistical and interest information**<br><br>such as your age, date of birth, gender, interests, lifestyle information, and hobbies | • Provide the Services<br>• Communicate with You & Provide Customer Service<br>• Personalize Your Experience<br>• Improve the Services<br>• Our Marketing and Third-Party Marketing and Advertising Purposes<br>• Security, Fraud, and Legal Compliance | • You<br>• Other users who provide information about you<br>• Consumer data resellers<br>• Our affiliates<br>• Public records databases<br>• Conferences and other events<br>• Marketers<br>• Social media networks, in accordance with your privacy preferences on such services | • Service Providers<br>• Our Affiliates<br>• Other Individuals, Services, and Partners at Your Request<br>• Contests and Promotions Providers<br>• Partners to Provide Co-Branded Products and Services<br>• Marketers<br>• Social Media Networks<br>• Entities for Legal Purposes<br>• Entities For Sales or Transfer of Business or Assets |
| **Financial and transactional information**<br><br>such as credit or debit card number, verification number, and expiration date, to process payments and information about your transactions and purchases with us | • Provide the Services<br>• Communicate with You & Provide Customer Service<br>• Security, Fraud, and Legal Compliance | • You<br>• Third-party payment processors who collect this information on our behalf and who also have an independent relationship with you<br>• Third party partners or co-branded partners | • Service Providers<br>• Our Affiliates<br>• Third Parties for Legal Purposes<br>• Third Party For Sales or Transfer of Business or Assets |
| **Employment or Education Information when you register for events or for networking insights services**<br><br>such as education history, employment experience, business contact information | • Provide the Services<br>• Communicate with You & Provide Customer Service<br>• Personalize Your Experience<br>• Editorial Use<br>• Improve the Services | • You<br>• Other users who provide information about you<br>• Consumer data resellers<br>• Our affiliates<br>• Public records databases | • Service Providers<br>• Our Affiliates<br>• Other Individuals, Services, and Partners at Your Request<br>• Contests and Promotions Providers<br>• Partners to Provide Co- |

VOGTS000359

| | | | |
|---|---|---|---|
| | - Our Marketing and Third-Party Marketing and Advertising Purposes | - Conferences and other events<br>- Marketers<br>- Social media networks, in accordance with your privacy preferences on such services | - Branded Products and Services<br>- Marketers<br>- Entities for Legal Purposes<br>- Entities For Sales or Transfer of Business or Assets |
| **User-generated content**<br><br>such as comments on articles, photos, videos, audio, any information you submit in public forums or message boards, reviews and feedback or testimonials you provide about our Services | - Provide the Services<br>- Communicate with You & Provide Customer Service<br>- Personalize Your Experience<br>- Editorial Use<br>- Improve the Services<br>- Our Marketing and Third-Party Marketing and Advertising Purposes<br>- Bug detection and error reporting<br>- Security, Fraud, and Legal Compliance | - You<br>- Other users who provide information about you in connection with their event or profile | - Service Providers<br>- Our Affiliates<br>- Other Individuals, Services, and Partners at Your Request<br>- Contests and Promotions Providers<br>- Partners to Provide Co-Branded Products and Services<br>- Social Media Networks<br>- Entities for Legal Purposes<br>- Entities For Sales or Transfer of Business or Assets |
| **Research, survey, or sweepstakes information (including personal identifiers and user generated content)**<br><br>collected if you participate in a survey or sweepstakes; includes information needed for you to participate (such as contact information), and to fulfill your prize | - Provide the Services<br>- Communicate with You & Provide Customer Service<br>- Personalize Your Experience<br>- Improve the Services<br>- Our Marketing and Third-Party Marketing and Advertising Purposes<br>- Bug detection and error reporting<br>- Auditing Consumer Interactions<br>- Security, Fraud, and Legal Compliance | - You<br>- Survey or sweepstakes partners<br>- Researchers and analysts | - Service Providers<br>- Our Affiliates<br>- Other Individuals, Services, and Partners at Your Request<br>- Contests and Promotions Providers<br>- Partners to Provide Co-Branded Products and Services<br>- Advertisers<br>- Entities for Legal Purposes<br>- Entities For Sales or Transfer of Business or Assets |
| **Contact Information about others (including personal identifiers)**<br><br>such as name and mailing address to send a gift or use our send-to-a-friend functionality.<br><br>If you use send-a-friend on our Services, your email address may be included in the communication sent to your friend. | - Provide the Services<br>- Communicate with You & Provide Customer Service<br>- Improve the Services<br>- Auditing Consumer Interactions<br>- Security, Fraud, and Legal Compliance<br>- Our Marketing Purposes | - You<br>- Other users (if you are the recipient of a communication)<br>- Our affiliates | - Service Providers<br>- Our Affiliates<br>- Other Individuals, Services, and Partners at Your Request<br>- Entities for Legal Purposes<br>- Entities For Sales or Transfer of Business or Assets |
| **Social media information (which may include personal identifiers, photos, location, user generated content, demographic information)**<br><br>If you link your account or access the Services through a third-party connection or log-in, we may have access to any information you provide to that social network depending on your privacy settings such as your name, email address, friend list, photo, gender, location, and current city; and information you provide to us directly through our pages on social networking and blogging platforms (e.g., Facebook, Instagram, Snapchat, WordPress, and Twitter) | - Provide the Services<br>- Communicate with You & Provide Customer Service<br>- Personalize Your Experience<br>- Editorial Use<br>- Improve the Services<br>- Our Marketing and Third-Party Marketing and Advertising Purposes<br>- Bug detection and error reporting<br>- Auditing Consumer Interactions | - You<br>- Social media networks, in accordance with your privacy preferences on such services | - Service Providers<br>- Our Affiliates<br>- Other Individuals, Services, and Partners at Your Request<br>- Social Media Networks<br>- Entities for Legal Purposes<br>- Entities For Sales or Transfer of Business or Assets |

| Categories of information collected | Purposes of use (see "How We Use Personal Information" in our Privacy Policy for additional information) | Sources of personal information | Categories of third parties to whom we disclose the information |
|---|---|---|---|
| **Inference Data** — such as information about your potential preferences that we infer from your activities on the Services, and information you provide or inference information we receive from other parties | - Provide the Services<br>- Communicate with You & Provide Customer Service<br>- Personalize Your Experience<br>- Improve the Services<br>- Our Marketing and Third-Party Marketing and Advertising Purposes<br>- Security, Fraud, and Legal Compliance | - Our affiliates<br>- Consumer data resellers<br>- Analytics Providers | - Service Providers<br>- Our Affiliates<br>- Online Advertisers, Ad Networks and Advertising Partners<br>- Entities for Legal Purposes<br>- Entities For Sales or Transfer of Business or Assets |
| **Event Information** — related to health and safety | - Provide the Services<br>- Communicate with You & Provide Customer Service<br>- Security, Fraud, and Legal Compliance | - You | - Service Providers<br>- Our Affiliates<br>- Entities for Legal Purposes |
| **Other information** — any other information you choose to directly provide to PMC in connection with your use of the Services | - Provide the Services<br>- Communicate with You & Provide Customer Service<br>- Personalize Your Experience<br>- Editorial Use<br>- Improve the Services<br>- Our Marketing and Third-Party Marketing and Advertising Purposes<br>- Bug detection and error reporting<br>- Auditing Consumer Interactions<br>- Security, Fraud, and Legal Compliance | - You | - Service Providers<br>- Our Affiliates<br>- Other Individuals, Services, and Partners at Your Request<br>- Social Media Networks<br>- Entities for Legal Purposes<br>- Entities For Sales or Transfer of Business or Assets |

**Information we collect automatically from you and/or your device:**

| Categories of information collected | Purposes of use (see "How We Use Personal Information" in our Privacy Policy for additional information) | Sources of personal information | Categories of third parties to whom we disclose the information |
|---|---|---|---|
| **Device information and identifiers** — such as IP address; time zones, browser type and language; operating system; platform type; device type; software and hardware attributes; and unique device, advertising, and app identifiers | - Provide the Services<br>- Personalize Your Experience<br>- Improve the Services<br>- Our Marketing and Third-Party Marketing and Advertising Purposes<br>- Bug detection and error reporting<br>- Auditing Consumer Interactions<br>- Security, Fraud, and Legal Compliance | - You (through your device)<br>- Advertising providers<br>- Analytics providers<br>- Cookies and tracking technologies | - Service Providers<br>- Our Affiliates<br>- Advertisers, Ad Networks and Advertising Partners<br>- Social Media Networks<br>- Entities for Legal Purposes<br>- Entities For Sales or Transfer of Business or Assets |
| **Internet network and device activity data** — such as information about files you download, domain names, landing pages, browsing activity, content or ads viewed and clicked, dates and times of access, pages or products, goods and services viewed, forms you complete or partially complete, search terms, uploads or downloads, the URL that referred you to our Services, the web sites you visit after this web site; if you share our content to social media platforms; and other web usage activity and data logged by our web servers, whether you open an email and your interaction with email content, access times, error logs, and other similar information.<br><br>See "Cookies and Other Tracking Technologies" for more information about how we collect and use this information. | - Provide the Services<br>- Personalize Your Experience<br>- Improve the Services<br>- Our Marketing and Third-Party Marketing and Advertising Purposes<br>- Bug detection and error reporting<br>- Auditing Consumer Interactions | - You (through your device)<br>- Advertising providers<br>- Analytics providers<br>- Cookies and tracking technologies<br>- Marketers | - Service Providers<br>- Our Affiliates<br>- Online Advertisers, Ad Networks and Advertising Partners<br>- Social Media Networks<br>- Entities for Legal Purposes<br>- Entities For Sales |

**Geolocation information**

such as city, state and ZIP code associated with your IP address or derived through Wi-Fi triangulation; time zones, and precise geolocation information from GPS-based functionality on your mobile devices, with your permission in accordance with your mobile device settings

| | | | |
|---|---|---|---|
| | • Provide the Services | | • Service Providers |
| | • Personalize Your Experience | | • Our Affiliates |
| | • Improve the Services | • You | • Online Advertisers, Ad Networks and Advertising Partners |
| | • Our Marketing and Third-Party Marketing and Advertising Purposes | • Advertising providers | |
| | | • Analytics providers | • Social Media Networks |
| | • Bug detection and error reporting | • Marketers | • Entities for Legal Purposes |
| | • Auditing Consumer Interactions | • Our affiliates | |
| | • Security, Fraud, and Legal Compliance | | • Entities For Sales or Transfer of Business or Assets |

**Cookies and Other Tracking Technologies ("Cookie Notice)**

Last Updated Date: June 13, 2022

**What are Cookies?** Cookies and other tracking technologies on the Services, including but not limited to web beacons/GIFs, pixels, and SDKs (together "Cookies" unless otherwise stated), are small files or technologies that are placed on tthat are placed on your computer or mobile device when you visit online site, service or app. They are used to recognize visitors across one or more browsing sessions and across one or more sites. Cookies help enable certain features (like remembering you so you do not have to re-log in), improve the Services, and deliver advertising.

We use Cookies:

- To control the display of, target, and measure ads;
- To analyze usage of the Services;
- To deliver editorial content;
- To record requests for subscriptions;
- To implement our affiliate marketing program;
- To enhance information we have about you; and
- To personalize information and marketing messages

Cookies can be set by the site or service you are visiting ("first-party Cookies") or by a third party, such as analytics or advertising services ("third-party Cookies"). Third parties may collect and use information as we have described in this Notice and our Privacy Policy and pursuant to their own privacy policies.

**Types of Cookies**

Our Services use the following types of first and third-party Cookies. To make choices about Cookies, please follow the instructions below under the section Cookie Management

- *Strictly Necessary Cookies*. These cookies are strictly necessary to allow you to move around the Services and use their features, such as accessing your subscriptions. Without these Cookies, we cannot enable appropriate content based on the type of device you are using. Therefore, these Cookies cannot be disabled.
- *Functional Cookies*. These Cookies allow us to remember choices you make on our websites (such as your preferred language or the region you are in). If you disable functional Cookies, you may not be able to use some of our features or those features may not function properly
- *Embedded Scripts*. An embedded script is programming code that is designed to collect information about your interactions with the Services, such as the links you click on. The code is temporarily downloaded onto your computer or other device, is active only while you are connected to the Services, and is deactivated or deleted thereafter.
- *Analytics Cookies*. We use Cookies to see how you use our Services in order to enhance their performance and develop them according to the preferences of our customers and visitors. For example, Cookies may be used to maintain a consistent look and feel across our Services, track and provide trend analysis on how our users interact with our Services, track errors, to try to locate the same unique users across multiple browsers or devices (such as smartphones or tablets), or work with service providers that do this, in order to save your preferences across devices and analyze usage of the Services, and to measure the effectiveness of our promotional campaigns.
- *Third-Party Cookies*. Some of our third party partners (including advertisers and marketing services companies) may set and access Cookies on your computer as well, or we may do so on their behalf. To see a list of our third party partners, please click here. We do not have control over how these third parties use such Cookies or the information derived therefrom, and this Privacy Policy does not cover any use of information that such third parties may have collected from you or the methods used by the third-parties to collect that information. These types of Cookies include:

    ○ *Advertising Cookies*. These Cookies collect data about your browsing habits, including opening emails, as well as your preferences for products and services. This information allows PMC to improve the Services and serve you relevant advertisements on our Services. Certain third party partners may also combine the information they collect and/or hashed email addresses in order to identify your email address or other information about you and share that information with us. Some advertisements may also contain an icon that you may click on to find out more about how to manage your advertising preferences

    ○ *Third-Party Functional Cookies*. These Cookies are defined by third parties who support our Services and allow you to use useful services and features.

- *Web Beacons*. Small graphic images or other web programming code called web beacons (also known as "clear GIFs" or "pixel tags") or similar technologies may be included in our web pages and messages. Web beacons or similar technologies may be used for a number of purposes, including, without limitation, to count visitors to the Services, to monitor how users navigate the Services, to count how many e-mails that were sent were actually opened or to count how many particular articles or links were actually viewed. A clear gif may enable us to relate your viewing or receipt of a web page or message to other information about you, including your Personally Identifiable Information. To refuse Web Beacons, please follow the instructions below under the section Cookie Management.
- *HTML*. HTML, the language some websites are coded in, may be used to store information on your computer or device about your interaction with and use of the Services. This information may be retrieved by us to help us manage our Services, such as by giving us information about how our Services are being used by our visitors, how they can be improved, and to customize them for our users

**Cookie Management.**

You can use the methods described below to manage certain Cookies. You must take such steps on each browser or device that you use. If you change or upgrade your browser or device, or delete your Cookies, you may need to use these opt-out tools again. Some Cookie-management solutions also rely on Cookies, so please adjust your browser Cookie settings carefully. We do not maintain or control the third-party or browser or device level opt-out mechanisms and

settings below and are not responsible for their operation.

- Depending on where you live, you may be able to adjust your Cookie preferences at any time via a "Manage Cookies" option by clicking on the small green cookie-shaped icon on the lower left corner of our website footer (when you roll over the icon, the text "Manage Preferences" will appear).
- Analytics: To disable certain analytics Cookies, you can use the browser controls discussed above or, for some of our providers, you can use their individual opt-out mechanisms, such as the Google Analytics Opt-Out, Chartbeat at https://static.chartbeat.com/opt-out.html, and Comscore at https://www.scorecardresearch.com/optout.aspx?newlanguage=1.
- Interest-Based Advertising: Most third-party advertisers offer a way to opt-out of their interest-based advertising. In addition to the steps described above, you may opt-out of certain targeted advertising from participating entities by visiting the Network Advertising Initiative and Digital Advertising Alliance in the US, Digital Advertising Alliance of Canada, European Interactive Digital Advertising Alliance and/or Australian Digital Advertising Alliance.
- Using Browser Settings. You can disable and/or delete most types of Cookies by using your browser settings. Please note that if you use your browser settings to block all Cookies you may not be able to access parts of our or others' Services. The following links provide information on how to modify the Cookies settings on some popular browsers:
  - Apple Safari
  - Google Chrome
  - Microsoft Internet Explorer
  - Mozilla Firefox
- Mobile Settings: Your mobile device may also include settings that allow you to manage the use of Cookies, such as Limit Ad Tracking or Tracking settings in iOS and Opt out of Ads Personalization in Android.
- If you have questions about the use of Cookies on our Services, please Contact Us as described in the Contact Us section of our Privacy Policy.

**Consequences of Deactivation of Cookies:** If you disable or remove Cookies, some parts of the Services may not function properly. Information may still be collected and used for other purposes, such as internal operations and to remember your opt-out preferences.

- se cookies, you can go to www.networkadvertising.org. If you would like to learn more about how interest-based information is collected, whether the companies we use are part of an industry network regarding behavioral advertising and to know your choices about not having information used in this manner, you can go to www.aboutads.info. The collection of information via certain ads served to users in Canada may be managed by visiting youradchoices.ca. Please note that the opt out is cookie-based and will only affect the specific computer and browser on which the opt-out is applied.
- Using Browser Settings. You can disable and/or delete most types of cookies by using your browser settings. Please note that if you use your browser settings to block all cookies you may not be able to access parts of our or others' Services. The following links provide information on how to modify the cookies settings on some popular browsers:
  - Apple Safari
  - Google Chrome
  - Microsoft Internet Explorer
  - Mozilla Firefox
- Mobile Settings: Your mobile device may also include settings that allow you to manage the use of Cookies, such as Limit Ad Tracking or Tracking settings in iOS and Opt out of Ads Personalization in Android.
- If you have questions about the use of Cookies on our Services, please contact us as described in the Contact Us section of our Privacy Policy.

**Consequences of Deactivation of Cookies:** If you disable or remove Cookies, some parts of the Services may not function properly. Information may still be collected and used for other purposes, such as internal operations and to remember your opt-out preferences.

**List of third party partners as of June 13, 2022**

To see a list of our third party partners as of the date noted above, please see below. This list may be updated from time to time.

| | | | |
|---|---|---|---|
| Ad Servers: | AdButler | Atlas | Jet Pack |
| | Celtra | | LiveIntent |
| | Clipcentric | | Sizmek |
| | DCM | | Spotible |
| | Flashtalking | | Teads |
| Tracking Vendors: | Adjuster | | Millward Brown Digital |
| | Adobe Audience Manager DMP | | Moat |
| | Adrizer | | Neustar |
| | Apester | Audigent | Nielsen | Ogury |
| | Blockthrough | | Optimera |
| | Bluekai | Bombora | Optimizely |
| | Ceros | CivicScience | Oracle |
| | Collective UK | | Permutive |
| | Conversant | | Piwik |
| | Dioh | | Placed | Refinition |
| | Double Verify | | Research Now |
| | Fluct | GetEmails | Salesforce DMP / Krux |
| | Google Analytics | | Samba TV |
| | Ideon | | Sizmek/Peer39 |
| | Innovid | | Skimlinks |
| | Integral Ad Science | | SpotX |
| | Keywee | | Stanza | Treasure Data |
| | Lotame | | Visual IQ |
| | Lucid | Marketing Evolution | White Ops |
| | | | Microsoft |
| | | | Mobkoi |
| | | | Native |
| | | | NewsCred |
| | | | Nobid |
| | | | OpenX |
| | AdLightning | | Oriel |
| | Admiral | | Outbrain |
| | Adslot | | Parsec |
| | ALC Pixels/Digital | | Pinterest |
| | Amazon – RoundForest | | Playbuzz | Pluto.TV |
| | Amazon A9 | | Polar | Primis |
| | Amazon Associates | VigLinks | Pubmatic | Pulsepoint |
| | Anyclip | | Rhombus | Roundel |
| | AppAudience/Appmonet | | Sharethrough | Smart |
| | bRealtime | | Adserver | Smaato |
| | Bringhub | | Socius |
| | Chicory | | Sonobi |
| | Comscore | | Sovrn |

| | | |
|---|---|---|
| Other. | Confiant | Spot.IM |
| | Consumable.IO | Swoop |
| | Criteo | Taboola |
| | Disqus | Teads |
| | DistrictM | Telaria |
| | EMX | |
| | Facebook | The Trade Desk |
| | Google DFP/AdX | Triplelift |
| | Gotchosen | Twitter |
| | GumGum | Undertone |
| | HotjarID5 | Unruly |
| | Index Exchange | Vemba |
| | Infolinksinmobi | Venatus |
| | Instinctive | Verizon Media Group |
| | Inuvolponweb | Vibrant |
| | Jivox | Video Elephant |
| | JustPremium | VividSeats |
| | JW Player | Vox Media |
| | KargoKixer | |
| | LightLife | Xandr (formerly AppNexus) |
| | LiveRamp | |
| | MagneticMagnite (formerly Rubicon)Media.Net | Yahoo |
| | | Yieldbot |
| | | Yieldmo |
| | | Youtube |
| | | Zergnet |

LINKEDIN   GLASSDOOR   TWITTER   FACEBOOK   ACCESSIBILITY   PRIVACY POLICY   CALIFORNIA PRIVACY RIGHTS   ADCHOICES   TERMS OF USE
DO NOT SELL MY PERSONAL INFORMATION

PMC

Copyright © 2022 Penske Media Corporation. All Rights Reserved. Powered by WordPress VIP

EXHIBIT A