Lincoln D. Bandlow (SBN: 170449)
Lincoln@BandlowLaw.com
Rom Bar-Nissim (SBN: 293356)
Rom@BandlowLaw.com
**Law Offices of Lincoln Bandlow, P.C.**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: 310.556.9680
Facsimile: 310.861.5550

Attorneys for Defendants
Penske Media Corporation
and Dirt.com, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON VOGTS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PENSKE MEDIA CORPORATION, a Delaware Corporation; DIRT.COM, LLC, a Delaware Limited Liability Company; MOVE, INC., a Delaware Corporation, d/b/a Realtor.com; and DOES 1 through 10,<br><br>Defendants. | Case No.:  2:22-cv-01153-FWS-PVC<br><br>**DECLARATION OF LINCOLN BANDLOW IN SUPPORT OF THE PMC DEFENDANTS' MOTION IN LIMINE TO EXCLUDE ALL EVIDENCE AND ARGUMENT REGARDING SCREENSHOTS FROM VOGTS' WEBSITE**<br><br>[Concurrently-filed with Notice of Motion; Memorandum of Points and Authorities; [Proposed] Order]<br><br>Assigned to: Hon. Fred W. Slaughter<br><br>Date: June 15, 2023<br>Time: 8:30 a.m.<br>Courtroom: 10D |

## DECLARATION OF LINCOLN BANDLOW

I, Lincoln Bandlow, do hereby state and declare as follows:

1.     I am an attorney at law, duly licensed to practice law in the State of California and the United States District Court for the Central District of California. I am the founder of the Law Offices of Lincoln Bandlow, P.C. and attorney of record for defendants Penske Media Corporation ("PMC") and Dirt.com, LLC ("Dirt") (collectively, the "PMC Defendants") in the above referenced action. I have personal knowledge of the facts contained in this declaration and, if called and sworn as a witness, I could and would competently testify thereto. I make this declaration in support of the PMC Defendants' Motion In Limine to Exclude All Evidence and Argument Regarding Screenshots from Vogts Website (the "Motion").

2.     The complaint of plaintiff Brandon Vogts ("Vogts") concerns the PMC Defendants' alleged infringement of Vogts' photographs (the "Subject Photographs). In light of the March 3, 2023 Joint Stipulation of Facts and the May 9, 2023 conference of counsel, the parties agree that the only issues for trial are: (1) whether the PMC Defendants made a fair use of the Subject Photographs; and (2) if not, what is the number of statutory damages awards to which Vogts is entitled, whether the PMC Defendants' infringement was willful and the amount of statutory damages to be awarded.

3.     On June 29, 2022, the PMC Defendants propounded written discovery on Vogts – which included requests for production of documents (the "RFPs"). A true and correct copy of the relevant excerpts from the PMC Defendants' RFPs is attached hereto and incorporated herein as **Exhibit A.** Below are the RFPs that are relevant to this Motion.

a.     RFP No. 203: "All DOCUMENTS and COMMUNICATIONS RELATED TO each attempt by VOGTS to LICENSE the SUBJECT PHOTOGRAPHS"

b.     RFP NO. 206: "All DOCUMENTS and COMMUNICATIONS

by VOGTS RELATED TO attempts to LICENSE his copyrighted works."

4.    On August 19, 2022, Vogts served his responses to the PMC Defendants written discovery, including the RFPs. A true and correct copy of relevant excerpts from Vogts' responses to the PMC Defendants' RFPs are attached hereto and incorporated herein as **Exhibit B.** For RFPs Nos. 203 and 206, Vogts responded as follows:

a.    Response to RFP No. 203: "Subject to the above objections, Vogts will produce relevant, responsive, non-privileged documents within his possession, custody, and control sufficient to show any attempts to license the SUBJECT PHOTOGRAPHS."

b.    Response to RFP No. 206: "Subject to the above general and specific objections, Vogts will produce the SUBJECT PHOTOGRAPHS and the registration certificates from the U.S. Copyright Office covering the SUBJECT PHOTOGRAPHS."

5.    During a meet and confer over Vogts' discovery responses, counsel for the PMC Defendants noted that the response to RFP No. 206 appeared to be a mistake – as it was non-responsive – and offered Vogts an opportunity to amend his response. Vogts never amended his response to RFP No. 206.

6.    Vogts eventually produced 938 pages of documents, but did not produce the screenshots of his website (the "Website Screenshots") by the February 15, 2023 non-expert discovery cut-off. Nor did Vogts disclose the Website Screenshots in connection with his motion for partial summary judgment. Rather, Vogts disclosed the Website Screenshots for the first time in connection with his Opposition to the PMC Defendants' Motion for Partial Summary Judgment ("Opposition to MPSJ"). Despite the Website Screenshots not containing the Subject Photographs or information on licensing, Vogts offered the Website Screenshots as evidence that he supposedly offered individual licensing opportunities for the Subject Photographs.

7.      During the May 9, 2023, conference of counsel under F.R.C.P. Rule 16, counsel for the PMC Defendants discussed this Motion. Vogts' counsel refused to refrain from mentioning, referring to, arguing about or attempting to introduce evidence or argument about the Website Screenshots.

I declare under penalty of perjury that the contents of this declaration are true and correct. Executed this 11th day of May 2023 in Encino, California.

_____

Lincoln Bandlow