Lincoln D. Bandlow (SBN: 170449)
Lincoln@BandlowLaw.com
Rom Bar-Nissim (SBN: 293356)
Rom@BandlowLaw.com
**Law Offices of Lincoln Bandlow, P.C.**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: 310.556.9680
Facsimile: 310.861.5550

Attorneys for Defendants
Penske Media Corporation
and Dirt.com, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON VOGTS, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>PENSKE MEDIA CORPORATION, a Delaware Corporation; DIRT.COM, LLC, a Delaware Limited Liability Company; MOVE, INC., a Delaware Corporation, d/b/a Realtor.com; and DOES 1 through 10,<br><br>  Defendants. | Case No.: 2:22-cv-01153-FWS-PVC<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT**<br><br>Assigned to: Hon. Fred W. Slaughter |

1    Pursuant to this Court's February 28, 2023 Scheduling Order (Dkt.41),
2 Plaintiff Brandon Vogts ("Vogts") and Defendants Penske Media Corporation and
3 Dirt.com, LLC ("Defendants") hereby respectfully submit the following Joint Status
4 Report Regarding Settlement.

6    The parties engaged in informal settlement discussions just prior to, and
7 immediately after, the filing of this action but did not reach an agreement. On April
8 25, 2023, the parties conducted a half-day mediation in front of Bruce Isaacs of
9 Signature Resolution which included Vogts and representatives from Defendants and
10 Defendants' insurance carrier. The matter was not settled at the mediation. Counsel
11 for the parties have continued to conduct settlement discussions informally during
12 the period immediately following the mediation up until the filing of this Report.

14 Dated: May 11, 2023            By:   */s/ Stephen M. Doniger*
                                        Stephen M. Doniger, Esq.
                                        Benjamin F. Tookey, Esq.
                                        DONIGER / BURROUGHS
                                        *Attorneys for Plaintiff*

18 Dated: May 11, 2023            By:   */s/ Lincoln Bandlow*
                                        Lincoln Bandlow, Esq.
                                        Rom Bar-Nissim, Esq.
                                        The Law Offices of Lincoln Bandlow
                                        *Attorneys for Defendants Penske*
                                        *Media Corporation and Dirt.com, LLC*

24    Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other
25 signatories listed, and on whose behalf this filing is submitted, concur in the filing's
26 content and have authorized the filing.