| | |
|---|---|
| Stephen M. Doniger (SBN 179314) | Lincoln D. Bandlow (SBN 170449) |
| stephen@donigerlawfirm.com | Lincoln@BandlowLaw.com |
| Benjamin F. Tookey (SBN 330508) | Rom Bar-Nissim (SBN 293356) |
| btookey@donigerlawfirm.com | Rom@BandlowLaw.com |
| DONIGER / BURROUGHS | Law Offices of Lincoln Bandlow, P.C. |
| 603 Rose Avenue | 1801 Century Park East, Suite 2400 |
| Venice, California  90291 | Los Angeles, CA 90067 |
| Telephone: (310) 590-1820 | Telephone: 310.556.9680 |
| Attorneys for Plaintiff | Attorneys for Defendants |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON VOGTS,<br><br>Plaintiff,<br><br>v.<br><br>PENSKE MEDIA CORPORATION; DIRT.COM, LLC; et al.,<br><br>Defendants. | Case No. 2:22-cv-01153-FWS-PVC<br>*Hon. Fred W. Slaughter Presiding*<br><br>**JOINT EXHIBIT LIST**<br><br>Trial: July 11, 2023 |

   Plaintiff Brandon Vogts, and Defendants Penske Media Corporation and Dirt.com LLC, hereby submit the below Joint Exhibit List pursuant to Civil L.R. 16-6.1.

**EXHIBITS AND OBJECTIONS:**

| # | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 1 | Exhibit 1 to Vogts' Complaint showing the Subject Photographs on copies thereof on PMC Defendants' Website (Dkt. 1-1) | | | |
| 2 | Article titled "Darby Stanchfield Sells Secluded Glendale Traditional" without Subject Photographs 1-20 displayed | P: Fed. R. Evid. 1002 | | |
| 3 | Vogts' May 3, 2020 invoice for photos and services provided for listing of what Defendants characterize as "the Stanchfield Property" located at 601 Seclusion Lane | | | |
| 4 | Printouts of Subject Photographs 1-20 depicting what Defendants characterize as "the Stanchfield Property" located at 601 Seclusion Lane | P: Fed. R. Evid. 1002 | | |
| 5 | U.S. Copyright Reg. No. VA 2-213-119 (covering Subject Photographs 1-20 that depict what Defendants characterize as "the Stanchfield Property" located at 601 Seclusion Lane) | | | |
| 6 | Vogts' September 1, 2020 invoice for photos and services provided for listing of what Defendants characterize as "the O'Dowd Property" located at 713 North Alta Vista Boulevard | | | |
| 7 | Printouts of Subject Photographs 21-38 depicting what Defendants characterize as "the O'Dowd Property" located at 713 North Alta Vista Boulevard | P: Fed. R. Evid. 1002 | | |

| # | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 8 | U.S. Copyright Reg. No. VA 2-227-873 (covering Subject Photographs 21-38 depicting what Defendants characterize as "the O'Dowd Property" located at 713 North Alta Vista Boulevard) | | | |
| 9 | September 15, 2020 Text Exchange between Brandon Vogts and Chris Lucibello regarding article entitled "Chris O'Dowd, Dawn O'Porter List Melrose District Bungalow" that displayed Subject Photographs 21-38 of what Defendants characterize as "the O'Dowd Property" located at 713 North Alta Vista Boulevard (VOGTS866) | | | |
| 10 | Vogts' December 16, 2020 invoice for photos and services provided for listing of what Defendants characterize as "the Williams Property" located at 4047 Dixie Canyon Avenue | | | |
| 11 | Printouts of Subject Photographs 39-53 depicting what Defendants characterize as "the Williams Property" located at 4047 Dixie Canyon Avenue | P: Fed. R. Evid. 1002 | | |
| 12 | U.S. Copyright Reg. No. VA 2-230-981 (covering Subject Photographs 39-53 depicting what Defendants characterize as "the Williams Property" located at 4047 Dixie Canyon Avenue) | | | |
| 13 | June 27, 2014 Email correspondence between Vogts and Zillow regarding Zillow's request to license photos of property located at 3946 Stone Canyon Avenue | | | |
| 14 | Vogts' responses to Defendants' first set of RFAs | | | |

| # | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 15 | Vogts' second supplemental responses to Defendants' first set of ROGs | | | |
| 16 | Vogts' first supplemental responses to Defendants' first set of RFPs | | | |
| 17 | Exhibit 2 to Vogts' Complaint (Dkt. 1-2) showing Subject Photographs 1-20 still displayed months after Vogts' notice of alleged infringement to PMC Defendants | | | |
| 18 | Version of article titled "Chris O'Dowd, Dawn O'Porter List Melrose District Bungalow" without Subject Photographs 21-38 that depict what Defendants characterize as "the O'Dowd Property" located at 713 North Alta Vista Boulevard | P: Fed. R. Evid. 1002 | | |
| 19 | Version of article titled "Robin Williams' Son Zak Buys French Country-Inspired L.A. Villa" without Subject Photographs 39-53 that depict what Defendants characterize as "the Williams Property" located at 4047 Dixie Canyon Avenue | P: Fed. R. Evid. 1002 | | |
| 20 | "About Us" page of PMC Defendants' Website | | | |
| 21 | Article titled "Rams' Matthew Stafford Buys Hidden Hills Vineyard Estate" published on PMC Defendants' Website | D: F.R.E. Rules 401-403 | | |
| 22 | Article titled "Adele Gets a 'Steal' on Sylvester Stallone's Beverly Park Mansion" published on PMC Defendants' Website and syndicated to PMC publication *The Hollywood Reporter* | D: F.R.E. Rules 401-403 | | |

| # | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 23 | Copies of Subject Photographs 39-53 that were cropped, uploaded to, and displayed on PMC Defendants' Website | D: F.R.E. Rules 901 & 1002 | | |
| 24 | Article titled "Robin Williams' Son Zak Buys French County-Inspired L.A. Villa" without header photo | | | |
| 25 | Redfin.com listing for what Defendants characterize as "the Williams Property" located at 4047 Dixie Canyon Avenue from which Subject Photographs 39-53 were copied, and uncropped versions of Subject Photographs 39-53 displayed thereon | | | |
| 26 | Draft of article titled "Chris O'Dowd, Dawn O'Porter List Melrose District Bungalow" along with a draft title of gallery associated with that article "Look Around Chris O'Dowd's L.A. Bungalow," and draft of article titled "'Scandal' Star Darby Stanchfield Sheds Glendale Home" along with a draft title of gallery associated with that article "Darby Stanchfield Sells Secluded Glendale Home." | | | |
| 27 | Screenshots of Dirt's Facebook and Twitter posts promoting article titled "Robin Williams' Son Zak Buys French Country-Inspired L.A. Villa" and displaying Subject Photograph 40 of what Defendants characterize as "the Williams Property" located at 4047 Dixie Canyon Avenue | | | |
| 28 | March 21, 2021 Dirt email newsletter promoting article titled "Robin Williams' Son Zak Buys French Country-Inspired L.A. Villa" and displaying Subject Photograph 40 | | | |

| # | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 29 | Vogts' September 22, 2021 notice of alleged infringement sent to the PMC Defendants | | | |
| 30 | Backend versions of the three articles on PMC Defendants' Website at issue without any of the Subject Photographs displayed | P: Fed. R. Evid. 1002 | | |
| 31 | Article titled "'Stuck With U' Songwriter Freddy Wexler Tunes Into $12.8 Million Beverly Hills Tudor" published on PMC Defendants' Website | D: F.R.E. Rule 401-403 | | |
| 32 | Article titled "'The Talk' Host Elaine Welteroth Buys Striking Hollywood Villa" published on PMC Defendants' Website | D: F.R.E. Rule 401-403 | | |
| 33 | Article titled "Melissa Rivers Gets $15.5 Million for Martyn Lawrence Bullard-Designed Santa Monica Estate" published on PMC Defendants' Website | D: F.R.E. Rule 401-403 | | |
| 34 | Amended and Restated Limited Liability Company Agreement of Dirt.com, LLC | D: F.R.E. Rule 401-403 | | |
| 35 | Terms of Use governing PMC Defendants' Website | D: F.R.E. Rule 401-403 | | |
| 36 | Article titled "Chris O'Dowd, Dawn O'Porter List Melrose District Bungalow" and gallery titled "Look Around Chris O'Dowd's L.A. Bungalow," displaying Subject Photographs 21-38 | D: F.R.E. Rule 1002 | | |
| 37 | Article titled "'Scandal' Star Darby Stanchfield Sheds Glendale Home" and gallery titled "Darby Stanchfield Sells Secluded Glendale Home," displaying Subject Photographs 1-20 | D: F.R.E. Rule 1002 | | |

| # | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 38 | Copies of Subject Photographs 1-20 that depict what Defendants characterize as "the Stanchfield Property" located at 601 Seclusion lane that were cropped, uploaded to, and displayed on PMC Defendants' Website in connection with the article "'Scandal' Star Darby Stanchfield Sheds Glendale Home" | D: F.R.E. Rules 901 & 1002 | | |
| 39 | Copies of Subject Photographs 21-38 that depict what Defendants characterize as "the O'Dowd Property" located at 713 North Alta Vista Boulevard that were cropped, uploaded to, and displayed on PMC Defendants' Website in connection with the article "Chris O'Dowd, Dawn O'Porter List Melrose District Bungalow" | D: F.R.E. Rules 901 & 1002 | | |
| 40 | Realtor.com listing for what Defendants characterize as "the Stanchfield Property" located at 601 Seclusion Lane from which Subject Photographs 1-20 were copied, and uncropped versions of Subject Photographs 1-20 displayed thereon | | | |
| 41 | Redfin.com listing for what Defendants characterize as "the O'Dowd Property" located at 713 North Alta Vista Boulevard from which Subject Photographs 21-38 were copied | | | |
| 42 | Emails sent to Dirt regarding, according to Defendants' characterizations, the "public figures" involved with "the O'Dowd property" located at 713 North Alta Vista Boulevard and "the Stanchfield Property" located at 601 Seclusion Lane | | | |

| # | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 43 | Articles on PMC Defendants' Website hyperlinked in the text side of the article entitled "'Scandal' Star Darby Stanchfield Sheds Glendale Home" that displayed Subject Photographs 1-20 and the text side of the article entitled "Chris O'Dowd, Dawn O'Porter List Melrose District Bungalow" that Subject Photographs 21-38 | | | |
| 44 | Dirt newsletters promoting articles titled "Darby Stanchfield Sells Secluded Glendale Traditional" and "Christ O'Dowd, Dawn O'Porter List Melrose District Bungalow" displaying Subject Photographs 1 and 32 | | | |
| 45 | Dirt's Twitter page | D: F.R.E. Rules 401-403 | | |
| 46 | Dirt's Facebook page | D: F.R.E. Rules 401-403 | | |
| 47 | Gallery titled "Darby Stanchfield Sells Secluded Glendale Home" displaying Subject Photographs 1-20 displayed on December 6, 2021 | | | |
| 48 | Gallery titled "Darby Stanchfield Sells Secluded Glendale Home" displaying Subject Photographs 1-20 displayed on January 21, 2022 | | | |
| 49 | Slack correspondence between Mark Voss and Leslie Rivera regarding social media posts and newsletters promoting articles that displayed Subject Photographs | | | |
| 50 | Revenue generated by PMC Defendants' Website | | | |
| 51 | Google page views generated by three articles at issue | | | |

| # | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 52 | WordPress page views generated by three articles at issue | | | |
| 53 | Scope of distribution of newsletters promoting the three articles at issue and displaying Subject Photographs 1, 32, and 40 | | | |
| 54 | Content License and Services Agreement between PMC and Yahoo | | | |
| 55 | Content License Agreement between PMC and Microsoft | | | |
| 56 | Content License Agreement between PMC and Microsoft | | | |
| 57 | Revenue Share Agreement between PMC and News Break | | | |
| 58 | Amendment No. 1 to Revenue Share Agreement between PMC and News Break | | | |
| 59 | Article entitled "Chris O'Dowd, Dawn O'Porter List Melrose District Bungalow" displaying Subject Photographs 21-38 syndicated to Yahoo and *Variety* | | | |
| 60 | Article entitled "Darby Stanchfield Sells Secluded Glendale Traditional" displaying Subject Photographs 1-20 syndicated to Yahoo and News Break | | | |
| 61 | Article entitled "Robin Williams' Son Zak Buys French Country-Inspired L.A. Villa" displaying Subject Photographs 39-53 syndicated to Microsoft and News Break | | | |
| 62 | Limited Liability Company Agreement of Dirt.com, LLC | D: F.R.E. Rules 401-403 | | |
| 63 | Amendment No. 2 to Revenue Share Agreement between PMC and News Break (PMC104-07) | | | |

9
JOINT EXHIBIT LIST

| # | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 64 | Ex. 1 to Vogts' declaration in support of his motion for partial summary judgment, consisting of Subject Photographs 1-20 of what Defendants characterize as "the Stanchfield Property" located at 601 Seclusion Lane and the corresponding Reg. No. VA 2-213-119 | | | |
| 65 | Ex. 2 to Vogts' declaration in support of his motion for partial summary judgment, consisting of Subject Photographs 21-38 of what Defendants characterize as "the O'Dowd Property" located at 713 North Alta Vista Boulevard and the corresponding Reg. No. VA 2-227-873 | | | |
| 66 | Ex. 3 to Vogts' declaration in support of his motion for partial summary judgment, consisting of Subject Photographs 39-53 of what Defendants characterize as "the Williams Property" located at 4047 Dixie Canyon Avenue and the corresponding Reg. No. VA 2-230-981 | | | |
| 67 | Ex. 5 to Vogts' declaration in support of his motion for partial summary judgment, consisting of screen captures of Subject Photographs 1-20 displayed on the PMC Defendants' Website (marked VOGTS104-26) | D: F.R.E. Rules 901, 602, 1002 | | |
| 68 | Ex. 6 to Vogts' declaration in support of his motion for partial summary judgment, consisting of screen captures of Subject Photographs 21-38 displayed on the PMC Defendants' Website (marked VOGTS127-48) | D: F.R.E. Rules 901, 602, 1002 | | |

| # | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 69 | Ex. 7 to Vogts' declaration in support of his motion for partial summary judgment, consisting of screen captures of Subject Photographs 39-53 displayed on the PMC Defendants' Website (marked VOGTS149-67) | D: F.R.E. Rules 901, 602, 1002 | | |
| 70 | Ex. 1 to Vogts' request for judicial notice in support of his motion for partial summary judgment, consisting of PMC's press release titled "Penske Media and Getty Images Announce Exclusive Global Content Partnership" publicly available on PMC's website at https://pmc.com/2022/07/19/penske-media-and-getty-images-announce-exclusive-global-content-partnership/. | D: F.R.E. Rules 401-403 | | |
| 71 | Ex. 2 to Vogts' request for judicial notice in support of his motion for partial summary judgment, consisting of PMC's press release titled "Variety Launches Dirt" publicly available on PMC's website at https://pmc.com/2014/06/18/variety-launches-dirt/. | | | |
| 72 | Ex. 3 to Vogts' request for judicial notice in support of his motion for partial summary judgment, consisting of PMC's press release titled "Shutterstock and Penske Media Form Strategic Editorial Imagery and Video Partnership" publicly available on PMC's website at https://pmc.com/2015/06/22/shutterstock-and-penske-media-form-strategic-editorial-imagery-and-video-partnership/. | D: F.R.E. Rules 401-403 | | |

| # | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 73 | Ex. 4 to Vogts' request for judicial notice in support of his motion for partial summary judgment, consisting of PMC's press release titled "Penske Media Corporation Expands Business with Chief Photographer Hire" publicly available on PMC's website at https://pmc.com/2015/07/29/penske-media-corporation-chief-photographer-michael-buckner/. | D: F.R.E. Rules 401-403 | | |
| 74 | Ex. 5 to Vogts' request for judicial notice in support of his motion for partial summary judgment, consisting of PMC's press release titled "Penske Media Invests in Branded Licensing Efforts" publicly available on PMC's website at https://pmc.com/2018/04/13/penske-media-invests-in-branded-licensing-efforts/. | D: F.R.E. Rules 401-403 | | |
| 75 | Ex. 6 to Vogts' request for judicial notice in support of his motion for partial summary judgment, consisting of PMC's press release titled "Penske Media Corporation Rolls out the Red Carpet for Taboola, Adds Personalized Content Recommendations to Variety, TVLine and Deadline Sites" publicly available on PMC's website at https://pmc.com/2014/11/06/penske-media-corporation-rolls-out-the-red-carpet-for-taboola-adds-personalized-content-recommendations-to-variety-tvline-and-deadline-sites-3/. | D: F.R.E. Rules 401-403 | | |

| # | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 76 | Ex. 7 to Vogts' request for judicial notice in support of his motion for partial summary judgment, consisting of the "Terms of Use" for PMC's website, which are also the "Terms of Use" for the PMC Defendants' Website, publicly available at https://pmc.com/terms-of-use/. | D: F.R.E. Rules 401-403 | | |
| 77 | Ex. 1 to Vogts' declaration in opposition to PMC Defendants' partial motion for summary judgment, consisting of the "exteriors" webpage of his website. | D: F.R.C.P. Rule 37(c) | | |
| 78 | Ex. 2 to Vogts' declaration in opposition to PMC Defendants' partial motion for summary judgment, consisting of the "interiors" webpage of his website. | D: F.R.C.P. Rule 37(c) | | |
| 79 | Ex. 3 to Vogts' declaration in opposition to PMC Defendants' partial motion for summary judgment, consisting of the "details" webpage of his website. | D: F.R.C.P. Rule 37(c) | | |
| 80 | Ex. 1 to Vogts' request for judicial notice in opposition to PMC Defendants' motion for partial summary judgment, consisting of a June 24, 2020 post on the PMC Defendants' Website titled "Inside the Snazzy Kitchens of Eight Hollywood Stars" publicly available on the PMC Defendants' Website at https://www.dirt.com/gallery/entertainers/performers/inside-celebrity-kitchens-1203324860/. | D: F.R.E. Rules 401-403 | | |

| # | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 81 | Ex. 2 to Vogts' request for judicial notice in opposition to PMC Defendants' motion for partial summary judgment, consisting of a September 20, 2020 post on the PMC Defendants' Website titled "Peek Inside These Celebrity Home Offices" publicly available on the PMC Defendants' Website at https://www.dirt.com/gallery/more-dirt/design/inside-celebrity-home-offices-1203340181/. | D: F.R.E. Rules 401-403 | | |
| 82 | Ex. 3 to Vogts' request for judicial notice in opposition to PMC Defendants' motion for partial summary judgment, consisting of a February 4, 2022 post on the PMC Defendants' Website titled "Fifteen Trailblazing Black Architects You Should Know, Past and Present" publicly available on the PMC Defendants' Website at https://www.dirt.com/gallery/more-dirt/design/black-architects-1203451856/. | D: F.R.E. Rules 401-403 | | |
| 83 | Pre-litigation correspondence between Vogts and PMC regarding claims at issue (marked VOGTS341-42) | | | |
| 84 | Gallery titled "Darby Stanchfield Sells Secluded Glendale Home" displaying Subject Photographs 1-20 still displayed on February 14, 2022 (VOGTS299-309) | | | |
| 85 | Gallery titled "Darby Stanchfield Sells Secluded Glendale Home" displaying Subject Photographs 1-20 still displayed on February 18, 2022 (VOGTS310-20) | | | |

| # | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 86 | Links to unauthorized uses of Subject Photographs on PMC Defendants' Website sent to PMC in pre-litigation correspondence regarding claims at issue (VOGTS95-103) | | | |
| 87 | PMC's pleading and exhibits thereto filed on September 11, 2020, in *Penske Media Corporation v. Shutterstock, Inc.*, Case No. 1:20-cv-04583, Dkt. 29 (S.D.N.Y.), asserting copyright infringement claims (VOGTS528-625) | D: F.R.E. Rules 401-403 | | |
| 88 | PMC's memorandum of law in opposition to Shutterstock's motion to dismiss PMC's copyright infringement claims on fair use grounds filed on November 6, 2020 in *Penske Media Corporation v. Shutterstock, Inc.*, Case No. 1:20-cv-04583, Dkt. 45 (S.D.N.Y.) (VOGTS626-56) | D: F.R.E. Rules 401-403 | | |
| 89 | PMC's pleading and exhibits thereto filed on September 14, 2011, in *Penske Media Corporation vs. Prometheus Global Media, LLC*, Case No. 2:11-cv-07560, Dkt. 1 (C.D. Cal.), asserting copyright infringement claims (VOGTS000663-711) | D: F.R.E. Rules 401-403 | | |
| 90 | PMC's email correspondences with third-party syndication partners regarding claims of alleged infringement implicating content syndicated by PMC to those partners (PMC154-59) | | | |
| 91 | Stipulation of fact regarding ownership of valid copyrights in Subject Photographs on copying thereof (Dkt. 42) | | | |

| # | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 92 | Stipulation of fact regarding realtor.com, its terms of use, the listing from which Subject Photographs 1-20 were copied, and the watermarks displayed on those copies. | | | |
| 93 | Stipulation of fact regarding redfin.com, its terms of use, the listings from which Subject Photographs 21-38 and 39-53 were copied, and the watermarks displayed on those copies. | | | |
| 94 | August 6, 2020 Email to Mark David Voss re: Owner of what Defendants characterize as "the Stanchfield Property" located at 601 Seclusion Lane (DIRT24) | | | |
| 95 | IMDB Webpage for Darby Stanchfield (DIRT106-119) | P: Fed. R. Evid. 402, 602, 802, 901 | | |
| 96 | December 13, 2016 *Dirt* Article "'Scandal' Star Katie Lowes to Sell 'Scandal' Pedigreed Bungalow Above L.A.'s Beachwood Canyon (EXCLUSIVE)" (DIRT25-31) | | | |
| 97 | Printout of Redfin.com Listing for what Defendants characterize as "the Stanchfield Property" located at 601 Seclusion Lane (VOGTS500-506) | | | |
| 98 | Printout of Thumbnails of Photographs of what Defendants characterize as "the Stanchfield Property" located at 601 Seclusion Lane on Redfin.com (VOGTS841-43) | | | |
| 99 | Mark David Voss Notes for Article "Darby Stanchfield Sells Secluded Glendale Traditional" (DIRT18-21) | | | |

| # | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 100 | Printout of August 7, 2020 *Dirt* Article "Darby Stanchfield Sells Secluded Glendale Traditional" (With Photos) (DIRT287-318) | | | |
| 101 | Printout of Cover Page of August 7, 2020 *Dirt* Article "Darby Stanchfield Sells Secluded Glendale Traditional" (DIRT277) | P: Fed. R. Evid. 106 | | |
| 102 | August 11, 2020 *Dirt* Email Newsletter (DIRT213-224) | | | |
| 103 | Analytics for August 7, 2020 *Dirt* Article "Darby Stanchfield Sells Secluded Glendale Traditional" (PMC111-112) | | | |
| 104 | September 4, 2020 Email to Mark David Voss Re: Owner of what Defendants characterize as "the O'Dowd Property" at 713 N. Alta Vista Blvd. (DIRT22) | | | |
| 105 | April 8, 2017 Book Review "The Cows review: to breed or not to breed? Dawn O'Porter's novel about feminism in the age of social media will appeal to millennials" (DIRT197-202) | P: Fed. R. Evid. 402, 602, 802, 901 | | |
| 106 | Book Listing for *So Lucky [Don't Judge a Woman By Her Cover]* by Dawn O'Porter (DIRT166-176) | P: Fed. R. Evid. 402, 602, 802, 901 | | |
| 107 | Book Review on Independent.ie "So Lucky by Dawn O'Porter: A bold, confident novel, with plenty of raunchy humor" (DIRT177-180) | P: Fed. R. Evid. 402, 602, 802, 901 | | |
| 108 | January 29, 2019 *Variety* article "Sundance TV Review: 'State of the Union'" (DIRT192-196) | | | |

| # | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 109 | July 8, 2013 Independent.ie Article from Independent.ie "Chris O'Dowd buys LA Pad" (DIRT102-105) | P: Fed. R. Evid. 402, 602, 802, 901 | | |
| 110 | March 14, 2019 *Dirt* Article "Chris O'Dowd Snags Vintage 1930s Spanish in Los Angeles (EXCLUSIVE)" (Text Only) (DIRT96-101) | | | |
| 111 | Realtor.com Listing for what Defendants characterize as "the O'Dowd Property" located at 713 N. Alta Vista Blvd. (VOGTS507-511) | | | |
| 112 | Redfin Listing for what Defendants characterize as "the O'Dowd Property" located at 713 N. Alta Vista Blvd. (VOGTS512-518) | | | |
| 113 | Redfin.com Thumbnail Photographs of what Defendants characterize as "the O'Dowd Property" located at 713 N. Alta Vista Blvd. (VOGTS880-882) | | | |
| 114 | Mark David Voss Notes for Article "Chris O'Dowd, Dawn O'Porter List Melrose District Bungalow") (DIRT14-16) | | | |
| 115 | September 15, 2020 *Dirt* Article "Chris O'Dowd, Dawn O'Porter List Melrose District Bungalow" (With Photos) (DIRT240-266) | | | |
| 116 | Cover Page for September 15, 2020 *Dirt* Article "Christ O'Dowd, Dawn O'Porter List Melrose District Bungalow" (DIRT267) | P: Fed. R. Evid. 106 | | |
| 117 | September 18, 2020 *Dirt* Email Newsletter (DIRT225-239) | | | |
| 118 | Analytics for September 15, 2020 *Dirt* Article: "Chris O'Dowd, Dawn O'Porter List Melrose District Bungalow" (PMC109-110) | | | |

| # | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 119 | Printout of Redfin.com Thumbnail Photographs of Williams Property, 4047 Dixie Canyon Ave. (VOGTS903-904) | | | |
| 120 | March 10, 2021 *Dirt* Article "Robin Williams' Son Zak Buys French Country-Inspired L.A. Villa" (With Photos) (DIRT319-342) | | | |
| 121 | October 11, 2020 *People* Article "Robin Williams' Son Zak is Married: 'I'm Looking Forward to Building This Life I Always Wanted to Have'" (DIRT343-346) | P: Fed. R. Evid. 402, 602, 802, 901 | | |
| 122 | October 3, 2015 *Vanity Fair* Article "Robin Williams's Widow and Children Agree to Settlement of His Estate" (DIRT347-357) | P: Fed. R. Evid. 402, 602, 802, 901 | | |
| 123 | Analytics for March 10, 2021 *Dirt* Article "Robin Williams' Son Zak Buys French Country-Inspired L.A. Villa" (PMC113) | | | |
| 124 | Defendant Dirt.com, LLC's Objections and Responses to Plaintiff's First Set of Requests for Admission | | | |
| 125 | Defendant Penske Media Corporation's Objections and Responses to Plaintiff's First Set of Requests for Admission | | | |
| 126 | Defendant Dirt.com LLC's Objections and Responses to Plaintiff's First Set of Interrogatories | | | |
| 127 | Defendant Penske Media Corporation's Objections and Responses to Plaintiff's First Set of Interrogatories | | | |

|   |   |   |   |
|---|---|---|---|
| Dated: May 11, 2023 | | By: | Respectfully submitted,<br>/s/ *Stephen M. Doniger*<br>Stephen M. Doniger, Esq.<br>Benjamin F. Tookey, Esq.<br>DONIGER /BURROUGHS<br>Attorneys for Plaintiff |
| Dated: May 11, 2023 | | By: | /s/ *Lincoln Bandlow*<br>Attorneys for Defendants |

     Pursuant to Civil L.R. 5-4, the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.