UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:22-cv-01153-FWS-PVC                                   Date: June 9, 2023
Title: Brandon Vogts v. Penske Media Corporation *et al.*

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Melissa H. Kunig | N/A |
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiff:               Attorneys Present for Defendants:

Not Present                                                    Not Present

**PROCEEDINGS: ORDER RE: SUPPLEMENTAL BRIEFING [92], [93], [94], [95]**

The court has reviewed Plaintiff's notices of supplemental authority (Dkts. 92, 94) and Defendant's responses thereto, (Dkts. 93, 95). The court **GRANTS** Plaintiff's substantially unopposed requests. The parties may file, if desired, supplemental briefing regarding the impact of the recent decisions of (1) the Supreme Court in *Andy Warhol Foundation for the Visual Arts, Inc. v. Goldsmith et al.*, Case No. 21-869, 598 U.S. ____, 143 S. Ct. 1258 (2023); and (2) the Ninth Circuit in *VHT, Inc. v. Zillow Group, Inc.* Case Nos. 22-35147 and 22-35200, 2023 WL 3857495 (9th Cir. June 7, 2023), on the pending motions for summary judgment (Dkts. 43-44, 53). If the parties choose to submit supplemental briefing, it must not exceed a total of **five (5) pages per case**, for a **total of ten (10) pages**, disregarding any caption pages, tables of contents, or tables of authorities in calculating the number of pages. Supplemental briefing, if any, shall be due **on or before June 16, 2023**.[1]

   **IT IS SO ORDERED.**

                                                              Initials of Deputy Clerk:  mku

---

[1] If the parties anticipate requiring more time to prepare their briefing, the parties may submit a joint request proposing a later deadline.