**NOTE: CHANGES MADE BY COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON VOGTS, an individual,<br><br>       Plaintiff,<br><br>  v.<br><br>PENSKE MEDIA CORPORATION, a Delaware Corporation; DIRT.COM, LLC, a Delaware Limited Liability Company; MOVE, INC., a Delaware Corporation, d/b/a Realtor.com; and DOES 1 through 10,<br><br>       Defendants. | Case No. 2:22-cv-01153-FWS-PVC<br><br>**ORDER RE JOINT STIPULATION TO CONTINUE DATES SET FORTH IN THE COURT'S MAY 16, 2023, SCHEDULING ORDER [91]** |

    Having reviewed and considered the Parties' Joint Stipulation to Continue Dates Set Forth in the Court's May 16, 2023, Scheduling Order [91], filed by Plaintiff Brandon Vogts ("Plaintiff") and Defendants' Penske Media Corporation and Dirt.com, LLC (collectively, the "PMC Defendants"), and for the good cause demonstrated in the Stipulation, the court **ORDERS** the court's May 16, 2023, Order

Re Order Re Joint Stipulation to Continue Dates Set Forth in the Court's February 28, 2023, Order [91] **MODIFIED** to read as follows (with changes indicated by italics):

| EVENT | DATE |
|---|---|
| Check one: [x] Jury Trial or [ ] Bench Trial<br>**Tuesday at 8:30 a.m.** | **First Day:**<br>*11/7/2023* |
| *Parties' Estimated Jury* Trial Length | <u>1-2</u> days |
| Final Pretrial Conference & Hearing on Motions in Limine<br>**[Thursday at 8:30 a.m., at least 12 days before trial]** | *10/5/2023* |
| Last Date to Hear Motion to Amend Pleadings /Add Parties [Thursday] | 11/3/2022 |
| Non-Expert Discovery Cut-Off<br>**(no later than deadline for filing dispositive motions)** | 2/15/2023 |
| Expert Disclosure (Initial) | **3/9/2023** |
| Expert Disclosure (Rebuttal) | **4/6/2023** |
| Expert Discovery Cut-Off | **4/13/2023** |
| Last Date to **Hear** Motions **[Thursday]**<br>• Motion for Summary Judgment due *as set forth below*<br>• All other motions due at least 4 weeks before hearing<br>• Opposition due 2 weeks after Motion is filed<br>• Reply due 1 week after Opposition is filed | 4/27/2023 |
| Deadline to Complete Settlement Conference [L.R. 16-15]<br>Select one:<br>[ ] 1. Magistrate Judge (with Court approval)<br>[ ] 2. Court's Mediation Panel<br>[x] 3. Private Mediation | **5/4/2023** |
| **Trial Filings (first round)**[1]<br>• Motions in Limine with Proposed Orders<br>• *Daubert Motions with Proposed Orders*[2]<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4] | *9/7/2023* |

---

[1] The court notes that the PMC Defendants filed several trial documents, including motions in limine, a witness list, an exhibit list, and a memorandum of contentions of law and fact, on May 11, 2023, in accordance with the dates/deadlines set forth in the February 28, 2023, Scheduling Order.  (*See* Dkts. 71-82.)  This Order permits all of the Parties to file the first round of Trial Filings on or before September 7, 2023, and the second round of Trial Filings on or before September 14, 2023.  Therefore, the PMC Defendants may, if they choose, amend, supplement, or withdraw any existing documents in the docket before the new dates/deadlines set forth in this Order, or the PMC Defendants may rely on the previously filed documents at Dkts. 71-82.

[2] *Daubert* motions and oppositions to *Daubert* motions shall not exceed ten (10) pages in length.

| | |
|---|---|
| • Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only)<br>• Declarations containing Direct Testimony, if ordered (bench trial only)<br>• *Affirmative Deposition Designation(s)* | |
| **Trial Filings (second round)**<br>• Oppositions to Motions in Limine<br>• *Oppositions to Daubert Motions*³<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Additional Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only)<br>• *Objections and Counter Deposition Designation(s)* | 9/14/2023 |
| *Objections to Counter Designation(s) and Counter-Counter Deposition Designation(s)* | 9/21/2023 |

**IT IS SO ORDERED**.

Dated:  August 4, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

---

³ Pursuant to this court's order on pretrial and trial procedures, the parties shall not file replies to the motions in limine.  (*See* Dkt. 35 at 4 ("Unless the court determines otherwise, counsel shall not file any replies.").)  In addition, unless the court determines otherwise, the parties shall not file replies to any *Daubert* motions.