Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Benjamin F. Tookey (SBN 330508)
btookey@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brandon Vogts,<br><br>    Plaintiff,<br><br>  vs.<br><br>Penske Media Corporation, et al.,<br><br>    Defendants. | Case No. 2:22-cv-01153-FWS-PVC<br><u>Hon. Fred W. Slaughter Presiding</u><br><br>**JOINT STATUS REPORT RE: SETTLEMENT**<br><br>Trial Date: Nov. 7, 2023 |

   Pursuant to this Court's August 4, 2023 Scheduling Order (Dkt. 103), Plaintiff Brandon Vogts, and Defendants Penske Media Corporation and Dirt.com, LLC ("Defendants"), hereby respectfully submit the following Joint Status Report Regarding Settlement.

   The parties engaged in informal settlement discussions just prior to, and immediately after, the filing of this action but did not reach an agreement. On April 25, 2023, the parties conducted a half-day mediation in front of Bruce Isaacs of Signature Resolution which included Vogts and representatives from Defendants and Defendants' insurance carrier. The matter was not settled at the mediation. Counsel for the parties continued to conduct settlement discussions informally during the period immediately following the mediation until May 11, 2023.

Following this Court's ruling on the parties' cross-summary judgment motions (Dkt. 104), Vogts reached out to Defendants about holding renewed settlement discussions and Defendants agreed such discussions should be held, but the parties are still discussing the means by which to conduct further settlement discussions.

                                                          Respectfully submitted,

Dated: September 7, 2023            By: */s/ Stephen M. Doniger*

                                                   Stephen M. Doniger, Esq.
                                                   Benjamin F. Tookey, Esq.
                                                   DONIGER / BURROUGHS
                                                   Attorneys for Plaintiff

Dated: September 7, 2023            By: */s/ Lincoln D. Bandlow*

                                                   Lincoln D. Bandlow (SBN 170449)
                                                   Lincoln@BandlowLaw.com
                                                   Rom Bar-Nissim (SBN 293356)
                                                   Rom@BandlowLaw.com
                                                   Law Offices of Lincoln Bandlow
                                                   1801 Century Park East, Suite 2400
                                                   Los Angeles, CA 90067
                                                   Telephone: 310.556.9680
                                                   Attorneys for Defendants

Pursuant to Civil L.R. 5-4, the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.