1  Lincoln D. Bandlow (SBN: 170449)
   Lincoln@BandlowLaw.com
2  Rom Bar-Nissim (SBN: 293356)
   Rom@BandlowLaw.com
3  **Law Offices of Lincoln Bandlow, P.C.**
   1801 Century Park East, Suite 2400
4  Los Angeles, CA 90067
   Telephone: 310.556.9680
5  Facsimile: 310.861.5550

6  Attorneys for Defendants
   Penske Media Corporation
7  and Dirt.com, LLC

8

9  **UNITED STATES DISTRICT COURT**

10  **CENTRAL DISTRICT OF CALIFORNIA**

11

12  BRANDON VOGTS, an individual,         Case No.: 2:22-cv-01153-AB-PVC

13              Plaintiff,

14                                         **UNOPPOSED APPLICATION FOR
                                           EXTENSION OF TIME TO FILE
15        v.                               APPLICATION TO FILE
                                           DOCUMENTS UNDER SEAL**
16  PENSKE MEDIA CORPORATION,
    a Delaware Corporation; DIRT.COM,     Assigned to: Hon. Fred W. Slaughter
17  LLC, a Delaware Limited Liability
    Company; MOVE, INC., a Delaware
18  Corporation, d/b/a Realtor.com; and
    DOES 1 through 10,
19
                Defendants.
20

1    Defendants Penske Media Corporation ("PMC") and Dirt.com, LLC ("Dirt") (collectively, the "Defendants") hereby respectfully make this ex parte application for an extension of time to file application to file certain documents under seal and state as follows:

Plaintiff Brandon Vogts ("Vogts") filed his Complaint in the present action on February 18, 2022 (Dkt.1). Defendants filed their Answer to the Complaint on April 25, 2022 (Dkt. 22).  In conjunction with his motion for partial summary judgment, Vogts filed an application to file Exhibits 25-27 under seal (Dkt. No. 46) (the "Sealing Motion"). These exhibits consisted of three separate licensing agreements between PMC and third-parties for the syndication of articles and each agreement contains confidential financial and business information (hereinafter the "Syndication Agreements"). Thus, Defendants had marked the documents "Confidential" pursuant to the Protective Order stipulated to by the parties and entered by this Court. Accordingly, Vogts sought to file these documents in their entirety under seal.

On August 30, 2023, this Court issued an order that, *inter alia*, denied without prejudice Vogts' Sealing Motion (Dkt. No. 104) (the "8/30/23 Order"). The Court stated that "the parties do not sufficiently indicate how disclosure of these agreements may cause harm to an individual or entity's business interests and why that harm could not be mitigated through more narrowly tailored redactions." The 8/30/23 Order went on to further state that "any party may refile an application seeking to seal narrowly redacted versions [of the Syndication Agreements] in lieu of public versions within **ten (10) days** of this Order."

The Syndication Agreements contain confidentiality clauses that prohibit PMC from disclosing the contents of them. Defendants are in the process of contacting these third parties to see if they have any objections to any portions of these contracts being filed on the public docket. In additions, Defendants themselves

need additional time to determine if there is a good faith basis to believe that public disclosure of information in the Syndication Agreements "may cause harm to an individual or entity's business interests and why that harm could not be mitigated through more narrowly tailored redactions" as required by the Court.

Thus, Defendants are requesting that the Court grant Defendants an additional 14 days to re-file an application to file under seal. Counsel for Vogts does not oppose this request.

Accordingly, Defendants respectfully request that the Court enter an order extending the deadline set forth in the 8/30/23 Order (Dkt No. 104 entry 7, page 40) to September 22, 2023. A Proposed Order is submitted concurrently with this application.

Dated:  September 8, 2023                **Law Offices of Lincoln Bandlow**

By _____
LINCOLN D. BANDLOW
ROM BAR-NISSIM
Attorneys for Defendants
Penske Media Corporation and
Dirt.com, LLC