# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON VOGTS,<br><br>Plaintiff,<br><br>v.<br><br>PENSKE MEDIA CORPORATION; DIRT.COM, LLC; et al.,<br><br>Defendants. | Case No. 2:22-cv-01153-FWS-PVC<br>*Hon. Fred W. Slaughter Presiding*<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR EXTENSION OF TIME TO FILE APPLICATION TO FILE DOCUMENTS UNDER SEAL** |

# [PROPOSED] ORDER

Upon consideration of the unopposed Application for Extension of Time to File Application to File Documents Under Seal filed by Defendants Penske Media Corporation and Dirt.com, LLC (the "Defendants") and for good cause shown, the Court hereby ORDERS as follows:

1. The Application is GRANTED;

2. The deadline to re-file an application to file under seal referenced in this Court's 8/30/23 Order (Dkt No. 104, page 40, entry 7) is extended to September 22, 2023.

SO ORDERED.

DATE:_____     _____

Hon. Fred. W. Slaughter
United States District Court Judge