Lincoln D. Bandlow (SBN: 170449)
Lincoln@BandlowLaw.com
Rom Bar-Nissim (SBN: 293356)
Rom@BandlowLaw.com
**Law Offices of Lincoln Bandlow, P.C.**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: 310.556.9680
Facsimile: 310.861.5550

Attorneys for Defendants
Penske Media Corporation
and Dirt.com, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON VOGTS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PENSKE MEDIA CORPORATION, a Delaware Corporation; DIRT.COM, LLC, a Delaware Limited Liability Company; MOVE, INC., a Delaware Corporation, d/b/a Realtor.com; and DOES 1 through 10,<br><br>Defendants. | Case No.: 2:22-cv-01153-FWS-PVC<br><br>**NOTICE OF SETTLEMENT**<br><br>Assigned to: Hon. Fred W. Slaughter |

**PLEASE TAKE NOTICE** that Plaintiff, Brandon Vogts ("Plaintiff"), has settled this matter with Defendants Penske Media Corporation and Dirt.com LLC ("Defendants"). Upon satisfaction of the terms of the parties' settlement agreement, to which Defendants still have executor obligations (which Plaintiff anticipates will be completed within three weeks), Plaintiff will file a dismissal of this action in its entirety with prejudice.

Dated: October 11, 2023　　　　　**Law Offices of Lincoln Bandlow**

By _____
LINCOLN D. BANDLOW
ROM BAR-NISSIM
Attorneys for Defendants
Penske Media Corporation and
Dirt.com, LLC

Dated: October 11, 2023　　　　　**DONIGER / BURROUGHS**

By　/s/Stephen Doniger
_____
STEPHEN M. DONIGER
BENJAMIN F. TOOKEY
Attorneys for Plaintiff
Brandon Vogts

Pursuant to Civil L.R. 5-4, the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.