| | |
|---|---|
| Stephen M. Doniger (SBN 179314)<br>stephen@donigerlawfirm.com<br>Benjamin F. Tookey (SBN 330508)<br>btookey@donigerlawfirm.com<br>DONIGER/BURROUGHS<br>603 Rose Avenue<br>Venice, California 90291<br>Telephone: (310) 590-1820<br><br>*Attorneys for Plaintiff* | Lincoln D. Bandlow (SBN: 170449)<br>Lincoln@BandlowLaw.com<br>Rom Bar-Nissim (SBN: 293356)<br>Rom@BandlowLaw.com<br>Law Offices of Lincoln Bandlow, P.C.<br>1801 Century Park East, Suite 2400<br>Los Angeles, CA 90067<br>Telephone: 310.556.9680<br>Facsimile: 310.861.5550<br><br>*Attorneys for Defendants Penske Media Corporation and Dirt.com, LLC* |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON VOGTS,<br><br>Plaintiff,<br><br>v.<br><br>PENSKE MEDIA CORPORATION; DIRT.COM, LLC ; et al.,<br><br>Defendants. | Case No. 2:22-cv-01153-FWS-PVC<br><u>Hon. Fred W. Slaughter Presiding</u><br><br>**JOINT STIPULATION TO DISMISS ACTION** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Brandon Vogts, and Defendants Penske Media Corporation and Dirt.com, LLC, hereby stipulate to the dismissal of this action with prejudice pursuant to Fed. R. Civ. P 41(a)(1)(A)(ii), with each party to bear its own costs and fees.

SO STIPULATED.

Respectfully submitted,

Dated: October 25, 2023    By:   */s/ Stephen M. Doniger*
                                  Stephen M. Doniger, Esq.
                                  Benjamin F. Tookey, Esq.
                                  *Attorneys for Plaintiff*

Dated: October 25, 2023    By:   */s/ Lincoln Bandlow*
                                  Lincoln Bandlow, Esq.
                                  Rom Bar-Nissim, Esq.
                                  *Attorneys for Defendants Penske Media Corporation and Dirt.com, LLC*

Pursuant to Civil L.R. 5-4, the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.